FILED 31 AUG '16 14:29 USDC-ORP

Cyrus Sullivan
P.O. Box 86653
Portland, OR 97286

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

**CYRUS ANDREW SULLIVAN**

v

**SCOTT ALLEN BREITENSTEIN**

**3'16 CV 1743-AC**

**MOTION TO PROCEED IN FORMA PAUPERIS**

I the Plaintiff, Cyrus Andrew Sullivan, pro se, hereby moves This Court to continue my in forma pauperis status to this case. That status was granted to me in cases 3:15-CV-01082-HZ and 3:13-CR-00064-HZ. As recently as July 7, 2016 I was granted in forma pauperis status by the 9th Circuit based on my previous in forma pauperis status (Exhibit 1). My financial situation has not improved.

Respectfully Submitted,

[signature] 8/31/2016

Cyrus Sullivan
Plaintiff
Pro Se

**FILED**

UNITED STATES COURT OF APPEALS

JUL 07 2016

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| UNITED STATES OF AMERICA, | Nos. 16-35270, 16-35292, 16-35293 |
|---|---|
| Plaintiff - Appellee, | |
| v. | D.C. Nos. 3:15-cv-01082-HZ<br>3:13-cr-00064-HZ-01 |
| CYRUS ANDREW SULLIVAN, | District of Oregon, Portland |
| Defendant - Appellant. | ORDER |

Before: Peter L. Shaw, Appellate Commissioner.

A review of the district court docket reflects that the district court granted appellant leave to proceed in forma pauperis and that such permission has not been revoked. Accordingly, appellant's in forma pauperis status continues in this court. *See* Fed. R. App. P. 24(a)(3). Appellant's motions to proceed in forma pauperis in these appeals are therefore unnecessary.

The court sua sponte appoints counsel to represent appellant in these appeals. *See* 18 U.S.C. § 3006A(a)(2)(B); *Weygant v. Look*, 718 F.2d 952, 954 (9th Cir. 1983) (per curiam). Appellant's motion for appointment of counsel is granted. Counsel will be appointed by separate order.

CC/MOATT



EXHIBIT 1
PAGE 1 OF 1