# SECTION 1

## Domain History and Registrant Information

*"Anybody who provides a home to become the sexual entertainment of others is a dangerous sexual predator"* - Annmarie Chairing



EXHIBIT _____1_____

PAGE __1__ OF __20__



# Domain Report - StdRegistry.com

---

| | |
|---|---|
| Domain Name | **StdRegistry.com** |
| Prepared On | **August 7, 2016** |



Website Screenshot taken 04/20/2016



EXHIBIT _____1_____
PAGE __2__ OF __20__

# About This Report

This report documents a thorough analysis of the Internet domain name **"StdRegistry.com"**. It draws on the extensive DomainTools dataset and aims to deliver a comprehensive view of the domain's ownership profile, key historical events and technically linked domain names.

All data in this Report is, or was, freely available through standard Internet DNS and query protocols. DomainTools has not altered the data in any way from its original form, except in certain instances to format it for readability in this Report.

Data from DomainTools is presented as-is, and as captured from the original source. We make no representations or warranties of fitness of any kind.

## About DomainTools

DomainTools offers the most comprehensive searchable database of domain name registration and hosting data. Combined with our other data sites such as DailyChanges.com, Screenshots.com and ReverseMX.com, users of DomainTools.com can review millions of historical domain name records from basic Whois, and DNS information, to homepage images and email settings. The Company's comprehensive snapshots of past and present domain name registration, ownership and usage data, in addition to powerful research and monitoring resources, help customers by unlocking everything there is to know about a domain name. DomainTools is a Top 250 site in the Alexa rankings.

Reach us at memberservices@domaintools.com if you have any questions on this report.

© 2016 DomainTools, LLC All Rights Reserved



EXHIBIT ___1___
PAGE _3_ OF _20_

# Domain Profile

*As of August 7, 2016*

## Ownership

| | |
|---|---|
| Registered Owner | **United Privacy Corp** |
| Owned Domains | **About 30528 other domains** |
| Email Addresses | **abuse@namepal.com** |
| | **stdregistry.com@unitedprivacy.com** |
| Registrar | **namepal.com, llc** |

## Registration

| | |
|---|---|
| Created | **Apr 15, 2012** |
| Expires | **Apr 15, 2026** |
| Updated | **Apr 28, 2016** |
| Domain Status | **Active** |
| Whois Server | **whois.namepal.com** |
| Name Servers | **liarsandcheaters.com** |

## Network

| | |
|---|---|
| Website IP Address | **209.141.39.215** |
| IP Location | **United States-Nevada-Las Vegas** |
| | **Frantech Solutions** |
| IP ASN | **AS3223** |

## Website

| | |
|---|---|
| Site Title | **STD REGISTRY | Report the truth before it's too late!** |
| Meta Description | **The Original and World's Largest STD Registry Database. STD Registry Disease Control and Prevention Services. Report the truth before it's too late!** |
| Meta Keywords | **std registry std carriers stds disease control disease prevention genital warts hiv aids herpes hpv hepatitis** |

© 2016 DomainTools, LLC All Rights Reserved





EXHIBIT _1_
PAGE _4_ OF _20_

# Current Whois Record

*Reported on Aug 7, 2016*

```
Domain Name: STDREGISTRY.COM
Registry Domain ID: 1713688435_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namepal.com
Registrar URL: http://namepal.com
Updated Date: 2016-08-07T13:33:34Z
Creation Date: 2012-04-15T00:00:00Z
Registrar Registration Expiration Date: 2026-04-15T00:00:00Z
Registrar: NamePal.com, LLC
Registrar IANA ID: 997
Registrar Abuse Contact Email: abuse@namepal.com
Registrar Abuse Contact Phone: +1.720.921.8850
Domain Status: clientTransferProhibited https://www.icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: Domain Administrator
Registrant Organization: United Privacy Corp
Registrant Street: P.O. Box #2
Registrant City: Belize City
Registrant State/Province: Belize
Registrant Postal Code: 00000
Registrant Country: BZ
Registrant Phone: +501.2230114
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: stdregistry.com@unitedprivacy.com
Registry Admin ID:
Admin Name: Domain Administrator
Admin Organization: United Privacy Corp
Admin Street: P.O. Box #2
Admin City: Belize City
Admin State/Province: Belize
Admin Postal Code: 00000
Admin Country: BZ
Admin Phone: +501.2230114
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: stdregistry.com@unitedprivacy.com
Registry Tech ID:
Tech Name: Domain Administrator
Tech Organization: United Privacy Corp
Tech Street: P.O. Box #2
Tech City: Belize City
Tech State/Province: Belize
Tech Postal Code: 00000
Tech Country: BZ
Tech Phone: +501.2230114
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: stdregistry.com@unitedprivacy.com
```

 © 2016 DomainTools, LLC All Rights Reserved



EXHIBIT _____
PAGE __5__ OF __20__

Name Server: NS2.LIARSANDCHEATERS.COM
Name Server: NS1.LIARSANDCHEATERS.COM
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/

For more information on Whois status codes, please visit https://icann.org/epp



EXHIBIT ____1____
PAGE _6_ OF _20_

# Ownership History

### Whois History for StdRegistry.com

DomainTools has 96 distinct historical ownership records for StdRegistry.com. The oldest record dates Jun 21, 2008. Each record is listed on its own page, starting with the most recent record. The date at the start of the section indicates the first time we captured the record. The website screenshot, when available, will be the image captured as close as possible to the record date.

### About Whois History

DomainTools takes periodic snapshots of domain name Whois records and stores them for subsequent analysis. The database contains billions of Whois records across hundreds of millions of domains, dating back in some cases to 2001.

© 2016 DomainTools, LLC All Rights Reserved



EXHIBIT ___1___
PAGE __7__ OF __20__

## Whois Record on Apr 30, 2016

Domain Name: STDREGISTRY.COM
Registry Domain ID: 1713688435_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namepal.com
Registrar URL: http://namepal.com
Updated Date: 2016-04-30T21:01:41Z
Creation Date: 2012-04-15T00:00:00Z
Registrar Registration Expiration Date: 2026-04-15T00:00:00Z
Registrar: NamePal.com, LLC
Registrar IANA ID: 997
Registrar Abuse Contact Email: abuse@namepal.com
Registrar Abuse Contact Phone: +1.720.921.8850
Domain Status: clientTransferProhibited https://www.icann.org/epp#clien
Registry Registrant ID:
Registrant Name: Domain Administrator
Registrant Organization: United Privacy Corp
Registrant Street: P.O. Box #2
Registrant City: Belize City
Registrant State/Province: Belize
Registrant Postal Code: 00000
Registrant Country: BZ
Registrant Phone: +501.2230114
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: stdregistry.com@unitedprivacy.com
Registry Admin ID:
Admin Name: Domain Administrator
Admin Organization: United Privacy Corp
Admin Street: P.O. Box #2
Admin City: Belize City
Admin State/Province: Belize
Admin Postal Code: 00000
Admin Country: BZ
Admin Phone: +501.2230114
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: stdregistry.com@unitedprivacy.com
Registry Tech ID:
Tech Name: Domain Administrator
Tech Organization: United Privacy Corp
Tech Street: P.O. Box #2
Tech City: Belize City
Tech State/Province: Belize
Tech Postal Code: 00000
Tech Country: BZ
Tech Phone: +501.2230114
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: stdregistry.com@unitedprivacy.com
Name Server: NS2.LIARSANDCHEATERS.COM
Name Server: NS1.LIARSANDCHEATERS.COM
DNSSEC: unsigned



Screenshot taken Apr 20, 2016

StdRegistry.com                    © 2016 DomainTools, LLC All Rights Reserved



EXHIBIT _____/_____

PAGE __8__ OF __20__

URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/

For more information on Whois status codes, please visit https://icann.org/epp

EXHIBIT

PAGE _11_ OF _20_

## Whois Record on Sep 16, 2015

Domain Name: StdRegistry.com
Registry Domain ID: 1713688435_DOMAIN_COM-VRSN
Registrar WHOIS server: whois.NameBright.com
Registrar URL: http://www.NameBright.com
Updated Date: 2015-07-23T00:00:00.000Z
Creation Date: 2012-04-15T18:30:48.000Z
Registrar Registration Expiration Date: 2016-04-15T00:00:00.000Z
Registrar: DomainLocal LLC
Registrar IANA ID: 1529
Registrar Abuse Contact Email: abuse@NameBright.com
Registrar Abuse Contact Phone: +1.720.496.0020
Domain Status: clientTransferProhibited
Registry Registrant ID:
Registrant Name: Private Registration
Registrant Organization:
Registrant Street: 2635 Walnut Street
Registrant City: Denver
Registrant State/Province: CO
Registrant Postal Code: 80205
Registrant Country: US
Registrant Phone: +1.720.496.0020
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: stdregistry.com@NameBrightPrivacy.com
Registry Admin ID:
Admin Name: Private Registration
Admin Organization:
Admin Street: 2635 Walnut Street
Admin City: Denver
Admin State/Province: CO
Admin Postal Code: 80205
Admin Country: US
Admin Phone: +1.720.496.0020
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: stdregistry.com@NameBrightPrivacy.com
Registry Tech ID:
Tech Name: Private Registration
Tech Organization:
Tech Street: 2635 Walnut Street
Tech City: Denver
Tech State/Province: CO
Tech Postal Code: 80205
Tech Country: US
Tech Phone: +1.720.496.0020
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: stdregistry.com@NameBrightPrivacy.com
Name Server: dns1.namecheaphosting.com
Name Server: dns2.namecheaphosting.com
DNSSEC: unsigned

StdRegistry.com                    © 2016 DomainTools, LLC All Rights Reserved



Screenshot taken Sep 16, 2015



EXHIBIT ___/___

PAGE _10_ OF _20_

URL of the ICANN WHOIS Data Problem Reporting System:
http://wdprs.internic.net

© 2016 DomainTools, LLC All Rights Reserved



EXHIBIT ____1____

PAGE __11__ OF __20__

## Whois Record on Jul 24, 2015

```
Domain Name: StdRegistry.com
Registry Domain ID: 1713688435_DOMAIN_COM-VRSN
Registrar WHOIS server: whois.NameBright.com
Registrar URL: http://www.NameBright.com
Updated Date: 2015-07-22T00:00:00.000Z
Creation Date: 2012-04-15T18:30:48.000Z
Registrar Registration Expiration Date: 2016-04-15T00:00:00.000Z
Registrar: DomainLocal LLC
Registrar IANA ID: 1529
Registrar Abuse Contact Email: abuse@NameBright.com
Registrar Abuse Contact Phone: +1.720.496.0020
Domain Status: clientTransferProhibited
Registry Registrant ID:
Registrant Name: Private Registration
Registrant Organization:
Registrant Street: 2635 Walnut Street
Registrant City: Denver
Registrant State/Province: CO
Registrant Postal Code: 80205
Registrant Country: US
Registrant Phone: +1.303.893.0547
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: stdregistry.com@NameBrightPrivacy.com
Registry Admin ID:
Admin Name: Private Registration
Admin Organization:
Admin Street: 2635 Walnut Street
Admin City: Denver
Admin State/Province: CO
Admin Postal Code: 80205
Admin Country: US
Admin Phone: +1.303.893.0547
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: stdregistry.com@NameBrightPrivacy.com
Registry Tech ID:
Tech Name: Private Registration
Tech Organization:
Tech Street: 2635 Walnut Street
Tech City: Denver
Tech State/Province: CO
Tech Postal Code: 80205
Tech Country: US
Tech Phone: +1.303.893.0547
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: stdregistry.com@NameBrightPrivacy.com
Name Server: dns1.namecheaphosting.com
Name Server: dns2.namecheaphosting.com
DNSSEC: unsigned
```



Screenshot taken Dec 25, 2014

StdRegistry.com                    © 2016 DomainTools, LLC All Rights Reserved

EXHIBIT _____/_____

PAGE _12_ OF _20_

URL of the ICANN WHOIS Data Problem Reporting System:
http://wdprs.internic.net

StdRegistry.com              © 2016 DomainTools, LLC All Rights Reserved



EXHIBIT _____1_____
PAGE __13__ OF __20__

### Whois Record on Jun 9, 2015

```
Domain Name: StdRegistry.com
Registrar URL: http://www.NameBright.com
Registrant Name: Domain Admin
Registrant Organization: HugeDomains.com
Name Server: call-now.hugedomains.com
Name Server: call-now2.hugedomains.com
DNSSEC: unsigned
```

To view the full Whois information please visit:
https://www.namebright.com/Whois/StdRegistry.com

StdRegistry.com may be available to purchase!  Please visit
http://www.hugedomains.com/domain_profile.cfm?d=StdRegistry&e=com
for more details, or call +1-303-893-0552 to speak to the owner.



Screenshot taken Dec 25, 2014

StdRegistry.com                © 2016 DomainTools, LLC All Rights Reserved



EXHIBIT _____1_____

PAGE _14_ OF _20_

## Whois Record on Apr 17, 2012

```
Registrant:
 Andrew Reberry andrew_reberry@hotmail.com
 1422 Delgany Street
 Suite 400
 Denver, CO  80202
 US
 +1.303.249.9750

Registrar: DomainLocal.com (http://www.domainlocal.com)

Domain Name: StdRegistry.com
 Creation Date: 4/15/2012
 Expiration Date: 4/15/2013
 Last Updated Date: 4/16/2012
 Domain Locked: True

Administrative Contact:
 Andrew Reberry andrew_reberry@hotmail.com
 1422 Delgany Street
 Suite 400
 Denver, CO  80202
 US
 +1.303.249.9750

Technical Contact:
 Andrew Reberry andrew_reberry@hotmail.com
 1422 Delgany Street
 Suite 400
 Denver, CO  80202
 US
 +1.303.249.9750
```



Screenshot taken Jan 7, 2012





EXHIBIT _____1_____
PAGE __15__ OF __20__

# Hosting History

DomainTools tracks changes to a domain name's IP address, name server and registrar. These events can be useful signals that may indicate more macro events, including: domain name sales, transfers or deletions; taking a site live with new content; or a change in registration or hosting profile.

## Registrar History

| Date | Registrar |
|------|-----------|
| Apr 28, 2016 | 1 More Name |
| Feb 14, 2016 | DomainLocal LLC |
| Jan 30, 2012 | Schlund.de |
| Jun 26, 2007 | GoDaddy.com |

## Name Server History

| Event Date | Action | New Server | Previous Server |
|------------|--------|------------|-----------------|
| Feb 15, 2016 | Transfer | liarsandcheaters.com | cloudflare.com |
| Feb 6, 2016 | Transfer | cloudflare.com | liarsandcheaters.com |
| Feb 3, 2016 | Transfer | liarsandcheaters.com | cloudflare.com |
| Feb 2, 2016 | Transfer | cloudflare.com | orangewebsite.com |
| Oct 1, 2015 | Transfer | orangewebsite.com | namecheaphosting.com |
| Jul 24, 2015 | Transfer | namecheaphosting.com | hugedomains.com |
| May 1, 2015 | Transfer | hugedomains.com | namebrightdns.com |
| Apr 17, 2012 | New | namebrightdns.com | - |
| Mar 10, 2012 | Delete | - | domcollect.com |
| Jan 31, 2012 | Transfer | domcollect.com | 1and1.com |
| Jan 30, 2010 | New | 1and1.com | - |
| Jun 27, 2008 | Delete | - | dsredirection.com |
| Jun 23, 2008 | New | dsredirection.com | - |
| Jun 22, 2008 | Delete | - | blacksnowsdns.com |
| Jun 21, 2008 | New | blacksnowsdns.com | - |
| Dec 7, 2007 | Delete | - | homebussiness-instantprofits.com |
| Dec 3, 2007 | New | homebussiness-instantprofits.com | - |
| Aug 12, 2007 | Transfer | domainct.com | ancientname.net |
| Aug 8, 2007 | Transfer | ancientname.net | name-services.com |
| May 21, 2007 | Transfer | domaincontrol.com | secureserver.net |
| May 18, 2004 | New | secureserver.net | - |

## IP Address History

| Event Date | Action | New IP | Previous IP |
|------------|--------|--------|-------------|
| Feb 6, 2016 | New | 209.141.39.215 | 82.221.130.115 |
| Feb 2, 2016 | Change | 82.221.130.115 | 82.221.136.1 |

© 2016 DomainTools, LLC All Rights Reserved



EXHIBIT _____1_____

PAGE _16_ OF _20_

| Date | Type | From | To |
|---|---|---|---|
| Oct 1, 2015 | Change | 82.221.136.1 | 104.219.248.63 |
| Jul 24, 2015 | Change | 104.219.248.63 | 54.174.31.254 |
| Jul 21, 2015 | Change | 54.174.31.254 | 54.84.74.52 |
| Jul 8, 2015 | Change | 54.84.74.52 | 54.85.144.197 |
| Jun 24, 2015 | Change | 54.85.144.197 | 54.174.31.254 |
| Jun 8, 2015 | Change | 54.174.31.254 | 54.85.146.186 |
| May 11, 2015 | Change | 54.85.146.186 | 54.236.84.111 |
| May 1, 2015 | Change | 54.236.84.111 | 54.85.146.186 |
| Apr 2, 2015 | Change | 54.85.146.186 | 54.209.168.250 |
| Mar 20, 2015 | Change | 54.209.168.250 | 54.209.221.129 |
| Feb 21, 2015 | Change | 54.209.221.129 | 54.209.61.132 |
| Jan 26, 2015 | Change | 54.209.61.132 | 54.209.221.129 |
| Jan 13, 2015 | Change | 54.209.221.129 | 54.209.61.132 |
| Nov 9, 2014 | Change | 54.209.61.132 | 54.209.221.129 |
| Oct 27, 2014 | Change | 54.209.221.129 | 54.209.61.132 |
| Oct 14, 2014 | Change | 54.209.61.132 | 54.209.221.129 |
| Oct 2, 2014 | Change | 54.209.221.129 | 54.209.61.132 |
| Aug 26, 2014 | Change | 54.209.61.132 | 54.209.221.129 |
| Aug 2, 2014 | Change | 54.209.221.129 | 54.209.61.132 |
| Jul 9, 2014 | Change | 54.209.61.132 | 54.209.221.129 |
| Jun 27, 2014 | Change | 54.209.221.129 | 54.209.61.132 |
| Jun 15, 2014 | Change | 54.209.61.132 | 54.209.221.129 |
| Apr 15, 2014 | Change | 54.209.221.129 | 54.209.61.132 |
| Mar 31, 2014 | Change | 54.209.61.132 | 54.209.129.218 |
| Mar 5, 2014 | Change | 54.209.129.218 | 54.209.221.129 |
| Jan 12, 2014 | Change | 54.209.221.129 | 107.20.206.69 |
| Jan 3, 2013 | Change | 107.20.206.69 | 216.38.192.53 |
| Nov 14, 2012 | Change | 216.38.192.53 | 216.150.214.58 |
| May 2, 2012 | New | 216.150.214.58 | - |
| Apr 19, 2012 | Not Resolvable | - | 74.117.114.119 |
| Apr 17, 2012 | New | 74.117.114.119 | - |
| Mar 14, 2012 | Not Resolvable | - | 82.98.86.179 |
| Jan 31, 2012 | Change | 82.98.86.179 | 74.208.83.122 |
| Apr 10, 2011 | New | 74.208.83.122 | - |
| Feb 15, 2010 | New | 74.208.83.122 | - |
| Feb 3, 2010 | Not Resolvable | - | 74.208.83.122 |
| Jan 30, 2010 | New | 74.208.83.122 | - |
| Aug 26, 2007 | Not Resolvable | - | 66.45.238.60 |
| Aug 26, 2007 | Not Resolvable | - | 66.45.238.60 |
| Aug 12, 2007 | New | 66.45.238.60 | - |
| Aug 12, 2007 | New | 66.45.238.60 | - |
| Aug 5, 2007 | Not Resolvable | - | 69.25.142.57 |
| Aug 5, 2007 | Not Resolvable | - | 69.25.142.57 |
| Aug 4, 2007 | New | 69.25.142.57 | - |
| Aug 4, 2007 | New | 69.25.142.57 | - |

© 2016 DomainTools, LLC All Rights Reserved





| Jul 1, 2007 | Not Resolvable | - | 68.178.232.99 |
| Jul 1, 2007 | Not Resolvable | | 68.178.232.99 |
| Apr 2, 2006 | Change | 68.178.232.99 | 68.178.232.99 |
| Jun 12, 2004 | Change | 64.202.167.129 | 64.202.167.129 |
| May 18, 2004 | New | 64.202.167.192 | - |

© 2016 DomainTools, LLC All Rights Reserved



EXHIBIT ___1___
PAGE _18_ OF _20_



# Screenshot History

DomainTools captures snapshots of website homepages on regular intervals. This content is useful for researchers to understand how a domain was used at various points in time. Due to the relatively high storage costs of screenshot data, the coverage of screenshot histories is in most cases not as thorough as Whois or hosting data, and this is especially true for dates early in a domain's history.

DomainTools has 8 records collected between Nov 16, 2010 and Apr 20, 2016.



Apr 20, 2016


Sep 16, 2015


Dec 25, 2014


Dec 9, 2013


May 10, 2013


Jun 7, 2012


Jan 7, 2012

Nov 16, 2010

© 2016 DomainTools, LLC All Rights Reserved



EXHIBIT __1__
PAGE __19__ OF __20__

# Connected Domains

## Shared IP Address

DomainTools uses proprietary techniques to discover other domain names that are hosted on the same IP address (web host) as StdRegistry.com. This is a sample of up to 100 randomly-selected domains from that dataset. Access to this data provides context in cases where knowing associated domain names has value.

The exhaustive list of connected domains by IP address is available in the Reverse IP product at DomainTools.com.

| Domain | Created | Registrant |
|---|---|---|
| badbizreport.com | Sep 8, 2015 | Domains By Proxy, LLC |
| badboydirectory.com | Apr 22, 2016 | United Privacy Corp |
| badboyescort.com | Apr 16, 2016 | United Privacy Corp |
| blacklistreport.com | Mar 23, 2012 | WHOISGUARD, INC. |
| cheatersrus.com | Nov 25, 2011 | WHOIS PRIVACY PROTECTION SERVICE, INC. |
| deadbeatregistry.com | Apr 27, 2016 | United Privacy Corp |
| godaddyrus.com | May 28, 2016 | United Privacy Corp |
| gotrevenge.com | Jun 13, 2016 | United Privacy Corp |
| liarcheatersrus.com | Apr 27, 2016 | United Privacy Corp |
| predatorslist.com | Apr 30, 2015 | Domains By Proxy, LLC |
| predatorswatch.com | Jan 28, 2015 | United Privacy Corp |
| reportdeadbeats.com | Sep 19, 2015 | Domains By Proxy, LLC |
| reportmyex.com | Jul 27, 2010 | Domains By Proxy, LLC |
| scamboard.com | Aug 24, 2005 | Domains By Proxy, LLC |
| scamfound.com | Mar 27, 2015 | United Privacy Corp |
| stdregistry.com | Apr 15, 2012 | United Privacy Corp |
| valleymetalrecyclinginc.com | Jan 15, 2015 | scamfound.org inc. |

© 2016 DomainTools, LLC All Rights Reserved





EXHIBIT ___1___
PAGE _20_ OF _20_

## Shared Name Server

DomainTools uses proprietary techniques to discover other domain names that are hosted on the same name server as StdRegistry.com. This is a sample of up to 100 randomly-selected domains from that dataset. Access to this data provides context in cases where knowing associated domain names has value.

The exhaustive list of connected domains by name server is available in the Name Server Report product at DomainTools.com.

| Domain | Created | Registrant |
|---|---|---|
| badbizreport.com | Sep 8, 2015 | Domains By Proxy, LLC |
| badboydirectory.com | Apr 22, 2016 | United Privacy Corp |
| badboyescort.com | Apr 16, 2016 | United Privacy Corp |
| blacklistreport.com | Mar 23, 2012 | WHOISGUARD, INC. |
| cheatersrus.com | Nov 25, 2011 | WHOIS PRIVACY PROTECTION SERVICE, INC. |
| deadbeatregistry.com | Apr 27, 2016 | United Privacy Corp |
| exposingpredators.com | May 15, 2016 | United Privacy Corp |
| godaddyrus.com | May 28, 2016 | United Privacy Corp |
| gotrevenge.com | Jun 13, 2016 | United Privacy Corp |
| liarcheatersrus.com | Apr 27, 2016 | United Privacy Corp |
| liarsandcheaters.com | Jun 19, 2003 | Domains By Proxy, LLC |
| potentialjohns.com | Feb 10, 2016 | Domains By Proxy, LLC |
| predatorslist.com | Apr 30, 2015 | Domains By Proxy, LLC |
| predatorswatch.com | Jan 28, 2015 | United Privacy Corp |
| reportdeadbeats.com | Sep 19, 2015 | Domains By Proxy, LLC |
| reportmyex.com | Jul 27, 2010 | Domains By Proxy, LLC |
| scamboard.com | Aug 24, 2005 | Domains By Proxy, LLC |
| scamfound.com | Mar 27, 2015 | United Privacy Corp |
| stdregistry.com | Apr 15, 2012 | United Privacy Corp |
| valleymetalrecyclinginc.com | Jan 15, 2015 | scamfound.org inc. |
| wikiwarnings.com | Mar 3, 2016 | United Privacy Corp |

© 2016 DomainTools, LLC All Rights Reserved



StdRegistry.com WHOIS, DNS, & Domain Info - DomainTools - Screenshot History

8/11/16, 4:30 PM



Home >  Screenshot History >  Stdregistry.com

## Stdregistry.com Screenshot History



EXHIBIT 3

PAGE 1 OF 1

stdregistry.com | 2014-12-25

Home > Sc

Stdreg

stdre

Example

stdregistr

2016-04-

# HugeDomains.com

Shop for Over 350,000 Premium Domains

Questions? We're here to help! Call today:
1-303-893-0552

Home | Categories | FAQs | About Us | Contact Us | Shopping Cart

Get your domain name today, we make it easy   Search: Enter Keyword or Phrase   Search

## StdRegistry.com is for sale (Std Registry)

Click here to buy StdRegistry.com for **$2,095**

Create a blog, promote your business, or build a site for your personal use. Your web address is memorable and uniquely your own.

Buy Now   Only $2,095
Call us for more information: **1-303-893-0552**

Shop with confidence - return any domain within 30 days

**30 Day Satisfaction Guarantee!** Learn More

**Quick Facts**

| | |
|---|---|
| **Domain Name:** | StdRegistry.com |
| **Sale Type:** | Fixed Price - Buy Now for only $2,095 |
| **Domain Length:** | 11 Characters |
| **Base Domain:** | Std Registry |
| **TLD Extension:** | .com |
| **Brandability:** | VERY HIGH |

**Similar Domains** See More

| | |
|---|---|
| EditRegistry.com | $12,000 |
| FederalRegistry.com | $5,495 |
| HousewarmingRegistry.c | $3,495 |
| RegistryCleanerFix.com | $3,395 |
| PicRegistry.com | $3,295 |

**Learn More**

- FAQs
- Domain Valuation Guide
- Client Testimonials
- World Class Customer Care
- Transfer Information

**Click here** to buy StdRegistry.com for **$2,095**

Home | About | Privacy | Terms & Conditions | Testimonials

© 2014 HugeDomains.com. All rights reserved.

DEDICATED TO CUSTOMER SERVICE   GeoTrust   100% Satisfaction Guaranteed

CRTL + D to Bookmark

Image Supplied By DomainTools.com

2 / 7

stdregistry.com
2015-09-16



StdRegistry.com WHOIS, DNS, & Domain Info - DomainTools - Screenshot History

8/7/16, 3:07 PM

EXHIBIT 4
PAGE 1 OF 6

Home >   Screenshot History  >   Stdregistry.com

## Stdregistry.com Screenshot History

stdregistry.com | 2015-09-16





### RECENT POSTS

Carol Marin, Chicago, Illinois – Full Blown AIDS

Treneir Andre Washington, Smyrna, Georgia

April Wertsbaugh, Huntington Beach, California

Rose Marie Mercer-Phillips, Arlington, Texas

Sana Ismail Khan, Inkster, Michigan

### RECENT COMMENTS

Lisa on George Tarazaga, Ontario

Lisa on George Tarazaga, Ontario

anonymous on Rose Marie Mercer-Phillips, Arlington, Texas

anonymous on Rose Marie Mercer-Phillips, Arlington, Texas

Gwen on Gustavo Oliverez,

September 15, 2015 · Leave a comment

## Carol Marin, Chicago, Illinois – Full Blown AIDS



Carol acts like a complete slut behind the scenes and then tries to pass herself off as a sophisticated woman. Carol Marin lies all the time, she has sex with anyone that will have her. She has several guy that she fucks at the same time at the NBC5 news station . She is bisexual READ MORE

*This post has been viewed 1,005 times*

*Posted in HIV/AIDS*



Click Here To Report STD Carrier

StdRegistry.com WHOIS, DNS, & Domain Info - DomainTools - Screenshot History

**EXHIBIT** 4

**PAGE** 2 OF 6

8/7/16, 3:07 PM

Orange, California

◄ Newer

der ►

CATEGORIES

Chlamydia
Genital Herpes
Genital Warts
Gonorrhea
Hepatitis C
Herpes
HIV/AIDS
Human Papillomavirus (HPV)
Pubic Lice
Syphilis
Trichomoniasis

ools

September 13, 2015 · Leave a comment

### Treneir Andre Washington, Smyrna, Georgia



(Treneir)Andre Washington resides in Smyrna, Georgia (metro Atlanta) and has an impressive resume but is a true liar and cheater. He passes around STDs, sleeps with escorts and lies about being with other women. He will wine and dine you and make you believe he cares when he doesn't. Do not let the job and

READ MORE

*This post has been viewed 1,169 times*

*Posted in Herpes*

September 12, 2015 · Leave a comment

### April Wertsbaugh, Huntington Beach, California



Shes a player and always will be a player and the icing on the cake she has herpes.. Crazy slut, she loves showing her pics to anyone. She is really a big cheater and a slut! This whore will fuck you for a cheeseburger with extra mustard. She fucked some other guy, payback is a

READ MORE

*This post has been viewed 1,150 times*

*Posted in Herpes*

September 9, 2015 · 2 Comments

### Rose Marie Mercer-Phillips, Arlington, Texas

StdRegistry.com WHOIS, DNS, & Domain Info - DomainTools - Screenshot History



EXHIBIT ___4___
PAGE __3__ OF __6__

8/7/16, 3:07 PM



This woman, who goes by several names, knowingly pursued my husband, James Ducker. She has been charged with stalking and harassing me by the District Attorney's office of Tarrant County, Texas. When I confronted her, she told me that she knew he was married and didn't care. She said that she would see me dead before
READ MORE

*This post has been viewed 1,277 times*

*Posted in HIV/AIDS*

September 7, 2015 · Leave a comment
## Sana Ismail Khan, Inkster, Michigan



She's a fucking slut. Pays $1 for a hobby while working and studying at HFCC. She never has sex because she has aids.

*This post has been viewed 1,418 times*

*Posted in HIV/AIDS*

September 7, 2015 · Leave a comment
## Kyle Cunningham, Jackson, Mississippi



StdRegistry.com WHOIS, DNS, & Domain Info - DomainTools - Screenshot History

EXHIBIT ____4____
PAGE _48_ OF _76_

8/7/16, 3:07 PM

Ladies please stay away from this creep. He has always been the type. He's also the threatening type. Plus he smells like baked ass. He's a charmer and very convincing but also twisted and mentally ill. Please be aware and be very careful!

*This post has been viewed 1,252 times*

*Posted in Herpes*

September 7, 2015 · Leave a comment

### Jackie Rivero, Glendale, California – HIV AIDS GIVER



I met this whore on line. She is prostitute. I drove 45 minutes to see her in Glendale, CA and when I got there I was pissed. She looked nothing like the beautiful girl I was suppose to meet. The girl on the phone said she was 21, but this woman looked more like 40.
READ MORE

*This post has been viewed 1,589 times*

*Posted in HIV/AIDS*

September 5, 2015 · Leave a comment

### Kaela Smith-Johnson, Denver, Colorado



Be very careful with this Facebook whore. She is from Denver, Colorado and in a relationship but using Facebook and internet to connect sexually to married men and ask them for sex and to send her money and steal their information. I just want to warn everyone. She has played and scammed my husband. I
READ MORE

StdRegistry.com WHOIS, DNS, & Domain Info - DomainTools - Screenshot History

EXHIBIT 4
PAGE 5 OF 6

8/7/16, 3:07 PM

*This post has been viewed 1,131 times.*

*Posted in Human Papillomavirus (HPV)*

September 5, 2015 · Leave a comment
### Gabriela Gomez, Santa Ana, California



Be on the look out for this whore! Dated Gabriela Gomez for almost 3 years. Gabriela just your run of the mill whores, she works at Durham School Services. Caught her this past Tuesday cheating on me with another woman's husband that she'd been sneaking around with for over a month. She creates multiple profiles
READ MORE

*This post has been viewed 1,621 times*

*Posted in Herpes*

September 3, 2015 · Leave a comment
### Glen Scholl, Louisiana



Beware of this Cheater!!! He is on Plenty of Fish dating site. He picks up women on dating sites and in bars. Sleeps with multiple partners. Don't believe his lies, he can be very charming at first, but it's fake. Gave me an STD!

*This post has been viewed 1,723 times*

*Posted in Herpes*

http://research.domaintools.com/research/screenshot-history/stdregistry.com/#1

StdRegistry.com WHOIS, DNS, & Domain Info - DomainTools - Screenshot History

EXHIBIT 4

PAGE ___ OF ___

8/7/16, 3:07 PM

Copyright © 2012-2015 STDRegistry.com. All rights reserved.

Image Supplied By DomainTools.com

1 / 7

StdRegistry.org WHOIS, DNS, & Domain Info - DomainTools

EXHIBIT _____ 5 _____

PAGE _1_ OF _2_

8/1/16, 12:42 PM

Home >  Whois Lookup >  StdRegistry.org

## Whois Record for StdRegistry.org

How does this work?

**Related Domains For Sale or At Auction**
| 1 | 2 | 3 |
More >

TestDomain.com ($5,899)                    HostDomain.org ($788)
TopBestDeals.com ($1,188)                  ArtistDevelopment.org ($3,388)
BestDealOnline.com ($8,995)                BestDealNow.com ($2,800)

### ▬ Whois & Quick Stats

| | |
|---|---|
| Email | 5437ba35pdovgn...@5225b4d0pi3627q9.whoisprivacycorp.com |
| | 5437ba35atm2s1...@5225b4d0pi3627q9.whoisprivacycorp.com |
| | 5437ba356g197a...@5225b4d0pi3627q9.whoisprivacycorp.com |
| Registrant Org | Whois Privacy Corp. was found in ~539,517 other domains |
| Dates | Created on 2014-08-26 - Expires on 2018-08-26 - Updated on 2015-08-27 |
| IP Address | 104.27.182.22 - 81 other sites hosted on this server |
| IP Location | 🏴 - Arizona - Phoenix - Cloudflare Inc. |
| ASN | 🏴 AS13335 CLOUDFLARENET - CloudFlare, Inc., US (registered Jul 14, 2010) |
| Domain Status | Registered And Active Website |
| Whois History | 101 records have been archived since 2010-03-24 |
| IP History | 17 changes on 13 unique IP addresses over 12 years |
| Hosting History | 7 changes on 7 unique name servers over 12 years |
| Whois Server | whois.pir.org |

### ▬ Website

| | |
|---|---|
| Website Title | ○ STD Registry - STDRegistry.org - Report Them Before They Hurt Others - The ORIGINAL STD database |
| Server Type | cloudflare-nginx |
| Response Code | 200 |
| SEO Score | 89% |
| Terms | 816 (Unique: 267, Linked: 488) |
| Images | 11 (Alt tags missing: 0) |
| Links | 93  (Internal: 51, Outbound: 1) |

**Whois Record** ( last updated on 2016-08-01 )

```
Domain Name: STDREGISTRY.ORG
Domain ID: D173719259-LROR
WHOIS Server:
Referral URL: www.internet.bs
Updated Date: 2015-08-27T13:59:43Z
Creation Date: 2014-08-26T17:11:55Z
Registry Expiry Date: 2018-08-26T17:11:55Z
Sponsoring Registrar: Internet Domain Service BS Corp
Sponsoring Registrar IANA ID: 2487
Domain Status: clientTransferProhibited https://icann.org/epp#clientTr
ansferProhibited
Registrant ID: INTEt1dk5oc2p83o
Registrant Name: Domain Admin
Registrant Organization: Whois Privacy Corp.
Registrant Street: Ocean Centre, Montagu Foreshore
Registrant Street: East Bay Street
```

**Preview the Full Domain Report**

**Tools**

| Whois History | Hosting History |
|---|---|

| Monitor Domain Properties | ▼ |
|---|---|
| Reverse Whois Lookup | ▼ |
| Reverse IP Address Lookup | ▼ |
| Network Tools | ▼ |

| Buy This Domain ▼ | Visit Website |
|---|---|



**View Screenshot History**

**Available TLDs**

| General TLDs | Country TLDs |
|---|---|

The following domains are available through our preferred partners. Select domains below for more information. (3rd party site)

☐ Taken domain.
☐ Available domain.
☐ Deleted previously owned domain.

| StdRegistry.com | View Whois |
|---|---|
| StdRegistry.net | Buy Domain |
| StdRegistry.org | View Whois |
| StdRegistry.info | Buy Domain |
| StdRegistry.biz | Buy Domain |
| StdRegistry.us | Buy Domain |



StdRegistry.org WHOIS, DNS, & Domain Info - DomainTools        EXHIBIT ____5____        8/1/16, 12:42 PM

PAGE __2__ OF __2__

```
Registrant City: Nassau
Registrant State/Province: New Providence
Registrant Postal Code: 0000
Registrant Country: BS
Registrant Phone: +1.5163872248
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: 5437ba35pdovgnlj@5225b4d0pi3627q9.whoisprivacycorp.c
om
Admin ID: INTEklkoqqwz3lf9
Admin Name: Domain Admin
Admin Organization: Whois Privacy Corp.
Admin Street: Ocean Centre, Montagu Foreshore
Admin Street: East Bay Street
Admin City: Nassau
Admin State/Province: New Providence
Admin Postal Code: 0000
Admin Country: BS
Admin Phone: +1.5163872248
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: 5437ba35atm2s1k2@5225b4d0pi3627q9.whoisprivacycorp.com
Tech ID: INTEs03dvewtltu6
Tech Name: Domain Admin
Tech Organization: Whois Privacy Corp.
Tech Street: Ocean Centre, Montagu Foreshore
Tech Street: East Bay Street
Tech City: Nassau
Tech State/Province: New Providence
Tech Postal Code: 0000
Tech Country: BS
Tech Phone: +1.5163872248
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: 5437ba356g197av7@5225b4d0pi3627q9.whoisprivacycorp.com
Name Server: DINA.NS.CLOUDFLARE.COM
Name Server: NORM.NS.CLOUDFLARE.COM
DNSSEC: unsigned

For more information on Whois status codes, please visit https://icann
.org/epp
```

 Sitemap   Blog   Terms of Service   Privacy Policy   Contact Us   Domain News   © 2016 DomainTools

StdCarriersDatabase.com WHOIS, DNS, & Domain Info - DomainTools                                                    8/1/16, 12:30 PM

EXHIBIT ___6___
PAGE _1_ OF _2_



Home > Whois Lookup > StdCarriersDatabase.com

# Whois Record for StdCarriersDatabase.com

How does this work?

| Related Domains For Sale or At Auction | | 1 2 3 |
|---|---|---|
| CarCarrierServices.com ($4,788) | WineCarriers.com ($4,850) | More › |
| RoadCarriers.com ($2,088) | PetsCarriers.com ($4,588) | |
| BabyCarrierShop.com ($988) | CheapPetCarriers.com ($2,095) | |

**↗ Preview the Full Domain Report**

**Tools**

| Whois History | Hosting History |
|---|---|

| Monitor Domain Properties | ▼ |
| Reverse Whois Lookup | ▼ |
| Reverse IP Address Lookup | ▼ |
| Reverse Name Server Lookup | ▼ |
| Network Tools | ▼ |

| Buy This Domain ▼ | Visit Website |

## ➡ Whois & Quick Stats

| | |
|---|---|
| Email | abuse@tldregistrarsolutions.com is associated with ~177,141 domains<br>stdca...@customers.whoisprivacycorp.com<br>stdca...@customers.whoisprivacycorp.com<br>stdca...@customers.whoisprivacycorp.com |
| Registrant Org | Whois Privacy Corp. was found in ~539,517 other domains |
| Registrar | TLD REGISTRAR SOLUTIONS LTD |
| Registrar Status | clientTransferProhibited |
| Dates | Created on 2015-10-31 - Expires on 2018-10-31 - Updated on 2016-05-07 |
| Name Server(s) | DINA.NS.CLOUDFLARE.COM (has 1,494,881 domains)<br>NORM.NS.CLOUDFLARE.COM (has 1,494,881 domains) |
| IP Address | 104.25.228.30 - 4 other sites hosted on this server |
| IP Location | 🏴 - Arizona - Phoenix - Cloudflare Inc. |
| ASN | 🏴 AS13335 CLOUDFLARENET - CloudFlare, Inc., US (registered Jul 14, 2010) |
| Domain Status | Registered And Active Website |
| Whois History | 20 records have been archived since 2015-10-31 |
| IP History | 4 changes on 5 unique IP addresses over 1 years |
| Registrar History | 1 registrar |
| Hosting History | 3 changes on 3 unique name servers over 1 year |
| Whois Server | whois.tldregistrarsolutions.com |

**No Screenshot Available**

**View Screenshot History**

**Available TLDs**

General TLDs | Country TLDs

The following domains are available through our preferred partners. Select domains below for more information. (3rd party site)

☐ Taken domain.
☐ Available domain.
☐ Deleted previously owned domain.

| StdCarriersDatabase... | View Whois |
| StdCarriersDatabase... | Buy Domain |
| StdCarriersDatabase... | Buy Domain |
| StdCarriersDatabase... | Buy Domain |
| StdCarriersDatabase... | Buy Domain |
| StdCarriersDatabase... | Buy Domain |

## ➡ Website

| | |
|---|---|
| Website Title | ⓢ STD Carriers Database - Report Them Before They Hurt Others - The ORIGINAL STD database |
| Server Type | cloudflare-nginx |
| Response Code | 200 |
| SEO Score | 90% |
| Terms | 859 (Unique: 257, Linked: 529) |
| Images | 11 (Alt tags missing: 0) |
| Links | 93 (Internal: 52, Outbound: 0) |



**Whois Record** ( last updated on 2016-08-01 )

```
Domain Name: STDCARRIERSDATABASE.COM
Registry Domain ID: 1973619676_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.tldregistrarsolutions.com
Registrar URL: http://www.tldregistrarsolutions.com
```

StdCarriersDatabase.com WHOIS, DNS, & Domain Info - DomainTools                    8/1/16, 12:30 PM

EXHIBIT ___6___
PAGE ___2___ OF ___2___

```
Updated Date: 2016-05-07T06:20:15Z
Creation Date: 2015-10-31T06:06:34Z
Registrar Registration Expiration Date: 2018-10-31T06:06:34Z
Registrar: TLD Registrar Solutions Ltd.
Registrar IANA ID: 1564
Registrar Abuse Contact Email: abuse@tldregistrarsolutions.com
Registrar Abuse Contact Phone: +1.5167401179
Reseller:
Domain Status: clientTransferProhibited - http://www.icann.org/epp#cli
entTransferProhibited
Registry Registrant ID:
Registrant Name: Domain Admin
Registrant Organization: Whois Privacy Corp.
Registrant Street: Ocean Centre, Montagu Foreshore, East Bay Street
Registrant City: Nassau
Registrant State/Province: New Providence
Registrant Postal Code: 0000
Registrant Country: BS
Registrant Phone: +1.5163872248
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: stdcarriersdatabase.com-
owner@customers.whoisprivacycorp.com
Registry Admin ID:
Admin Name: Domain Admin
Admin Organization: Whois Privacy Corp.
Admin Street: Ocean Centre, Montagu Foreshore, East Bay Street
Admin City: Nassau
Admin State/Province: New Providence
Admin Postal Code: 0000
Admin Country: BS
Admin Phone: +1.5163872248
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: stdcarriersdatabase.com-
admin@customers.whoisprivacycorp.com
Registry Tech ID:
Tech Name: Domain Admin
Tech Organization: Whois Privacy Corp.
Tech Street: Ocean Centre, Montagu Foreshore, East Bay Street
Tech City: Nassau
Tech State/Province: New Providence
Tech Postal Code: 0000
Tech Country: BS
Tech Phone: +1.5163872248
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: stdcarriersdatabase.com-
tech@customers.whoisprivacycorp.com
Name Server: dina.ns.cloudflare.com
Name Server: norm.ns.cloudflare.com
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.int
ernic.net/
```

Traceroute, Ping, Domain Name Server (DNS) Lookup, WHOIS, Email Verification Tools trace 104.25.229.30            8/2/16, 4:12 PM

 **Network-Tools**.com

EXHIBIT ___7___
PAGE __1__ OF __3__

FAQ/Help Files | Landscape Format | Report Bugs

GET CLOUD WITH NOTHING TO HIDE. SOFTLAYER an IBM Company
Bandwidth included. Storage included. Total access, control, and transparency included. LEARN MORE >

To save typing this site is available at NWTools.com

- ○ Express
- ○ Ping
- ● Trace
- ○ Whois (IDN Conversion Tool)
- ○ DNS Records (Advanced Tool)
- ○ Network Lookup
- ○ Spam Blacklist Check
- ○ URL Decode
- ○ URL Encode
- ○ HTTP Headers    ☐ SSL
- ○ Email Tests

☐ Convert Base-10 to IP

`104.25.229.30`

GO!

whois databases direct links. IP addresses Whois:
Americas (ARIN)
Europe (RIPE)
Asia-Pacific (APNIC)
Africa (AfriNIC)
Latin America/Carib. (LACNIC)
Subnet Calculator
Registrars:
Network Solutions
Godaddy
Tucows
ENOM
.biz .org
Country Code (2-letter) domains:
.ae | .au | .be | .br | .bs | .ca | .cl
.co | .de | .dz | .ec | .es | .hr | .hu | .id
.io | .kr | .my | .nl | .ph | .pk | .ru



Traceroute, Ping, Domain Name Server (DNS) Lookup, WHOIS, Email Verification Tools trace 104.25.229.30                    8/2/16, 4:12 PM

.us | .za
Suggest a Link



EXHIBIT ___7___
PAGE 2⅔ OF 3

Lookup failed: 104.25.229.30 No data
104.25.229.30 is from United States (US) in region North America

### TraceRoute from Network-Tools.com to 104.25.229.30

| Hop | (ms) | (ms) | (ms) | IP Address | Host name |
|---|---|---|---|---|---|
| 1 | 11 | 0 | 0 | 206.123.64.233 | - |
| 2 | 1 | 1 | 1 | 173.219.246.92 | 173-219-246-92.suddenlink.net |
| 3 | Timed out | Timed out | 243 | 173.219.225.54 | 173-219-225-54.suddenlink.net |

Traceroute, Ping, Domain Name Server (DNS) Lookup, WHOIS, Email Verification Tools trace 104.25.229.30

EXHIBIT _____7_____
PAGE _3_ OF _3_

8/2/16, 4:12 PM

| 4 | 1 | 0 | 0 | 206.223.118.145 | xe-0-0-3.edge01.dfw01.as13335.net |
| 5 | 1 | 1 | 0 | 104.25.229.30 | - |

Trace complete



IEC 3300
SMALL FORM FACTOR FANLESS BOX PC

✕Global
A M E R I C A N

Industrial, Medical, Signage, Automation

Customize Yours Now!    Go ⇒

**Network-Tools.com and NWTools.com are trademarks of Freedom of Information, LLC. © 1998-2016 I Privacy Policy I Contact Network-Tools.com**

**The types of advertisements displayed are based on a number of factors such as this site's content and your Internet browsing and search history. See the Privacy Policy for more information.**



**Network-Tools.com**

EXHIBIT ___8___
PAGE _/_ OF _3_

FAQ/Help Files | Landscape Format | Report Bugs

GET CLOUD WITH NOTHING TO HIDE.    SOFTLAYER
an IBM Company
Bandwidth included. Storage included. Total access, control, and transparency, included.    LEARN MORE >

To save typing this site is available at NWTools.com

- ○ Express
- ○ Ping
- ⊙ Trace
- ○ Whois (IDN Conversion Tool)
- ○ DNS Records (Advanced Tool)
- ○ Network Lookup
- ○ Spam Blacklist Check
- ○ URL Decode
- ○ URL Encode
- ○ HTTP Headers ▢ SSL
- ○ Email Tests

▢ Convert Base-10 to IP

```
104.27.183.22
```

[ GO! ]

whois databases direct links. IP addresses Whois:
Americas (ARIN)
Europe (RIPE)
Asia-Pacific (APNIC)
Africa (AfriNIC)
Latin America/Carib. (LACNIC)
Subnet Calculator
Registrars:
Network Solutions
Godaddy
Tucows
ENOM
.biz .org
Country Code (2-letter) domains:
.ae | .au | .be | .br | .bs | .ca | .cl
.co | .de | .dz | .ec | .es | .hr | .hu | .id
.io | .kr | .my | .nl | .ph | .pk | .ru

Traceroute, Ping, Domain Name Server (DNS) Lookup, WHOIS, Email Verification Tools trace 104.27.183.22          8/2/16, 4:13 PM

EXHIBIT __8__

PAGE _2_ OF _3_

.us | .za
Suggest a Link

GET
CLOUD
WITH
NOTHING
TO HIDE.

Bandwidth
included.

Storage
included.

Total access,
control,
and transparency,
included.

LEARN MORE >

SOFTLAYER®
an IBM Company

Lookup failed: 104.27.183.22 No data
104.27.183.22 is from United States (US) in region North America

### TraceRoute from Network-Tools.com to 104.27.183.22

| Hop | (ms) | (ms) | (ms) | IP Address | Host name |
|-----|------|------|------|------------|-----------|
| 1 | 0 | 0 | 0 | 206.123.64.233 | - |
| 2 | 1 | 1 | 1 | 173.219.246.92 | 173-219-246-92.suddenlink.net |
| 3 | 279 | 320 | 315 | 173.219.225.56 | 173-219-225-56.suddenlink.net |
| 4 | 0 | 0 | 1 | 206.223.118.145 | xe-0-0-3.edge01.dfw01.as13335.net |

| 4 | 0 | 0 | 1 | 206.223.118.145 | xe-0-0-3.edge01.dfw01.as15533.net |
| 5 | 1 | 0 | 0 | 104.27.183.22 | - |

Trace complete

EXHIBIT ___8___
PAGE _3_ OF _3_



**Network-Tools.com and NWTools.com are trademarks of <u>Freedom of Information, LLC</u>. © 1998-2016 | <u>Privacy Policy</u> | <u>Contact Network-Tools.com</u>**

**The types of advertisements displayed are based on a number of factors such as this site's content and your Internet browsing and search history. See the <u>Privacy Policy</u> for more information.**

Traceroute, Ping, Domain Name Server (DNS) Lookup, WHOIS, Email Verification Tools trace 209.141.39.215          8/2/16, 4:15 PM



**Network-Tools.com**

EXHIBIT ___9___
PAGE __1__ OF __3__

FAQ/Help Files | Landscape Format | Report Bugs

GET CLOUD WITH NOTHING TO HIDE. SOFTLAYER an IBM Company
Bandwidth included. Storage included. Total access, control, and transparency, included.    LEARN MORE >

To save typing this site is available at NWTools.com

- ○ Express
- ○ Ping
- ◉ Trace
- ○ Whois (IDN Conversion Tool)
- ○ DNS Records (Advanced Tool)
- ○ Network Lookup
- ○ Spam Blacklist Check
- ○ URL Decode
- ○ URL Encode
- ○ HTTP Headers  □ SSL
- ○ Email Tests

□ Convert Base-10 to IP

`209.141.39.215`

[ GO! ]

whois databases direct links. IP addresses Whois:
Americas (ARIN)
Europe (RIPE)
Asia-Pacific (APNIC)
Africa (AfriNIC)
Latin America/Carib. (LACNIC)
Subnet Calculator
Registrars:
Network Solutions
Godaddy
Tucows
ENOM
.biz .org
Country Code (2-letter) domains:
.ae | .au | .be | .br | .bs | .ca | .cl
.co | .de | .dz | .ec | .es | .hr | .hu | .id
.io | .kr | .my | .nl | .ph | .pk | .ru



http://network-tools.com/default.asp?prog=trace&host=209.141.39.215

Traceroute, Ping, Domain Name Server (DNS) Lookup, WHOIS, Email Verification Tools trace 209.141.39.215

EXHIBIT _____9_____

PAGE __2__ OF __3__

8/2/16, 4:15 PM

.us | .za
Suggest a Link



209.141.39.215 is from United States (US) in region North America
Input: 209.141.39.215
canonical name: .

## TraceRoute from Network-Tools.com to 209.141.39.215 [.]

| Hop | (ms) | (ms) | (ms) | IP Address | Host name |
|---|---|---|---|---|---|
| 1 | 0 | 0 | 0 | 206.123.64.217 | - |
| 2 | Timed out | Timed out | Timed out | | - |

http://network-tools.com/default.asp?prog=trace&host=209.141.39.215

Traceroute, Ping, Domain Name Server (DNS) Lookup, WHOIS, Email Verification Tools trace 209.141.39.215                    8/2/16, 4:15 PM

| | | | | | |
|---|---|---|---|---|---|
| 3 | Timed out | Timed out | Timed out | EXHIBIT _9_ PAGE _3_ OF _3_ | |
| 4 | 23 | 23 | 23 | 62.115.52.221 | dls-b21-link.telia.net |
| 5 | 54 | 56 | 54 | 213.155.134.124 | las-b21-link.telia.net |
| 6 | 57 | 55 | 56 | 62.115.38.202 | voxility-ic-304820-las-bb1.c.telia.net |
| 7 | Timed out | Timed out | Timed out | - | |
| 8 | Timed out | Timed out | Timed out | - | |
| 9 | Timed out | Timed out | Timed out | - | |
| 10 | Timed out | Timed out | Timed out | - | |
| 11 | Timed out | Timed out | Timed out | - | |
| 12 | Timed out | Timed out | Timed out | - | |
| 13 | Timed out | Timed out | Timed out | - | |
| 14 | Timed out | Timed out | Timed out | - | |

Ripoff Report | HugeDomains.com Complaint Review Denver, Colorado: 1059016    EXHIBIT _10_    8/8/16, 10:43 PM

PAGE _1_ OF _4_

**Ripoff Report** | Complaints Reviews Scams Lawsuits Frauds Reported. File your review. Consumers educating consumers.™

By consumers, for consumers...

# Ripoff Report®

Don't let them get away with it!® Let the truth be known!™

FILE A REPORT

Company Name or Report #    SEARCH

Review Latest Reports    Advanced Search    Browse Categories

Total Visits since 1998: 8,958,508,522    Estimated money Consumers saved since 1998: $15,677,389,913.70    Reports filed: 2,079,009

| Update a Report | Programs & Services | Consumer Resources | Verified Business Directory | Legal Directory | Consumers Say Thank You | In the Media | Ripoff Report Investigates | Repair your reputation the right way Corporate Advocacy Program | Register or Login |

■ Ripoff Report protects consumers first amendment right to free speech

Ripoff Report Investigates, Sponsored By:

Lear How to Buy and Invest In Silver Today    Get Your Free Kit ▶
⚫ LEARCAPITAL



### How to protect yourself from Real Estate Identity Fraud
**Watch our new web series Ripoff Report Investigates**

Our 6 part series on real estate idendtity fraud shows how easily these swindlers can steal your home and equity and what you need to know to protect yourself .

**Watch Now!**



Report: #1059016

# Complaint Review: HugeDomains.com

**Related Reports**

hugedomains.com Huge Domains steals websites and I believe they are squatters Internet

huge domains hugedomains.com huge domain scam, abuse unknown Internet

HugeDomains.com Huge Domains Squatting, Stealing, Hoarding Denver Colorado

HUGE DOMAINS HUGEDOMAINS.COM INFRINGEMENT ON PRIVATE INTELLECTUAL PROPERTY STOLEN DOMAIN DENVER Colorado

HugeDomains.com Stole/cybersquatting domain and can't register it when it expires Denver, Colorado USA Internet

HugeDomains.com Huge Domains Getting the Run Around Denver Colorado

Hugedomains.com Hugedomains.com profits from stole domain! Denver Colorado

HugeDomains.com Stole domain name in violation of Anti-Cybersquatting Consumer Protection Act Denver Colorado

hugedomains.com hugedomains.com is dishonest, a thief, corrupt, and fraudulent Internet

HugeDomains.com They violated the Anticybersquatting Consumer Protection Act (ACPA) Denver Colorado

Submitted: Thu, June 13, 2013    Updated: Tue, July 08, 2014
Reported By: aggiekat — Denver Colorado

HugeDomains.com
2635 Walnut Street
Denver, Colorado
USA

Phone: 3035029124
Web: www.hugedomains.com
Category: Internet Marketing Companies



## HugeDomains.com Stole domain name in violation of Anti-Cybersquatting Consumer Protection Act Denver Colorado

*Consumer Comment: The reviews I read just sound like people angry that they didn't get the domain.

*Consumer Comment: Huge Domains is a SCAM - They Did Same Thing to me

*Author of original report: Update

*Author of original report: Clarification

Like 0    G+1 Recommend this on Google    Tweet



Verified Business Directory
Ripoff Report verified™
...businesses you can trust!    See It Now



LOANMART    Get $2,500 - $50,000
No Pre-Payment Penalties
Get Your Cash, Keep Your Car
Same Day Cash
SEVEN DAYS A WEEK    CALL TODAY!



KEEP WORK FLOWING
SHOP NOW ▶
Adobe    CDW PEOPLE WHO GET IT



Ripoff Report | HugeDomains.com Complaint Review Denver, Colorado: 1059016

EXHIBIT ___10___
PAGE ___2___ OF ___41___

8/8/16, 10:43 PM

**Ripoff Reports**


Atomic
deals.com Sent
wrong item and
refused return
Internet


Endoo1.vom

EndooTrustIcor LLC Cr Nitro x Total
scam and ripoff Florida - orlando
also a Po box in St Petersburg
Internet

TruthFinder
Truthfinder.com
is a total ripoff &
scam Internet


Elegant Granite
& Marble Eagle
Granite &
Marble We
were
approached by
Ivan Solorzano
in June 2016 at a Home Depot . He
gave us his card and said...


River Valley
Meats LLC
Majorly bad
meat, do not
purchase
Davenport Iowa


Publishers
Clearing House
PCH Publishers
Clearing House
first news of
$5000 per
month for ever. 1 million prize. Now
demand of $33.43 immediately for...


Havasu Fitness
Dale Bailey,
Jack Bailey
Rude,
uncooperative
staff/ownership. "Go somewhere
else" attitude. Lake Havasu City
Arizona


Robert C.
Seldon Molly E.
Buie Lauren E.
Marsh Dont
Waste Your
Time or Money
This all white
law firm does not care about you
Washington DC Dist of ...

BigSavesOnline.com
USNationalMail.com I ordered an
item on July 1. When I checked on
it using the http //usnational-
mail.com/ website they said had
the ...


petoverstock
Overpaid
$60.00 then
called twice,
they promised
refund and didn't Cheektowaga,
New York Internet

REBUTTAL BOX™ | Respond to this Report!

- Add Rebuttal to this Report
- Arbitrate & Set Record Straight
- File New Report
- Repair Your Reputation

I found that a domain name that I've been watching for several years was coming up again for renewal, and as I do each year, I watched to see if it would be renewed. It wasn't. I tried calling GoDaddy, the registrar of my other domain names, and also the registrar of the woman who previously had the domain. Both were very evasive about when the domain would go back into the registry. There were estimates of 30 days, then 90 days, but someone referred me to a website, FreeWho.com to see when it would expire. The estimate was May 23rd. I waited patiently. On the afternoon of May 22nd, I called the registrar again to see WHEN it would be available. They told me "midnight." I asked what time zone, they couldn't tell me. I tried registering the name up until midnight MST, but it never came available.

The following morning, when I woke up, the domain was taken. [continued below]....

**← Is this**
**Ripoff Report**
About you?

**Ripoff Report**
A business' first
line of defense
**on the Internet.**

If your business is
willing to make a
commitment to
customer satisfaction
Click here now..

Does your business have a bad reputation?
Fix it the right way.
Corporate Advocacy Program™

SEO Reputation
Management at its best!

**Report Attachments:**



..... At first it showed being registered to a person named Andrew Reberry, under NameBright, in Denver, CO. I tried calling the company and got no answer, and sent this person two emails asking what was going on. I never received a call back or any email response.

The domain name was MY NAME. Not something common at all.

As I waited patiently for a reply, I found that the domain had been transferred to HugeDomains.com, and now had a price tag of $1595. Ridiculous. I also saw that when I went to their site, they were "featuring" my domain name as a "hot property" and "shopping" it for several different categories. Careers, Trucks, Radio, Crafts...every time I refreshed, a different category would come up. I could tell from the refresh on the page that they were able to tell I was checking, because you can see another domain appear first in a flash, then my domain shows.

A couple of days later, they raised the price to $1695. I can only assume because I was refreshing so much.

I learned that there is a law that was passed in 1999...the federal Anti-Cybersquatting Consumer Protection Act. It states "The **Anticybersquatting Consumer Protection Act (ACPA)**, 15 U.S.C. § 1125(d), is an American law enacted in 1999 and that established a cause of action for registering, trafficking in, or using a domain name confusingly similar to, or dilutive of, a trademark or personal name. The law was designed to thwart "cybersquatters" who register Internet domain names containing trademarks with no intention of creating a legitimate web site, but instead plan to sell the domain name to the trademark owner or a third party."

ACPA covers "registering, trafficking in, or using a domain name with bad faith intent to profit from the goodwill of a trademark belonging to someone else. The cybersquatter then offers to sell the domain to the person or company who owns a trademark contained within the name at an inflated price."


LEARN HOW TO BUY AND INVEST
IN GOLD AND SILVER TODAY.
GET YOUR ___
Get it Now →

**Ripoff Report**
**LEGAL DIRECTORY**


GET IONIZED
+essentia
IONIZED H2O

Ripoff Report | HugeDomains.com Complaint Review Denver, Colorado: 1059016                                    8/8/16, 10:43 PM

EXHIBIT _10_
PAGE _3_ OF _4_



Onlinereportaccess.com Online car report fraud Internet



Envy Ivy Boutique | purchased a trench coat from this "online boutique" in February. It is July and I have yet to receive the product. I have emailed...

Overstock Mattress & Beds - Owner : Scott Holliday Overstock Mattress & Beds is a scam, they misrepresented, lied, and failed to honor the warranty they...

DEXCOM Animas - Dexcom G4 Medical Device Failures Mississauga Ontario Nationwide



Ritchie Bros Auctioneers Ritchie Brothers Auctioneers SELLER RIPPED OFF Longmont Colorado



pcrichard&son pcrichard&son pcrichardandsonpc richard and sonpcrichardandson pcrichard&sonpcrichard.com They are a SCAM COMPANY!!!

Samsung Samsung Refrigerator/Freezer Poor Customer Service! Not the way InnStyle would handle customers and products purchased. Nationwide

My pretty yorkies.com Retoya Biggins Sold me a teacup Yorkie that never existed Nor cross Internet

Toway Water Sports CO LTD

chinasupboards.com Toway Water Sports CO LTD or Toway Sports Jason Yang Ripoed Of By Exporter From China Fujian District S...



Trane Air Conditioner Company Trane A Mouse will stop a Trane Air Conditioner Nationwide Nationwide

This company has no interest in this domain name, except to make a profit by selling it back. And if cybersquatting is illegal, then this company that likes to boast that they have 350,000 "premium" domain names for sale is a legal company WHY? If you look at the BBB complaints in Denver, the company responds to complaints in a very snarky way...in one response they say that the complainant "doesn't understand" the "secondary domain name" market.

The only way to do anything about this is to file a complaint with the ICANN, but you have to agree to mediation that starts at $1500. The domain name is (now) $1695. So if someone wanted the domain name badly, why would the file a complaint when they can spend a couple of hundred bucks more and avoid the hassle?

This is WRONG. It's illegal, it's unethical, and it's time that someone do something. HugeDomains, you are NOT above the law.

This report was posted on Ripoff Report on 06/13/2013 07:51 PM and is a permanent record located here: http://www.ripoffreport.com/r/HugeDomainscom-Denver-Colorado-30205/HugeDomainscom-Slois-domain-name-in-violation-of-AntiCybersquatting-Consumer-Protection-1059016. The posting time indicated is Arizona local time. Arizona does not observe daylight savings so the post time may be Mountain or Pacific depending on the time of year.

Ripoff Report has an exclusive license to this report. It may not be copied without the written permission of Ripoff Report.

**Click Here to read other Ripoff Reports on HugeDomains.com**

## Search for additional reports

If you would like to see more Rip-off Reports on this company/individual, search here:

| HugeDomains.com | Search | Search Tips |

## Report & Rebuttal

| **Respond to this report!** | **Also a victim?** | **Repair Your Reputation!** |
| File a Rebuttal | File a Report | Get Started |

## Arbitrate

**Remove Reports?**

No! Better yet! Arbitrate to set the record straight!

## Updates & Rebuttals

| | REBUTTALS & REPLIES |  |
| --- | --- | --- |
| 2 | 2 | 0 |
| Author | Consumer | Employee/Owner |

### #1 Consumer Comment

# The reviews I read just sound like people angry that they didn't get the domain.

AUTHOR: denns25 - ()

SUBMITTED: Monday, July 07, 2014

HugeDomains.com helped me procure a domain that has been lost for several years. They did a great job at snagging the lost domain and selling it for a reasonable price. The reviews I read about them on the internet seem like they come from people who are more just mad that they didn't get the domain they wanted. Most of you people need to learn what cybersquatting really is, and you also need to know whether you really have rights to the intellectual property that you think is yours.

**Respond to this report!**  | File a Rebuttal |

### #2 Consumer Comment

# Huge Domains is a SCAM - They Did Same Thing to me

Ripoff Report | HugeDomains.com Complaint Review Denver, Colorado: 1059016

EXHIBIT 10
PAGE 4 OF 4

8/8/16, 10:43 PM



Dominique
Legault
Thérèse
Warning
Unethical Pup
Breeder Gatineau Quebec Sells
Sick Puppies Gatineau Quebec



US Business
Funding
Verified
TRUSTED
Business
REVIEW: US Business Funding
clients feel secure when doing
business with us because we are
not focused a...



Certified
Forensic Loan
Auditors
"CFLA"
TRUSTED
BUSINESS
REVIEW: Comitment to CFLA's
executive team and employees are
committed to customer
satisfaction....



National Tax
Experts
TRUSTED
EXPERTS
REVIEW:
National Tax
Experts' executive team, employees
dedicated to 100% customer
satisfaction. National Tax Experts...



Loan Source
Mark Smith
Mark got me to
send $350usd
twice and
$320usd and
told everything
is fine u will receive ur Loan now it's
ur file is to old send...

View past featured reports

Ripoff Report In the Media



Ripoff Report on
CBS 19



Ripoff Report on
CBS 19 - Global
Marketing Alliance



Ripoff Report on
ABC 15 - Smart
Shopper



Ripoff Report - Girls
Gone Wild



Ripoff Report on
Fox 11 - Car Repair

See more videos

---

AUTHOR: MDA - ()
SUBMITTED: Saturday, May 03, 2014

HugeDomains.com just trolls domains that expire and buys them that might have
websites on them. Then list for sale for $1500. It is a joke and they hope that
someone just forgot to renew it and they can make that $1500. It is cybersquatting
and i feel we should start a class action lawsuit against them. I will put it online and
let you know where the petition is when I do.

**Respond to this report!**  [ File a Rebuttal ]

---

#3 Author of original report

# Update

AUTHOR: aggiekat - ()
SUBMITTED: Thursday, October 31, 2013

In order to prevent a lengthy and costly lawsuit, I have withdrawn my small claims
lawsuit and purchased the domain from HugeDomains.

**Respond to this report!**  [ File a Rebuttal ]

---

#4 Author of original report

# Clarification

AUTHOR: scammedgirl - ()
SUBMITTED: Saturday, July 13, 2013

I have been contacted by a lawyer representing HugeDomains.com, after receiving
certified mail this afternoon, Saturday, July 13th, 2013.

I would like to post this update.

The title of my complaint, "HugeDomains.com Stole domain name in violation of
Anti-Cybersquatting Consumer Protection Act" accuses HugeDomains.com of
stealing a domain name.

I have filed a complaint in small claims court regarding "theft of intellectual property,"
which alleges that HugeDomains is infringing on my trademark.

I tried to contact HugeDomains on several occasions to discuss their intentions with
the domain name in question, and I never received any response. I contacted them
by email, phone, and fax.

Although I believe that HugeDomains is violating my rights in what they've done, I
am in contact with RipoffReport about taking the complaint down pending the results
of the case.

**Respond to this report!**  [ File a Rebuttal ]

---

## Report & Rebuttal

**Respond to this
report!**

[ File a Rebuttal ]

**Also a victim?**

[ File a Report ]

**Repair Your
Reputation!**

[ Get Started ]

## Arbitrate

**Remove Reports?**
No! Better yet! Arbitrate to set the record straight!

---

loading
Close



*REAL FUTURE*    *1 (http://fusion.net/2016/01/)/12 (http://fusion.net/2016/01/12/)/16 (http://fusion.net/2016/) 3:50 PM*

# At home with a revenge porn mogul

*By Kevin Roose (http://fusion.net/author/kevin-roose/)*

Real Future: At Home with a Revenge Porn Mogul (Episode 1)



At home with a revenge porn mogul



Why women will dominate the Grammys (http://fusion.net/video/250500/emojis-more-sex-the-grammys-kayne-some-royals/)

EXHIBIT ~~B~~ 11
PAGE 2 OF 15

*By Kevin Roose (http://fusion.net/author/kevin-roose/)*

**FOLLOW (HTTPS://TWITTER.COM/INTENT/FOLLOW?SCREEN_NAME=KEVINROOSE)**

**FEED (HTTP://FUSION.NET/AUTHOR/KEVIN-ROOSE/FEED/)**

OOK.CO(HTTPS://WWW.FACEBOOK.COM/SHARE(HTTPS://WWW.TUMBLR.COM/WIDGETS/SHARE/T(

.SION.NET%2FSTORY%2F281615%2FCOMPLAINTS-BUREAU-REVENGE-PORN-MOGUL%2F&T=MEET%20SCOTT%20BREITENS%20COMPLA

*By Kevin Roose (http://fusion.net/author/kevin-roose/)*

Scott Breitenstein has been called an "internet terrorist," "the worst man on the internet," and worse. His work has left behind an Everest-size pile of broken relationships, destroyed reputations, and ruined lives. He's been targeted by lawsuits, court orders, vigilante hacker groups, and the Department of Homeland Security, all for his role in one of the internet's darkest trades: hosting "revenge porn," nude photos and videos posted online non-consensually, often by disgruntled exes.

Breitenstein, 45, is the owner of ComplaintsBureau.com, a site that hosts user-submitted grievances of all types. He first encountered the site in 2005, after getting ripped off while trying to buy a flat-screen TV from an e-commerce site. Searching for other people who had been scammed by the same site, he found ComplaintsBureau, where he posted a negative review of the business. A week later, under mysterious circumstances, the TV seller's site went offline.

"I thought that was cool," Breitenstein told me, while driving me around his Dayton, Ohio neighborhood several months ago.

Breitenstein never got his money back, but he did acquire a taste for digital vengeance. He emailed the owner of ComplaintsBureau and asked if he'd be willing to sell the site. The owner agreed, and soon, Breitenstein, a plumber and electrician who had dabbled in web design and computer repair, taught himself HTML and PHP and set about redesigning and expanding



EXHIBIT ___11___

PAGE _3_ OF _15_

ComplaintsBureau. His vision was to build a kind of anonymous Better Business Bureau, where customers who had been scammed or ripped off could blow the whistle on predatory businesses.

Breitenstein's ComplaintsBureau was a bare-bones site, but it had something the Better Business Bureau didn't have: excellent search engine optimization, which often placed ComplaintsBureau's posts on the first page of Google results for a given business. Customers searching for that business's website would find a ComplaintsBureau post instead, and would often be scared off before their first purchase.

"I liked it because it could put the bad guy out of business," Breitenstein said. "Everybody saw how powerful it was."



Trevor Worley

**Scott Breitenstein in his backyard**

In the first years of its existence, ComplaintsBureau's users inveighed against large corporations like Best Buy, Samsung, and United Airlines, along with local businesses like car dealerships ("sold me a piece of junk!" reads one complaint) and hospitals ("I was treated like dirt at the Emergency room"). Their complaints were largely unverifiable, frequently profane and of-



Meet Scott Breitenstein, owner of ComplaintsBureau.com | Fusion

**EXHIBIT ___11___**

**PAGE __4__ OF _15_**

ten personal, singling out individual employees by name. Unlike sites like TripAdvisor or Yelp, Breitenstein didn't allow business owners to respond to the complaints made against them, even if they were false or defamatory.

## "Everybody saw how powerful it was."

These complaints carried real weight, thanks to Breitenstein's SEO work. "One illegitimate complaint ruined a whole quarter," Susan DiMezza, a Pennsylvania fashion boutique owner, told CBS News in 2011 (http://www.cbsnews.com/news/how-one-nasty-online-complaint-hurt-my-business/), whose sales dropped by 75% after a disgruntled tenant in a real estate dispute posted a negative review of her business on Scamfound.com, another Breitenstein-owned website.

Predictably, businesses hated ComplaintsBureau, and Breitenstein was soon deluged with takedown requests. He ignored them all. In his mind, bowing to pressure from businesses would create an unfair playing field, and throw all of the site's complaints into question. To avoid these headaches, he created a firm no-takedown policy. Once a complaint had been posted, he vowed it would stay.

"If we put on there that we'll take things down, then everybody will start saying, '*That ain't true, that ain't true*,'" he said. "And then why have a complaints site?"

\*\*\*

Several years ago, ComplaintsBureau received a more lurid kind of complaint: a user posted nude photos to the site, of someone the user said was his cheating ex-girlfriend.

Breitenstein, who operated a small fleet of scummy websites in addition to ComplaintsBureau, was no stranger to cheating allegations. Among his sites were ReportMyEx.com and CheatersRUs.com—both sites where jilted lovers could go to name and shame their exes.

But those sites allowed only text complaints. Photos were a different thing altogether. And days after the revenge porn post went up on ComplaintsBureau, he noticed that the traffic to the post was dwarfing everything else on the site. The size of his monthly payments from



EXHIBIT _1/_____

PAGE _5_ OF _15_

Google AdSense, a program that allows site owners to place pay-per-click advertising modules on their site, ballooned from $200 a month to more than $1,200.

"When I started seeing the money come in, I was like, '*Wow, I don't even have to work anymore,*" Breitenstein said.

Unbeknownst to him, Breitenstein had lucked into a booming business. The prevalence of nude photos, especially among younger people (44% of teens have sent or received a sexually explicit text, according to the Pew Research Center (http://www.pewinternet.org/2014/02/11/main-report-30/)) and the rise of amateur porn sites has created a robust market for stolen nudes. One notorious revenge porn site, IsAnyoneUp.com, reportedly racked up 30 million views a month at its peak.

In the past several years, dozens of states (http://www.endrevengeporn.org/revenge-porn-laws/)have passed laws making it illegal to post revenge porn. But *hosting* a revenge porn website is still technically legal, thanks to Section 230 of the Communications Decency Act of 1996, which shields websites from liability for content published by their users. (It's the same law that protects Facebook from being sued when one of its users posts something obscene or copyrighted.)

Still, the revenge porn business has gotten harder in recent years, thanks to the work of advocacy groups and the support of large tech companies. Over the last year, Facebook, Twitter, Instagram, Reddit and other social networks have expressly prohibited (http://fusion.net/story/102264/twitter-bans-revenge-porn/) revenge porn, and Google and other search engines have instituted removal policies that allow victims to get their non-consensual nudes de-listed. Most of the big revenge porn sites have been shut down, either by hosting providers or due to an operator's legal troubles. (Hunter Moore, the founder of IsAnyoneUp.com, was recently sentenced (https://www.washingtonpost.com/news/the-intersect/wp/2015/12/03/revenge-porn-purveyor-hunter-moore-is-sentenced-to-prison/) to 2.5 years in federal prison on hacking conspiracy charges related to the site.)



Meet Scott Breitenstein, owner of ComplaintsBureau.com | Fusion   8/10/16, 2:19 PM

EXHIBIT _11_
PAGE _6_ OF _15_



**ComplaintsBureau.com homepage, on an average day**

For Breitenstein, the potential reward of distributing revenge porn was worth the risks. So he created a new section of the site to house these posts, called "Revenge Lovers." And he watched the clicks roll in.

Breitenstein also devised a dastardly strategy to extract more money from revenge porn victims. Often, victims who appeared on the site would file copyright claims for their nude photos under the Digital Millennium Copyright Act, hoping to get them taken down. Breitenstein told these victims that if these DMCA takedown notices weren't followed by the rest of the DMCA complaint process—a lengthy endeavor that can involve registering a work with the U.S. Copyright Office and providing voluminous information about the photos being claimed— he would sue them for $10,900 in "defamation" costs.

On his site, Breitenstein made this threat explicit:



Meet Scott Breitenstein, owner of ComplaintsBureau.com | Fusion

EXHIBIT ___11___
PAGE __7__ OF _15_

8/10/16, 2:20 PM

> *Peridocally, we recieve thousands of DMCA takedown requests. Because of people not liking what they read on the site, they attempt less-than-effective ways of trying to get them removed...If you file a DMCA request, you must follow through completely to the very end of the process, otherwise, complaints bureau will file a counter notice to all major search engines and hosts, to have it restored. We will then bill you for $10,900.00.*

As brazen as the practice of penalizing revenge porn victims for defaming *him* was, it worked; Breitenstein collected tens of thousands of dollars in settlements from terrified women, who were scared that he would report them to a collection agency if they failed to pay.

With this revenue model in place, Breitenstein was no longer just a crank with a complaints site. From his home in Dayton, he had become a revenge porn mogul—a successful bottom-feeder in the digital economy.

\*\*\*

I first spoke to Breitenstein last year, after hearing about ComplaintsBureau and emailing him at an address listed on the site. He'd never given an interview before, and he was initially hesitant. But we spoke again and again over a period of several weeks, each time tiptoeing further into the details of his work, and eventually he began to open up. He had a craggy baritone voice that sounded like a sentient pack of Marlboros, and he spoke of his work as if he had nothing to hide.

Despite the opprobrium he'd faced, Breitenstein was proud of his work with ComplaintsBureau. He even characterized the revenge porn as an ethical form of watchdogging. If a woman had posed nude for a man in the past, he reasoned, it was a red flag that a future partner deserved to know about. In his mind, it was all protecting good people from bad people—just as it had been in the beginning, with the TV.

*RELATED*

(http://fusion.net/story/157734/revenge-porn-bans-were-long-time-coming/)



Meet Scott Breitenstein, owner of ComplaintsBureau.com | Fusion

EXHIBIT ___11___
PAGE _3_ OF _15_

8/10/16, 2:20 PM



(http://fusion.net/story/157734/revenge-porn-bans-were-long-time-coming/)
(http://fusion.net/story/157734/revenge-porn-bans-were-long-time-coming/)
**Why did it take so long to ban revenge porn?**
(http://fusion.net/story/157734/revenge-porn-bans-were-long-time-coming/)

"I'm a consumer advocate," he told me. "We're helping a lot of people."

Eventually, I asked Breitenstein if I could visit him and his family. To my surprise, he said yes. I arrived in Dayton with a camera crew a month or so later, and spent two days talking and filming with him, his family, and Preston Lawson, a moderator for his site. (You can see the video at the top of this page — it's from the first episode of our new TV series, *Real Future*, and it's a doozy.)

# "I'm a consumer advocate. We're helping a lot of people."

http://fusion.net/story/281615/complaints-bureau-revenge-porn-mogul/



EXHIBIT _____11_____
PAGE _9_ OF _15_

Breitenstein lives and works at his home in East Dayton, a rough neighborhood in a city that never really recovered from the industrial collapse of the 1970s. It's not an inviting house, not least because of the **PRIVATE PROPERTY** and **BEWARE OF DOG** signs out front, and the half-dozen security cameras installed by the front door. (Scott, who claims to have been shot at once by an angry ComplaintsBureau victim, is understandably a bit paranoid.)

Despite his revenge porn earnings, Breitenstein lives in the manner of someone who is barely scraping by. His house is full of garbage and dilapidated furniture, and his office, a room off his porch, is a mildewed space with tangles of miscellaneous cords and plastic bags full of empty cigarette boxes.

Later, when I showed photographs of Breitenstein to some friends, they remarked that he looked "exactly like you'd expect." And it's true that Breitenstein's graying mullet and death metal t-shirts give him the appearance of a sketchy character. But over the course of our visit, I came to understand something about Breitenstein's psyche, and the moral framework he'd used to construct his revenge porn enterprise.

And I was as surprised as anyone when he decided to shut it all down.

\*\*\*



Meet Scott Breitenstein, owner of ComplaintsBureau.com | Fusion    EXHIBIT _J_J_    8/10/16, 2:21 PM



Trevor Worley

**Breitenstein's home, and ComplaintsBureau's headquarters. His son, Scott Jr., sits on the front steps.**

Revenge porn, as a standalone internet business, dates to about 2008, when porn sites began receiving complaints of videos that had been posted without the participant's permission. The provenance of these stolen videos only made them more appealing to viewers, and soon, sites like RealExGirlfriend.com and IKnowThatGirl.com were popping up to host stolen caches of revenge porn. (The URLs of these early sites weren't an oversight—according to estimates by the Cyber Civil Rights Initiative, more than 90% of revenge porn victims are women.)

It's not easy to keep a revenge porn site online. Despite the legal protections of Section 230, most web hosting providers want nothing to do with stolen nudes; ComplaintsBureau was dropped by a number of American providers before Breitenstein moved the site to a French hosting company last year. The site is also a constant target of vigilante hacking groups, and Breitenstein claims he was attacked by Anonymous, and shut down by the Department of Homeland Security last year, after an ISIS execution video was posted on the site.

"We were ordered to take [the ISIS video] down," he said. "But we never do."





Meet Scott Breitenstein, owner of ComplaintsBureau.com | Fusion    EXHIBIT __11__    8/10/16, 2:22 PM
PAGE __11__ OF _15_

The government isn't the only entity taking aim at Breitenstein. Adam Steinbaugh, a Los An-
geles-based lawyer who specializes in revenge porn cases, believes that Breitenstein is ob-
scuring the source of some of the site's content, some of which he claims was copied and
pasted from other revenge sites, and some of which he believes Breitenstein and his friends
have written pseudonymously. His hunch that Breitenstein is not, in fact, simply hosting re-
venge porn and other types of damaging content, but is actively creating it—which, if true,
could fall outside the legal protections of Section 230.

"If he's just making it up, then he's absolutely liable for what he does, and Section 230 will not
apply," Steinbaugh said.

According to Steinbaugh, shortly after he threatened to write about Breitenstein's revenge
porn business on Twitter, a false complaint about him appeared on ComplaintsBureau. The
complaint, which has since been deleted, purported to be from Steinbaugh's ex-landlord and
called him a "deadbeat tenant" with a litany of prior convictions. (Breitenstein denies ghost-
writing any posts.)

Breitenstein moderates ComplaintsBureau himself, along with his friend Preston Lawson. To-
gether, they spend their days sifting through requests from users asking to have posts taken
down. And when Lawson and I sat down on Breitenstein's front stoop to talk, he appears
slightly conflicted about his work with the site. He said that he often receives e-mails from
women who claim that they were underage when their nude photos were taken. These pho-
tos, he said, he immediately removes from the site, despite the no-removal policy.

"I don't tolerate it," Lawson told me about the prospect of hosting child pornography. "Me being
a Christian anyway, that's not right."



Meet Scott Breitenstein, owner of ComplaintsBureau.com | Fusion                    8/10/16, 2:22 PM

EXHIBIT _____11_____
PAGE 12 OF 15



Trevor Worley

**Breitenstein in his Dayton, Ohio office**

Breitenstein takes a tougher line. When he gets a removal request from someone claiming to be underage, he requires them to send him concrete proof of their age before he'll consider removing a post.

For Breitenstein, maintaining a hard rule on removals is part of a years-long mission to expose cheaters and scammers. This quest, though, has real, grave consequences for people—consequences I'm not entirely sure Breitenstein fully understands. While talking in his office, he told me about a young woman whose nude photos were leaked to ComplaintsBureau by her ex-boyfriend. The woman, Breitenstein said, had attempted to get the post taken down. But ComplaintsBureau's contact form was broken, and he never received the messages. The embarrassment over her revenge porn caused the woman to spiral into a depression, and she ultimately committed suicide.

I asked Breitenstein if he regretted letting that woman's nude photos stay on ComplaintsBureau. He said that he might have taken them down, if he had known the woman was going to harm herself. But he maintained that he wasn't at fault.



EXHIBIT _____1 J_____

"We never received an email until it was too late," he said   PAGE sai13 OF _15_

\*\*\*

On the last day I spent with Breitenstein, I gave him a surprise.

Days before our interview, I'd asked Annmarie Chiarini, a victims services director with the Cyber Civil Rights Initiative (and a victim of revenge porn herself), to record a short video addressed directly to Breitenstein. I'd hoped that Chiarini would convey to Breitenstein exactly what made his work so harmful to the people who ended up exposed on his site. I cued up the video, passed him my MacBook, and pressed play.

"The cost you're afflicting on society goes well beyond victims," Chiarini told Breitenstein. "What you're doing may or may not be illegal, but ethically it is corrupt. Anybody who provides a home for people to become the sexual entertainment of others is a dangerous sexual predator."

She went on, outlining the legal actions that had been taken against revenge porn distributors. I watched Breitenstein's face intently as he viewed the video; and to my surprise, he didn't look angry or defensive. He sat quietly as the video ended, staring off into the distance. And then, after a minute or so of silence, he said something I hadn't expected to hear.

"You know, she might be right."

Breitenstein is not a stupid man. But his understanding of revenge porn's social fallout was puzzlingly simplistic. In all the hours we'd talked, he never expressed sympathy for women who had their nude photos posted to his site, but he also didn't express malice or ill will toward them. He just sounded like he hadn't really *thought* about it. To him, the revenge porn victims who filled his inbox with takedown requests just seemed like an administrative headache to be dealt with, not a series of people feeling real pain as a result of a crime having been committed against them. He'd never actually been face-to-face with a victim of revenge porn before.

But Chiarini's video seemed to affect him. For the rest of our time together, he had a glassy, distracted look on his face, and he kept wondering aloud if he should stop hosting revenge porn, or change his removal policy somehow to make it easier for victims to get their photos



EXHIBIT __11__
PAGE __4__ OF __15__

taken down.

"A lot of people's on the site that doesn't necessarily need to be on there," he said.

As I headed home that day, I felt pretty cynical about Breitenstein's supposed enlightenment. Maybe he'd just been performing for the cameras. Maybe nothing about his site would change, and his consideration of his victims' feelings would be fleeting.

But two weeks after I returned home from Dayton, I saw that a new message had been posted to the top of the ComplaintsBureau's terms and conditions page. It read:

> *To all patrons and individuals, familiar with Complaints Bureau.com. The website was recently the subject of a documentary film which will air on the Fusion Network with host Kevin Roose, in a few months. We, as site operators, now fully understand the damage and negativity that "Revenge Porn" can cause. We are now removing All/Any/Every "Revenge Porn" and/or sexually related material, from the website. We are also banning it to ever be allowed, at any time, in the future. If you are caught trying to post this type of material, you will be banned immediately and permantly [sic], without notice. We are removing this material currently. It takes a considerable amount of time and effort, to remove all of it. Please, be patient with us, as there is a large amount of this type of material present on the site, currently. Slowly, but surely, though, it will all be gone.*

Sure enough, within a couple of weeks, the entire "Revenge Lovers" section of ComplaintsBureau had been deleted, and its contents, which Breitenstein had spent so much time carefully optimizing, were gone. Hundreds of people who had been featured on the site had gotten their search results cleansed at last. Of course, it's too late to restore these victims' lives to normalcy, or heal the wounds caused by the crimes against them, but at least the evidence trail would be scrubbed.

Make no mistake: Breitenstein's reformation has only been partial. ComplaintsBureau is still online, and he still makes money from ReportMyEx, STDRegistry, and other sites that traffic in unsubstantiated and defamatory complaints. But his decision to remove revenge porn from



EXHiBIT ____11____

PAGE _15_ OF _15_

8/10/16, 2:22 PM

ComplaintsBureau did have real, meaningful consequences. Breitenstein told me that his monthly ad revenue fell from $1,200 to less than $200 as a result of pulling down his revenge porn.

## "It's the right thing to do, but it's a heck of a loss."

"If ComplaintsBureau doesn't pick up, we're going to have no choice but to close it," he told me. Removing revenge porn, he said, had been "the right thing to do, but it's a heck of a loss."

He said that his decision to remove revenge porn from the site had been a direct result of Chiarini's video, which caused him to think about revenge porn from the perspective of the people who were featured in it against their will.

"I was looking at that laptop, and [Chiarini] was asking certain questions," he told me later. "People hadn't really asked those types of questions before. And there was some stuff she said that got in my head."

Breitenstein's about-face on revenge porn isn't nearly enough to redeem his overall enterprise, or comfort his victims. But it's an unexpected result of a story that began as an attempt to interview someone I thought would be incapable of empathy. And it's enough to make even a cynic believe that change might be possible, even for the internet's worst villains.

*This story was adapted from Episode 1 of Real Future, Fusion's new 16-part documentary series about technology and society. To be notified about new episodes, subscribe to the Real Future newsletter below.*

> Enter your email address

SUBSCRIBE



ComplaintsBureau.com Business Review in Dayton, OH - Dayton BBB

EXHIBIT
PAGE ___ OF ___

8/10/16, 2:02 PM

JOIN/APPLY    CONTACT    NEWS & EVENTS    BUSINESS LOGIN    ESPAÑOL    BBB SCAM TRACKER

## Dayton and the Miami Valley

○ **Name**    ○ Category                                             Clear Location

Search by: Business Name, URL, Phone, Email        Enter a valid location

Filter: Businesses and Charities  |  Source: Site  |  Distance: Off  |  ☐ BBB Accredited Only

GET TO KNOW US    GET INVOLVED    GET CONSUMER HELP    PROGRAMS & SERVICES    FOR BUSINESSES

# BBB BUSINESS REVIEW

What is a BBB Business Review?

## THIS BUSINESS IS NOT BBB ACCREDITED

## ComplaintsBureau.com

(937) 660-7343

29 Bidleman St, Dayton, OH 45410-1917
www.exposeascam.com
*View Additional Web Addresses*


**On a scale of A+ to F**
Reason for Rating
BBB Ratings System Overview

*BBB Business Reviews may not be reproduced for sales or promotional purposes.*

### BBB Accreditation

ComplaintsBureau.com is not BBB Accredited.

Businesses are under no obligation to seek BBB accreditation, and some businesses are not accredited because they have not sought BBB accreditation.

To be accredited by BBB, a business must apply for accreditation and BBB must determine that the business meets BBB accreditation standards, which include a commitment to make a good faith effort to resolve any consumer complaints. BBB Accredited Businesses must pay a fee for accreditation review/monitoring and for support of BBB services to the public.

### Reason for Rating

BBB rating is based on 13 factors. Get the details about the factors considered.

Factors that *raised* ComplaintsBureau.com's rating include:

Length of time business has been operating.
Complaint volume filed with BBB for business of this size.
Response to 1 complaint(s) filed against business.
Resolution of complaint(s) filed against business.

### Customer Complaints Summary                                    Read complaint details

| 1 complaint closed with BBB in last 3 years l 0 closed in last 12 months | |
|---|---|
| Complaint Type | Total Closed Complaints |
| Billing / Collection Issues | 1 |
| Advertising / Sales Issues | 0 |
| Problems with Product / Service | 0 |



ComplaintsBureau.com Business Review in Dayton, OH - Dayton BBB

EXHIBIT 12
PAGE 2 OF 2

8/10/16, 2:02 PM

| Delivery Issues | 0 |
| Guarantee / Warranty Issues | 0 |
| **Total Closed Complaints** | 1 |

## Customer Reviews Summary

Read customer reviews

0 Customer Reviews Customer Reviews on ComplaintsBureau.com

| Customer Experience | Total Customer Reviews |
|---|---|
| Positive Experience | 0 |
| Neutral Experience | 0 |
| Negative Experience | 0 |
| **Total Customer Reviews** | **0 Customer Reviews** |

## Government Actions

BBB knows of no government actions involving the marketplace conduct of ComplaintsBureau.com.

What government actions does BBB report on?

## Advertising Review

BBB has nothing to report concerning ComplaintsBureau.com's advertising at this time.

What is BBB Advertising Review?

## Additional Information

BBB file opened: 07/25/2012

**Contact Information**
Principal: Mr. Scott Allen Breitenstein (Owner)

**Business Category**
Internet Services

**Alternate Business Names**
Hide My Domains, LLC, Complaints Bureau



*As a matter of policy, BBB does not endorse any product, service or business.*

*BBB Business Reviews are provided solely to assist you in exercising your own best judgment. Information in this BBB Business Review is believed reliable but not guaranteed as to accuracy.*

*BBB Business Reviews generally cover a three-year reporting period. BBB Business Reviews are subject to change at any time.*

| | |
|---|---|
| BBB Directory | BBB API |
| Give.org | Terms of Use |
| Council of Better Business Bureaus | Trademarks |
| Contact | Privacy Policy |
| BBB Business Partner Code | Fight Phishing |



EXHIBIT _13_

PAGE _1_ of _1_



Company or Product Name

HOME          SCAMS          CONTACT US          SUBMIT COMPLAINT

Connect With:     Login



## Michael Aaron Snow, Colorado

Posted: February 9, 2010 by 🏃 Scam Report

He Lying, cheating bastard...ask him how many STD's he's had. Hint, more than 3 STDs and less than 20 STDs, some pretty nasty ones that he does not know where he got them. Will fuck anything that moves and wreaks.

🟠 🔵 🔴 🟢 ⓣ

This post has been viewed 850,339 times

Posted in STD Carriers                    🌐 United States

**Warning:** This report was posted on ScamBoard on 2/9/2010 04:08 AM Report No 0000944 ScamBoard has an exclusive license to this report. It may not be copied without the written permission of ScamBoard. ScamBoard, any use or copying is unauthorized. DMCA complaints will be filed with your web host, domain name provider, and all major search engines Google.com, Yahoo.com, Bing.com, if you choose to disregard this warning.

Copyright © 2005-2015, ScamBoard.com. All rights reserved.