# SECTION 2

## Infringing Marks and Articles

*"it can take anywhere from 6 months to 12 months or more" - Scott Breitenstein*



StdRegistry.com WHOIS, DNS, & Domain Info - DomainTools - Screenshot History                                     8/7/16, 3:12 PM

EXHIBIT 14
PAGE 1 OF 2

Home > Screenshot History > Stdregistry.com

## Stdregistry.com Screenshot History



## What we actually do

### Our operations are clean and professional

STDRegistry was founded as and still is the first public early warning alert system for identifying potential sources of incurable sexually transmitted diseases (STDs). The International Sexually

## Why we operate

### STDRegistry actually cares

STDRegistry.com was formed in 2012, originally as a site to add the details of any STDs and HIV reports. The Original and World's Largest STD Registry Database. STD Registry Disease Control and

StdRegistry.com WHOIS, DNS, & Domain Info - DomainTools - Screenshot History

EXHIBIT _14_
PAGE _2_ OF _3_

8/7/16, 3:12 PM

◄ Newer

Transmitted Disease (STD) Registry is a database driven list of people with HIV/AIDS, Genital Herpes, HPV, Genital Warts, and Hepatitis C. Our automated content management system (CMS) utilizes the power of modern information technology to provide a real time information storage and distribution service that is fully operational 24 hours a day 7 days a week.

Prevention Services site has sparked a great deal of debate some of which has been documented, people freaking out around the web and complimentary raving by people who realize that the government should have made a site like this years ago. Report the truth before it's too late!

Older ►

nTools

# Why people trust us
Read some testimonials from our users.

My ex-husband was acting strange and distant with me and I had a feeling that he was cheating on me so when I investigated and searched his number online I found he was reported to FlushTheJohns. This along with other things I found on his phone was enough to prove that he had been cheating on me with prostitutes.

Sarah, California

Thank you for developing this website. Its so nice to see a true registry reporting site that cares about peoples health. You have enable the public to alert about others that have STDS. We've found your site and its refreshing to see honesty in reporting and editorial guidlines.

— Karen A, Texas

I had a business partner who was accused of sleeping with escorts and I did not want that kind of activity associated with my business. Lucky enough I found his profile on this site doing a cell phone number search on google and I was able to confront him. This bit of information helped me keep my brand clean.

Thomas ( Business Owner ), New York

# Don't be afraid, we can help you!
We are here to help you. Submit a STD or HIV Carrier with as accurate of details as possible to publicize their information.



Submit STD Carrier
Don't worry it's Anonymous

Copyright © 2012-2015 STDRegistry.com All rights reserved.

Image Supplied By DomainTools.com

0 / 7



EXHIBIT _15_
PAGE _1_ OF _3_

Search STD Carrier Here

HOME        STD CARRIERS        CONTACT US        FAQ        REPORT STD CARRIER        TERMS OF USE

Connect With:                    Login



Removal Policy

# Removal Policy

## Q: Someone Posted False Information About Me, What Do I Do?

We are neither judge, nor jury. We do not take sides on any matters that are discussed within this website. If you feel that someone has submitted false information about you on STDRegistry.com, it is your responsibility to take that issue up with the submitter. *If you can't contact the poster, see the questions below on how to resolve this issue.*

No website of this nature can verify all the posted content. US Federal Lawmakers know that 3rd party posting websites like ours have no way of vetting the users, and verifying the experiences or accusations that poster's publish on their sites. US Federal Law, CDA (Communications Decency Act) as it is written, simply says you must hold the poster's accountable for the content they publish. If you wish to dispute a post, the law says you need to confront the person who made the post. We have nothing to do with it, and we stay out of your disputes.

We do not remove reports, comments, posts and/or topics if you ask us directly. These will not be removed even if the statements are claimed to contain defamatory allegations. Only the submitter or an arbitration service can remove a post here.

*Here is our reasoning behind this policy:*

- Censorship is too common in many countries as it is. We will not promote censorship on the internet.
- People have a right to research an individual before interacting with them. By removing a report, comment, post and/or topic, we are hindering that right of the individual that is researching an individual.
- If an individual rectifies a report, comment, post and/or topic, then let it be shown in the report, comment, post

EXHIBIT _____ 15 _____  PAGE _____ 2 OF 3 _____

and/or topic. By removing it, we only "hide" possible patterns shown by the individual and potentially allow more damage to be done. Our purpose is to prevent people from being taken advantage of by individuals whom constantly make unethical decisions. .

- If we remove reports, comments, posts and/or topics, then individuals will be aware that if they apply the right amount of pressure to the individuals whom have provided our users with this information they may have a chance at getting the report, comment, post and/or topic removed. This is not an ethical way of solving the problem.

- By not allowing the removal reports, comments, posts and/or topics we take away the leverage that a reported individual has against threats towards a person who posts. You cannot threaten someone to do something that they do not have the ability to achieve.

## Q: I am a Victim of a Post and I cannot contact the poster. What should I do?

*If you are the victim of a post and don't agree with what has been posted about you AND you cannot contact the poster, you can make use of an independent 3rd party service to challenge the post.However this does not mean that the post will be removed. Only upon a successful challenge, the post will be removed if deemed maliciously motivated and unsubstantiated.*
A valid 3rd-party arbitration service provides a neutral service to determine the validity of internet postings. STDRegistry.com is not affiliated with any arbitration services, its owners or subsidiaries.

*For more information please visit the sites below:*

1. RemoveNames.com
2. RemoveMyName.com
3. defamed.com

## Q: Isn't it wrong to post a guy's info publicly like this?

That is something only you can decide, and it may depend on how long the bad guy has been bothering you, or how bad the mistreatment was when he saw you the one time. Only you can decide what to post or how much information you wish to include in your post.

Recently in April of 2012, you may have heard in the news that a female German High Jumper was being stalked and harassed for some time. Finally she had enough of it and outed the guy on her Facebook page and publicly humiliated the guy. The overall public perception and response was positive because she took control back and put the stalker in his place, and while her method of using the internet and social media was considered new and controversial, it was deemed effective and received much approval.

Using public shame has always been a strategy or tactic of communities and law enforcement, from posting various offenders names (photos too) in public space and in their community newspapers or websites. Sometimes they have even gone so far as to put photos of bad boys on bill boards in their community so commuters can see them as they drive by. The idea behind this strategy was to use public shame to make "would be" offenders think twice before they act in some mischievous way and bring shame upon themselves and their families.

EXHIBIT ___/S___

PAGE 3 OF 3

The site itself is legal to use. However, we must express the importance in remaining casual in your posts. Posting false allegations can be considered defamation of character. If we find out through a court system that your posting is false it will be removed. All IP addresses are logged in posts and comments. We have the right to allow individuals to share their stories and/or opinions in the form of reports, comments, posts and/or topics on our site. This is mandated by a FEDERAL LAW, which is called the Communications Decency Act or "CDA", 47 U.S.C. § 230.

## Q: I am an author of a post. How can I remove it?

If you are the **author** (*creator*) of the post, then you can send us an email to  to submit a request for removal of your post.

However, we need to verify that you are the original author. In order to verify, send the removal request from the email account that was used to create the account and submit the post.

Also, in the email, include the link to the original post, we need as much information as possible regarding the post in order to remove the post in a timely fashion. Any lack of information will only delay the process making it difficult for our team to take the required action. We also encourage your donation Paypal to

***Please note that we get hundreds of messages daily for removals both (legit and forged) and that it can take anywhere up to 6 months to 12 months or more to review your case and to verify the email and information provided. Once verified we will promptly remove the listing from our database.*

**Also note that while we do remove the full post, images comments and content from the website a record of the post still remains on the server for legal reasons. Once removed however no one can see the post and search engines will not find it.*

Suspected Carriers



EXHIBIT _16_
PAGE _1_ OF _13_



Report the truth before it's too late !

Search STD Carrier Here

HOME          STD CARRIERS          CONTACT US          FAQ          REPORT STD CARRIER          TERMS OF USE

Connect With:      Login



## TERMS OF USE

## – PLEASE READ CAREFULLY AND COMPLETELY –

### – YOU ARE RESPONSIBLE FOR UNDERSTANDING AND ADHERING TO THE TERMS OF THE CONTRACT –

STDRegistry.com TERMS OF USE

### 1. ACCEPTANCE OF TERMS

STDRegistry.com provides a collection of online resources, including classified ads, banner ads, and various third party services, (referred to hereafter as "the Service") subject to the following Terms of Use ("TOU"). By using the Service in any way, you are agreeing to comply with the TOU. In addition, when using particular STDRegistry.com services, you agree to abide by any applicable posted guidelines for all STDRegistry.com services, which may change from time to time. Should you object to any term or condition of the TOU, any guidelines, or any subsequent modifications thereto or become dissatisfied with STDRegistry.com in any way, your only recourse is to immediately discontinue use of STDRegistry.com. STDRegistry.com has the right, but is not obligated, to strictly enforce the TOU through self-help, active investigation, litigation and prosecution.

### 2. MODIFICATIONS TO THIS AGREEMENT

STDRegistry.com reserve the right, at our sole discretion, to change, modify or otherwise alter these terms and conditions at any time. Such modifications shall become effective immediately upon the posting thereof. You must review this agreement on a regular basis to keep yourself apprised of any changes. You can find the most recent version of the TOU at:

http://www.stdregistry.com/terms-of-use/

EXHIBIT _16_
PAGE _2_ OF _8_

## 3. CONTENT

You understand that all postings, messages, text, files, images, photos, or other materials ("Content") posted on, transmitted through, or linked from the Service, are the sole responsibility of the person from whom such Content originated. More specifically, you are entirely responsible for each individual item ("Item") of Content that you post, email or otherwise make available via the Service. You understand that STDRegistry.com does not control, and is not responsible for Content made available through the Service, and that by using the Service, you may be exposed to Content that is offensive, indecent, inaccurate, misleading, or otherwise objectionable. Furthermore, the STDRegistry.com site and Content available through the Service may contain links to other websites, which are completely independent of STDRegistry.com. STDRegistry.com makes no representation or warranty as to the accuracy, completeness or authenticity of the information contained in any such site. Your linking to any other websites is at your own risk. You agree that you must evaluate, and bear all risks associated with, the use of any Content, that you may not rely on said Content, and that under no circumstances will STDRegistry.com be liable in any way for any Content or for any loss or damage of any kind incurred as a result of the use of any Content posted, emailed or otherwise made available via the Service. You acknowledge that STDRegistry.com does not pre-screen or approve Content, but that STDRegistry.com shall have the right (but not the obligation) in its sole discretion to refuse, delete or move any Content that is available via the Service, for violating the letter or spirit of the TOU or for any other reason.

## 4. THIRD PARTY CONTENT, SITES, AND SERVICES

The STDRegistry.com site and Content available through the Service may contain features and functionalities that may link you or provide you with access to third party content which is completely independent of STDRegistry.com, including web sites, directories, servers, networks, systems, information and databases, applications, software, programs, products or services, and the Internet as a whole. Your interactions with organizations and/or individuals found on or through the Service, including payment and delivery of goods or services, and any other terms, conditions, warranties or representations associated with such dealings, are solely between you and such organizations and/or individuals. You should make whatever investigation you feel necessary or appropriate before proceeding with any online or offline transaction with any of these third parties.

You agree that STDRegistry.com shall not be responsible or liable for any loss or damage of any sort incurred as the result of any such dealings. If there is a dispute between participants on this site, or between users and any third party, you understand and agree that STDRegistry.com is under no obligation to become involved. In the event that you have a dispute with one or more other users, you hereby release STDRegistry.com, its officers, employees, agents and successors in rights from claims, demands and damages (actual and consequential) of every kind or nature, known or unknown, suspected and unsuspected, disclosed and undisclosed, arising out of or in any way related to such disputes and / or our service.

## 5. Privacy and Information Disclosure

STDRegistry.com has established a Free Speech Privacy Policy to explain to users how their information is collected and used, which is located at the following web address:

http://www.stdregistry.com/legal/freespeech

Your use of the STDRegistry.com website or the Service signifies acknowledgement of and agreement to our Free Speech Privacy Policy. You further acknowledge and agree that STDRegistry.com may, in its sole discretion, preserve or disclose your Content, as well as your information, such as email addresses, IP addresses, timestamps, and other user information, if required to do so by law or in the good faith belief that such preservation or disclosure is reasonably necessary to: comply with legal process; enforce the TOU; respond to claims that any Content violates the laws of the State of Oregon and/or the

EXHIBIT ___16___
PAGE _3_ OF _8_

8/14/16, 10:39 AM

United States of America and/or the rights, property, or personal safety of STDRegistry.com, its users or the general public.

## 6. CONDUCT

You agree not to post, email, or otherwise make available Content:

a) That is unlawful or is harmful to minors in any way;

b) That is pornographic or depicts a human being engaged in actual sexual conduct including but not limited to (i) sexual intercourse, including genital-genital, oral-genital, anal-genital, or oral-anal, whether between persons of the same or opposite sex, or (ii) bestiality, or (iii) masturbation, or (iv) sadistic or masochistic abuse, or (v) lascivious exhibition of the genitals or pubic area of any person;

c) That impersonates any person or entity, including, but not limited to, a STDRegistry.com employee, or falsely states or otherwise misrepresents your affiliation with a person or entity.

d) That is false, deceptive, misleading, deceitful, or misinformative.

e) That infringes any patent, trademark, trade secret, copyright or other proprietary rights of any party, or Content that you do not have a right to make available under any law or under contractual or fiduciary relationships;

f) That constitutes or contains any form of advertising or solicitation if: posted in areas of the STDRegistry.com site which are not designated for such purposes; or emailed to STDRegistry.com users who have not indicated in writing that it is ok to contact them about other services, products or commercial interests.

g) That advertises any illegal service or the sale of any items the sale of which is prohibited or restricted by any applicable law, including without limitation items the sale of which is prohibited or regulated by Dutch law.

h) That contains software viruses or any other computer code, files or programs designed to interrupt, destroy or limit the functionality of any computer software or hardware or telecommunications equipment;

i) That disrupts the normal flow of dialogue with an excessive amount of Content (flooding attack) to the Service, or that otherwise negatively affects other users' ability to use the Service; or

j) That employs misleading email addresses, or forged headers or otherwise manipulated identifiers in order to disguise the origin of Content transmitted through the Service.

Additionally, you agree not to:

k) "Stalk" or harass anyone;

l) Collect personal data about other users for unlawful purposes;

m) Use automated means, including spiders, robots, crawlers, data mining tools, or the like to download data from the Service – unless expressly permitted by STDRegistry.com;

n) Post irrelevant Content, repeatedly post the same or similar Content or otherwise impose an unreasonable or disproportionately large load on our infrastructure;

o) Post the same item or service in more than one classified category.

EXHIBIT _Lb_    8/14/16, 10:39 AM
PAGE _4_ OF _8_

p) Attempt to gain unauthorized access to STDRegistry.com 's computer systems or engage in any activity that disrupts, diminishes the quality of, interferes with the performance of, or impairs the functionality of, the Service or the STDRegistry.com website; or

q) Use any form of automated device or computer program that enables the submission of postings on STDRegistry.com without each posting being manually entered by the author thereof (an "automated posting device"), including without limitation, the use of any such automated posting device to submit postings in bulk, or for automatic submission of postings at regular intervals.

## 7. NO SPAM POLICY

You understand and agree that sending unsolicited email advertisements to STDRegistry.com email addresses or through STDRegistry.com computer systems, which is expressly prohibited by these Terms, will use or cause to be used servers located in the Kingdom of the Netherlands. Any unauthorized use of STDRegistry.com computer systems is a violation of these Terms and certain federal and state laws. Such violations may subject the sender and his or her agents to civil and criminal penalties.

## 8. NATIONAL SECURITY POLICY

You agree not to use the Service or any third party service accessible from STDRegistry.com in any way that compromises the national security of the United States of America or any of it's allies official or non-official including, but not limited to members of the North Atlantic Treaty Organization (NATO), State of Israel, Japan, Republic of China (Taiwan), Australia, New Zealand, Georgia, State of Kuwait, Republic of Iraq, Republic of Korea, Kingdom of Saudi Arabia, and Islamic Republic of Afghanistan. Activity in violation of this section includes and is not limited to classified and non-classified information related to military installations and the position of any ground, naval, or air units. You also agree not to use this service to support, promote, or otherwise encourage activities that benefit any terrorist activity.

## 9. PAID POSTINGS

We may charge a fee to post Content in some areas of the Service. The fee is an access fee permitting Content to be posted in a designated area. Each party posting Content to the Service is responsible for said Content and compliance with the TOU. All fees paid will be non-refundable in the event that Content is removed from the Service for violating the TOU.

## 10. LIMITATIONS ON SERVICE

You acknowledge that STDRegistry.com may establish limits concerning use of the Service, including the maximum number of days that Content will be retained by the Service, the maximum number and size of postings, email messages, or other Content that may be transmitted or stored by the Service, and the frequency with which you may access the Service. You agree that STDRegistry.com has no responsibility or liability for the deletion or failure to store any Content maintained or transmitted by the Service. You acknowledge that STDRegistry.com reserves the right at any time to modify or discontinue the Service (or any part thereof) with or without notice, and that STDRegistry.com shall not be liable to you or to any third party for any modification, suspension or discontinuance of the Service.

## 11. ACCESS TO THE SERVICE

STDRegistry.com grants you a limited, revocable, nonexclusive license to access the Service for your own personal use. This license does not include: (a) Any copying, duplication, display or derivative use of the Service nor any use of data mining, robots, spiders, or similar data gathering and extraction tools for any purpose unless expressly permitted by STDRegistry.com. A limited exception to this provided to general purpose internet search engines and non-commercial public archives that use such tools to gather information for the sole purpose of displaying hyperlinks to the Service.

EXHIBIT __16__
PAGE __5__ OF __8__

"General purpose internet search engine" does not include a website, search engine or other service that specializes in classified listings or in any subset of classifieds listings such as jobs, housing for sale, services, or personals, or which is in the business of providing classified ad listing services.

STDRegistry.com permits you to create a hyperlink on your website to individual postings on the Service. STDRegistry.com permits you to display on your website any portion of STDRegistry.com so long as such use is for noncommercial and/or news reporting purposes only (e.g., for use in personal web blogs or personal online media). You may also create a hyperlink to the home page of STDRegistry.com so long as the link does not portray STDRegistry.com, its employees, or its affiliates in a false, misleading, derogatory, or otherwise offensive matter. Use of the Service beyond the scope of authorized access granted to you by STDRegistry.com immediately terminates said permission or license. In order to collect, aggregate, copy, duplicate, display or make derivative use of the Service or any Content made available via the Service for other purposes (including commercial purposes) not stated herein, you must first obtain a license from STDRegistry.com.

## 12. TERMINATION OF SERVICE

You agree that STDRegistry.com, in its sole discretion, has the right (but not the obligation) to delete or deactivate your account, block your email or IP address, or otherwise terminate your access to or use of the Service (or any part thereof), immediately and without notice, and remove and discard any Content within the Service, for any reason, including, without limitation, if STDRegistry.com believes that you have acted inconsistently with the letter or spirit of the TOU. Further, you agree that STDRegistry.com shall not be liable to you or any third-party for any termination of your access to the Service. Further, you agree not to attempt to use the Service after said termination. Sections 2, 4, 6, and 11-15 shall survive termination of the TOU.

## 13. PROPRIETARY RIGHTS

The Service is protected to the maximum extent permitted by copyright laws and international treaties. Content displayed on or through the Service is protected by copyright as a collective work and/or compilation, pursuant to copyrights laws, and international conventions. Any reproduction, modification, creation of derivative works from or redistribution of the site or the collective work, and/or copying or reproducing the sites or any portion thereof to any other server or location for further reproduction or redistribution is prohibited without the express written consent of STDRegistry.com. You further agree not to reproduce, duplicate or copy Content from the Service without the express written consent of STDRegistry.com, and agree to abide by any and all copyright notices displayed on the Service. You may not decompile or disassemble, reverse engineer or otherwise attempt to discover any source code contained in the Service. Without limiting the foregoing, you agree not to reproduce, duplicate, copy, sell, resell or exploit for any commercial purposes, any aspect of the Service.

Although STDRegistry.com does not claim ownership of content that its users post, by posting Content to any public area of the Service, you automatically grant, and you represent and warrant that you have the right to grant, to STDRegistry.com an irrevocable, perpetual, non-exclusive, fully paid, worldwide license to use, copy, perform, display, and distribute said Content and to prepare derivative works of, or incorporate into other works, said Content, and to grant and authorize sublicenses (through multiple tiers) of the foregoing. Furthermore, by posting Content to any public area of the Service, you automatically grant STDRegistry.com all rights necessary to prohibit any subsequent aggregation, display, copying, duplication, reproduction, or exploitation of the Content on the Service by any party for any purpose.

## 14. DISCLAIMER OF WARRANTIES

YOU AGREE THAT USE OF THE STDREGISTRY.COM SITE AND THE SERVICE IS ENTIRELY AT YOUR OWN RISK. THE STDREGISTRY.COM SITE AND THE SERVICE ARE PROVIDED ON AN "AS IS" OR "AS AVAILABLE" BASIS, WITHOUT ANY WARRANTIES OF ANY KIND. ALL EXPRESS AND IMPLIED WARRANTIES, INCLUDING, WITHOUT LIMITATION, THE WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, AND NON-INFRINGEMENT OF PROPRIETARY RIGHTS ARE EXPRESSLY DISCLAIMED TO THE FULLEST EXTENT PERMITTED BY LAW. TO THE FULLEST EXTENT PERMITTED BY LAW,

EXHIBIT ___/b___

PAGE OF

STDREGISTRY.COM DISCLAIMS ANY WARRANTIES FOR THE SECURITY, RELIABILITY, TIMELINESS, ACCURACY, AND PERFORMANCE OF THE STDREGISTRY.COM SITE AND THE SERVICE. TO THE FULLEST EXTENT PERMITTED BY LAW, STDREGISTRY.COM DISCLAIMS ANY WARRANTIES FOR OTHER SERVICES OR GOODS RECEIVED THROUGH OR ADVERTISED ON THE STDREGISTRY.COM SITE OR THE SITES OR SERVICE, OR ACCESSED THROUGH ANY LINKS ON THE STDREGISTRY.COM SITE. TO THE FULLEST EXTENT PERMITTED BY LAW, STDREGISTRY.COM DISCLAIMS ANY WARRANTIES FOR VIRUSES OR OTHER HARMFUL COMPONENTS IN CONNECTION WITH THE STDREGISTRY.COM SITE OR THE SERVICE. Some jurisdictions do not allow the disclaimer of implied warranties. In such jurisdictions, some of the foregoing disclaimers may not apply to you insofar as they relate to implied warranties.

## 15. LIMITATIONS OF LIABILITY

UNDER NO CIRCUMSTANCES SHALL STDREGISTRY.COM BE LIABLE FOR DIRECT, INDIRECT, INCIDENTAL, SPECIAL, CONSEQUENTIAL OR EXEMPLARY DAMAGES (EVEN IF STDREGISTRY.COM HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES), RESULTING FROM ANY ASPECT OF YOUR USE OF THE STDREGISTRY.COM SITE OR THE SERVICE, WHETHER THE DAMAGES ARISE FROM USE OR MISUSE OF THE STDREGISTRY.COM SITE OR THE SERVICE, FROM INABILITY TO USE THE STDREGISTRY.COM SITE OR THE SERVICE, OR THE INTERRUPTION, SUSPENSION, MODIFICATION, ALTERATION, OR TERMINATION OF THE STDREGISTRY.COM SITE OR THE SERVICE. SUCH LIMITATION SHALL ALSO APPLY WITH RESPECT TO DAMAGES INCURRED BY REASON OF OTHER SERVICES OR PRODUCTS RECEIVED THROUGH OR ADVERTISED IN CONNECTION WITH THE STDREGISTRY.COM SITE OR THE SERVICE OR ANY LINKS ON THE STDREGISTRY.COM SITE, AS WELL AS BY REASON OF ANY INFORMATION OR ADVICE RECEIVED THROUGH OR ADVERTISED IN CONNECTION WITH THE STDREGISTRY.COM SITE OR THE SERVICE OR ANY LINKS ON THE STDREGISTRY.COM SITE. THESE LIMITATIONS SHALL APPLY TO THE FULLEST EXTENT PERMITTED BY LAW. In some jurisdictions, limitations of liability are not permitted. In such jurisdictions, some of the foregoing limitation may not apply to you.

## 16. INDEMNITY

You agree to indemnify and hold STDRegistry.com, its officers, subsidiaries, affiliates, successors, assigns, directors, officers, agents, service providers, suppliers and employees, harmless from any claim or demand, including reasonable attorney fees and court costs, made by any third party due to or arising out of Content you submit, post or make available through the Service, your use of the Service, your violation of the TOU, your breach of any of the representations and warranties herein, or your violation of any rights of another.

## 17. GENERAL INFORMATION

The TOU constitute the entire agreement between you and STDRegistry.com and govern your use of the Service, superceding any prior agreements between you and STDRegistry.com. The TOU and the relationship between you and STDRegistry.com shall be governed by the laws of the Kingdom of the Netherlands without regard to its conflict of law provisions. You and STDRegistry.com agree to submit to the personal and exclusive jurisdiction of the courts located within the Kingdom of the Netherlands. The failure of STDRegistry.com to exercise or enforce any right or provision of the TOU shall not constitute a waiver of such right or provision. If any provision of the TOU is found by a court of competent jurisdiction to be invalid, the parties nevertheless agree that the court should endeavor to give effect to the parties' intentions as reflected in the provision, and the other provisions of the TOU remain in full force and effect. You agree that regardless of any statute or law to the contrary, not to file any claim or cause of action against STDRegistry.com arising out of or related to use of the Service or the TOU.

## 18. VIOLATION OF TERMS AND LIQUIDATED DAMAGES

Please report any violations of the TOU, by contacting STDRegistry.com at http://www.stdregistry.com/contact-us/

Our failure to act with respect to a breach by you or others does not waive our right to act with respect to subsequent or

EXHIBIT _16_
PAGE _7_ OF _8_

similar breaches. You understand and agree that, because damages are difficult to quantify, if it becomes necessary for STDRegistry.com to pursue legal action to enforce these Terms, you will be liable to pay STDRegistry.com the following amounts as liquidated damages, which you accept as reasonable estimates of STDRegistry.coms' damages for the specified breaches of these Terms:

a. If you post a message that (1) impersonates any person or entity; (2) falsely states or otherwise misrepresents your affiliation with a person or entity, you agree to pay STDRegistry.com one thousand dollars ($1,000) for each such message.

b. If STDRegistry.com establishes limits on the frequency with which you may access the Service, or terminates your access to or use of the Service, you agree to pay STDRegistry.com one hundred dollars ($100) for each message posted in excess of such limits or for each day on which you access STDRegistry.com in excess of such limits, whichever is higher.

d. If you post Content in violation of the TOU, other than as described above, you agree to pay STDRegistry.com seven thousand five hundred dollars ($7,500) for each Item of Content posted. In its sole discretion, STDRegistry.com may elect to issue a warning before assessing damages.

f. If you display, copy, duplicate, reproduce, or otherwise exploit for any purpose any Content (except for your own Content) in violation of these Terms without STDRegistry.com 's express written permission, you agree to pay STDRegistry.com three thousand dollars ($3,000) for each day on which you engage in such conduct.

Otherwise, you agree to pay STDRegistry.com's actual damages, to the extent such actual damages can be reasonably calculated. Notwithstanding any other provision of these Terms, STDRegistry.com retains the right to seek the remedy of specific performance of any term contained in these Terms, or a preliminary or permanent injunction against the breach of any such term or in aid of the exercise of any power granted in these Terms, or any combination thereof.

**19. Victim Compensation**

If information published by you is found to be incorrect in any way not limited to and including:

a) The intentional publishing of false information that implies that a person suffers from an incurable Sexually Transmitted Disease.

b) The intentional publishing of false information that implies that a person has engaged in behavior that a reasonable person would believe to have occurred based on the published information and that information damages the reputation of the individual named in the publication. This section does not apply to information based on a third party publication including, but not limited to newspapers, magazines, websites, or television broadcasts where the source of the information is cited in the published information.

c) The unintentional publishing of false information that implies that a person suffers from an incurable Sexually Transmitted Disease.

d) The unintentional publishing of false information that implies that a person has engaged in behavior that a reasonable person would believe to have occurred based on the published information and that information damages the reputation of the individual named in the publication. This section does not apply to information based on a third party publication including, but not limited to newspapers, magazines, websites, or television broadcasts where the source of the information is cited in the published information.

If you are found to have violated this section you agree to compensate the victim a monetary amount not less than $5,000 United States Dollars plus all legal expenses including, but not necessarily limited to attorney fees, court fees, medical expenses for any lab work performed to disprove statements made about the victim, and investigation expenses up to the

TERMS OF USE | STD REGISTRY

8/14/16, 10:39 AM

EXHIBIT 16
PAGE 8 OF 8

maximum monetary amount allowed by law.



Suspected Carriers

        

Krysten Shepard, Bemidji, Minnesota – HIV and AIDS | STD REGISTRY                    8/7/16, 3:15 PM

 **STDRegistry**
Report the truth before it's too late !

EXHIBIT ___17___
PAGE __1__ OF __1__

Search STD Carrier Here



HOME        STD CARRIERS        CONTACT US        FAO        REPORT STD CARRIER        TERMS OF USE

Connect With: 🔲 🔲 🔲 🔲 🔲        📇 Login

 

✕







EXHIBIT  18

PAGE  1  OF  1

Company or Product Name

HOME        SCAMS        CONTACT US        SUBMIT COMPLAINT

Connect With: 🅸 🅱 🅺 🆈 🅵    Login

**Ripped Off?**      **Help other consumers**      **No Power?**  *Angry?*
**Been mistreated?**     Share your BAD Experience!      *Poor Product?*
**TELL YOUR STORY!**     **Been Scammed?**  Expose Bad Behavior
*Disgusted?*  **BOSS?**     Real consumer advice!      **Voice your opinion!**

## Mason Wyler, Houston, Texas

Posted: March 10, 2011 by 👤 Scam Report

Self described gay sex addict and popular porn star Mason Wyler announced his HIV status after being "outed" by a gossip website dedicated to gay porn. The article got its information form a since deleted blog post that accused Wyler of spreading diseases. Wyler said he decided to come clean about his HIV status so that he could dispel the rumors about him and make it clear that he was only having sex with other HIV positive people.

When announcing his HIV status Wyler posted several memorable quotes on his blog starting with "I have HIV and it kind of sucks" and "I have not gone around fucking, barebacking, or infecting HIV negative people. I am a sex fiend. I am NOT a monster". He then made a plea to people who were accusing him of non-disclosure to stop doing so because it wasn't true.

  

This post has been viewed 37,018 times

Posted in STD Carriers                          🌐 United States

**Warning:** This report was posted on ScamBoard on 03/10/2011 08:07 AM Report No 0000873 ScamBoard has an exclusive license to this report. It may not be copied without the written permission of ScamBoard. ScamBoard, any use or copying is unauthorized. DMCA complaints will be filed with your web host, domain name provider, and all major search engines Google.com, Yahoo.com, Bing.com, if you choose to disregard this warning.

Copyright © 2005-2015, ScamBoard.com. All rights reserved.

Mason Wyler, Houston, Texas | STD REGISTRY                                                        8/7/16, 3:28 PM

 **STDRegistry**
Report the truth before it's too late !

EXHIBIT _19_
PAGE _1_ OF _1_

Search STD Carrier Here 

HOME        STD CARRIERS        CONTACT US        FAQ        REPORT STD CARRIER        TERMS OF USE

Connect With: 🔲🔲🔲🔲🔲        📇 Login



May 11, 2012 - STD Report
## Mason Wyler, Houston, Texas



Self described gay sex addict and popular porn star Mason Wyler announced his
HIV status after being "outed" by a gossip website dedicated to gay porn. The
article got its information form a since deleted blog post that accused Wyler of
spreading diseases. Wyler said he decided to come clean about his HIV status so
that he could dispel the rumors about him and make it clear that he was only
having sex with other HIV positive people. When announcing his HIV status Wyler
posted several memorable quotes on his blog starting with "I have HIV and it kind
of sucks" and "I have not gone around fucking, barebacking, or infecting HIV
negative people. I am a sex fiend. I am NOT a monster". He then made a plea to
people who were accusing him of non-disclosure to stop doing so because it
wasn't true.



*This post has been viewed 1,252 times*

*Posted in HIV/AIDS*


**Click Here To Report STD Carr**





EXHIBIT 20
PAGE 1 OF 1

Search STD Carrier Here

HOME    STD CARRIERS    CONTACT US    FAQ    REPORT STD CARRIER    TERMS OF USE

Connect With:     Login



May 18, 2012 · STD Report
### Naomi Munichiello, Eugene, Oregon



She engaged in sexual activity with a heavily intoxicated person and did not inform him that she had genital herpes prior knowledge of her condition until days later. Her behavior also contributed to the structural damage of a wooden framed futon that collapsed 2 weeks later with 3 very heavy people sitting on it. Has failed to notify a partner of her conditions prior to sexual activity



*This post has been viewed 1,110 times*

*Posted in Genital herpes*







David Lee Marks, Los Angeles, California – Hepatitis C | STD REGISTRY                    8/7/16, 3:29 PM



EXHIBIT __21__
PAGE __1__ OF __1__

Search STD Carrier Here

HOME        STD CARRIERS        CONTACT US        FAQ        REPORT STD CARRIER        TERMS OF USE

Connect With: 🔗 🔗 🔗 🔗 🔗        📧 Login



June 15, 2012 · STD Report
## David Lee Marks, Los Angeles, California – Hepatitis C





**Click Here To Report STD Carr**

David Lee Marks is commonly thought of as the lost member of The Beach Boys because he left the band in 1963 before they released their most popular songs like "Wouldn't It Be Nice" and "I Get Around", but Marks can still be heard in "409 and ""Surfin Safari". Marks joined The Beach Boys in 1962 when he was just 13 years old and moved on to start his own band called David Marks and the Marksmen. Eventually Marks and The Beach Boys got back together in 2006 and the group is considering going on tour again for their 50th anniversary.



In 1999 David Marks was diagnosed with Hepatitis C by chance when being treated for a cracked rib and the doctor ran some tests to discover elevated liver enzymes. Marks began treatment right away with anti-viral drugs like Interferon, Ribavirin, and Pegalayted as well as herbal remedies. In 2004 Marks declared that he had beaten the virus.



*This post has been viewed 1,048 times*

Kenny Neal, Palo Alto, California | STD REGISTRY                    8/7/16, 3:31 PM



EXHIBIT _22_
PAGE _1_ OF _1_

Search STD Carrier Here

HOME        STD CARRIERS        CONTACT US        FAQ        REPORT STD CARRIER        TERMS OF USE

Connect With:         Login



July 27, 2012 - STD Report
## Kenny Neal, Palo Alto, California



When doctors broke the news to blues musician Kenny Neal Hepatitis C was the last thing that he needed. His father, his sister, another relative, and a band member had all died over the two years leading up to his diagnosis that required him to seek treatment instead of going on tour. It was a tough time in his life for which he credits his music for helping him get through it, but being given his own television show called "Neal's Place" didn't hurt either. In 2007 he started performing live again and continues to produce new music.

    

*This post has been viewed 664 times*

*Posted in Hepatitis C*



Click Here To
Report STD Carr



REMOV
YOUR
NAME
Get Started
Removal Services by: RemoveName



 **STDRegistry**
Report the truth before it's too late !

EXHIBIT __23__
PAGE __1__ OF __1__

 Search STD Carrier Here

HOME        STD CARRIERS        CONTACT US        FAQ        REPORT STD CARRIER        TERMS OF USE

Connect With:         Login



July 27, 2012 - STD Report
## Nik Cohn, New Orleans, Louisiana



Nik Cohn is a British writer with Hepatitis C who is best known for writing the article that was the basis for the 1977 movie Saturday Night Fever starring John Travolta. His Hepatitis status was to blame for a series of health problems in the late 1990s, but he appears to have moved on well. Today he promotes the work of hip hop groups in New Orleans and before that he was a columnist for The Guardian for several years. In 1975 he wrote an article for New York Magazine called "Tribal Rites of the New Saturday Night" that originally was published as a true story about the disco scene in New York during the early 70s, but the article was actually a complete fabrication inspired by people he knew in England. By the time he admitted the fraud it had been 20 years since the release of Saturday Night Fever made John Travolta a star.

    

*This post has been viewed 599 times*

Posted in *Hepatitis C*


**Click Here To Report STD Carr**


**REMOV YOUR NAME**
Get Started
Removal Services by: RemoveName

Stanley Greene, New York, New York | STD REGISTRY                                                    8/7/16, 3:30 PM



EXHIBIT ___24___
PAGE __1__ OF __1__

Search STD Carrier Here

HOME        STD CARRIERS        CONTACT US        FAQ        REPORT STD CARRIER        TERMS OF USE

Connect With:         🔒 Login



July 27, 2012 - STD Report
Stanley Greene, New York, New York





Click Here To
Report STD Carr.

Photojournalist Stanley Greene announced in 2008 that he contracted Hepatitis
C from a contaminated Razor in Chad the previous year and claimed to have the
deadly disease under control with medication. Hepatitis is just the latest in a long
string of incidents that have put his life in danger since the 1980s most of which
he encountered on the job working as war photographer. Greene's photography
work began getting noticed in 1989. It was then that he and fellow STD carrier
David Hasselhoff witnessed the fall of the Berlin Wall. After that Greene
photographed the war in Chechnya, Hurricane Katrina, events in Africa, and war
zones in the Middle East. In 1993 he was nearly killed in the Russian White House
during a coup attempt against Russian President Boris Yeltsin. Greene was also a
member of the Black Panther Party in 1971 and a member of the anti-war
movement.





*This post has been viewed 636 times*

Yohei Kono, Tokyo, Kanto, Japan – Hepatitis C | STD REGISTRY                                    8/7/16, 3:34 PM



EXHIBIT 25
PAGE 1 OF 1

Search STD Carrier Here

HOME        STD CARRIERS        CONTACT US        FAO        REPORT STD CARRIER        TERMS OF USE

Connect With:     Login



July 27, 2012 · STD Report
## Yohei Kono, Tokyo, Kanto, Japan – Hepatitis C



Before becoming Japan's Japanese Minister of Foreign Affairs and Speaker of the
House of Representatives Yohei Kono was infected with Hepatitis C. His Hepatitis
status was the subject of a New York Times article in 2002 about having to accept
a liver transplant from his son Taro Kono, another notable Japanese politician
over the old man's initial objections. The Hepatitis C infection was said to have
been 30 years old at that time.

    

*This post has been viewed 646 times*

*Posted in* Hepatitis C



Click Here To
Report STD Carr



YOUR

Removal Services by: RemoveName

http://www.stdregistry.com/yohei-kono-tokyo-kanto-japan-hepatitis-c.html



**STDRegistry**
Report the truth before it's too late !

EXHIBIT _20_
PAGE _1_ OF _1_

Search STD Carrier Here

HOME        STD CARRIERS        CONTACT US        FAQ        REPORT STD CARRIER        TERMS OF USE

Connect With:       Login



July 27, 2012 - STD Report
## Mark Brandon Read, Melbourne, Victoria, Australia



Mark Brandon "Chopper" Read is a notorious violent Aussie criminal who claims to have killed at least 19 people during his multi-decade criminal career. During that time he spent the majority of his 20s and 30s behind bars on charges of Armed Robbery, Assault, and Kidnapping during which he claims to have gotten his ears cut off, stabbed multiple times, and infected with Hepatitis C by a bloody razor. His Hepatitis C made Australian headlines in 2009 when he became seriously ill from liver failure and was given between 2 and 5 years to live, but refused a liver transplant that could save him because he didn't want to put his needs above those of a 10 year old kid.



*This post has been viewed 720 times*

Posted in *Hepatitis C*



**Click Here To
Report STD Carr.**



**REMOV
YOUR
NAME**
Get Started
Removal Services by RemoveName





**STDRegistry**
Report the truth before it's too late !

EXHIBIT __27__
PAGE __1__ OF __1__

Search STD Carrier Here

HOME        STD CARRIERS        CONTACT US        FAQ        REPORT STD CARRIER        TERMS OF USE

Connect With:     Login



July 27, 2012 - STD Report
# Fred Hersch, New York, New York



Fred Hersch is a famous American jazz musician who has been HIV positive since 1986 and has been spokesperson for AIDS ever since. At the time of his diagnosis there were only a handful of openly gay jazz musicians and fewer openly HIV positive ones. He had just been nominated for a Grammy and feared that coming out would ruin his career, but did it anyway. His career has been getting better ever since.



*This post has been viewed 599 times*

Posted in *HIV/AIDS*



Click Here To
Report STD Carr



REMOV
YOUR
NAME
Get Started
Removal Services by: RemoveName





**STDRegistry**
Report the truth before it's too late !

EXHIBIT 28
PAGE 1 OF 1

Search STD Carrier Here 

HOME     STD CARRIERS     CONTACT US     FAQ     REPORT STD CARRIER     TERMS OF USE

Connect With:  Login



July 27, 2012 · STD Report
## Ryuhei Kawada, Tokyo, Kanto, Japan – HIV and AIDS

When he was just 10 years old Japanese Parliament member Ryuhei Kawada had a bombshell of information dropped on him that he was probably too young to understand. It was then that his mother informed him of his HIV status, but not due to any type of perverted family matters. Ryuhei had been the victim of contaminated blood given to him at a hospital while he was undergoing treatment for hemophilia, a condition that causes someones blood to have more difficulty clotting and the usual result is a substantial increase in blood loss from normally far less serious injuries. In 1993 Ryuhei joined a historic class action lawsuit against five pharmaceutical companies in which they were found guilty of supplying medical facilities with unsterilized blood. It during the lawsuit that he first became famous in Japan for having the guts to out himself and become a public icon for the Tokyo HIV Litigation.

*This post has been viewed 587 times*

*Posted in* HIV/AIDS



**Click Here To Report STD Carr**





Vasily Aleksanyan, Moscow, Central FD, Russia – HIV and AIDS | STD REGISTRY

8/7/16, 3:35 PM



EXHIBIT ___29___

PAGE _|_ OF _|_

Search STD Carrier Here

| HOME | STD CARRIERS | CONTACT US | FAQ | REPORT STD CARRIER | TERMS OF USE |

Connect With:  Login



July 27, 2012 - STD Report
## Vasily Aleksanyan, Moscow, Central FD, Russia – HIV and AIDS

mages of former Yukos Oil Company Executive Vice President and Moscow inmate Vasily Georgievich Aleksanyan shocked many when he appeared in court suffering from advanced AIDS and cancer. Aleksanyan had been arrested back in 2006 on charges of tax evasion, money laundering, and embezzlement before being held in jail for several years without a conviction. He was eventually released on bail for $50 million rubles in late 2009 before the charges were eventually dropped in June of 2010 because prosecutors failed to convict him before the statue of limitations expired. During that time period Aleksanyan always insisted that he was innocent. While in prison he became an international symbol for human rights groups who blamed the Russian government for failing to treat his AIDS and related cancers. Most believed that Aleksanyan would die in prison before ever reaching trial and consider him lucky to be alive.

*This post has been viewed 580 times*

Posted in HIV/AIDS



**Click Here To**
**Report STD Carr**



YOUR

Removal Services by: RemoveName



Andrew Sullivan, Washington, DC | STD REGISTRY                                    8/7/16, 3:38 PM

 **STDRegistry**
Report the truth before it's too late !

EXHIBIT _30_
PAGE _1_ OF _1_

Search STD Carrier Here

HOME        STD CARRIERS        CONTACT US        FAQ        REPORT STD CARRIER        TERMS OF USE

Connect With:         Login



July 27, 2012 - STD Report
## Andrew Sullivan, Washington, DC



Andrew Sullivan has been taking a Daily Dish of AIDS cocktail since 1996. The
openly gay conservative columnist for The Atlantic is a self described bear is
originally from England and is best known for his work with The Atlantic, but has
also written for Time Magazine, has authored several books, and is a regular
guest on Real Time with Bill Maher. In 2001 he was criticized by The Nation for
posting an anonymous personal ad on the gay dating site BareBackCity.com
describing himself as a "one stop source for *bareback sex" who was interested
in "bi-scenes, one-on-ones, three-ways, groups, parties, orgies and gang bangs".
The article called Sullivan irresponsible for soliciting unprotected sex while being
HIV positive, but at the same time acknowledged that he was honest about his
status with potential partners and never tried to infect anyone.

Bareback is a slang term among gay men for unprotected anal sex.



*This post has been viewed 534 times*


Click Here To
Report STD Carr.





 **STDRegistry**
Report the truth before it's too late !

EXHIBIT 31
PAGE 1 OF 1

Search STD Carrier Here

| HOME | STD CARRIERS | CONTACT US | FAQ | REPORT STD CARRIER | TERMS OF USE |

Connect With:  📖 Login



July 28, 2012 - STD Report
### Anita Pallenberg, London, Greater London, United Kingdom





**Click Here To
Report STD Carr**

Italian born actress and former model Anita Pallenberg is best known for dating
Keith Richards of the Rolling Stones from 1967 into the mid to late 1970s during
which she and Richards had three children together. She told the British tabloid
newspaper The Guardian that she had Hepatitis C back in 2008 when discussing
issues regarding her health and more specifically alcoholism. Although its not
entirely clear how or when she contracted the disease she did have a very public
heroin problem in the 1970s when she was known to associate with fellow
former heroin using Hepatitis C sufferers Marianne Faithful and of course Keith
Richards. Her addiction led to her 1977 arrest on heroin possession charges in
Toronto.



Removal Services by: RemoveName

In 1980 she was charged with manslaughter after a 17 year old boy shot himself
in her bed back in 1979 using a gun belonging to Keith Richards. She was
eventually cleared of the charge when the death was ruled a suicide.

She was rumored to have had a relationship with Mick Jager on the set of the
movie Performance back in , but has denied it publicly.

Gary S. Paxton, Branson, Missouri – Hepatitis C | STD REGISTRY                    8/7/16, 11:21 AM

 **STDRegistry**
Report the truth before it's too late !

EXHIBIT 32
PAGE 1 OF 1

Search STD Carrier Here 

HOME        STD CARRIERS        CONTACT US        FAQ        REPORT STD CARRIER        TERMS OF USE

Connect With:  [icons]  Login



August 19, 2012 - STD Report
## Gary S. Paxton, Branson, Missouri – Hepatitis C



Grammy winning gospel singer Gary S. Paxton said on his website that after
losing 80% of his blood due to bleeding ulcers he was rushed to the hospital and
given 8 blood transfusions at least one of which was contaminated with Hepatitis
C. On the same page called "Testimony" Paxton talks about the time he got shot
3 times in 1980 by a former business associate before being forced into
bankruptcy by the FDIC while also praising god and discussing his history of drug
use. He claims to have been committed to a mental institution twice with the first
being for alcohol and the second being for drugs.



*This post has been viewed 774 times*

Posted in



Click Here To
Report STD Carr



REMOV
YOUR
NAME
Get Started
Removal Services by: RemoveName



Derrick Burts, Los Angeles, California | STD REGISTRY                                    8/7/16, 3:41 PM



# STDRegistry
Report the truth before it's too late !

EXHIBIT _33_
PAGE _1_ OF _1_


Search STD Carrier Here

HOME        STD CARRIERS        CONTACT US        FAO        REPORT STD CARRIER        TERMS OF USE

Connect With: 🔲 🔲 🔲 🔲 🔲        Login



September 10, 2012 - STD Report
## Derrick Burts, Los Angeles, California



Derrick Burts contracted HIV, Herpes, and Chlamydia after just a month on the
job making gay porn under the name Derrick Chambers and straight porn under
the name Cameron Reid. With Chlamydia being curable and Herpes being no big
deal to most porn stars his HIV was another matter that shut down filming across
the entire industry for several weeks. Porn officials blamed the infection on
private personal activity at first, but Burts claimed that was impossible because
before going pro the only person he had sex with was his girlfriend. Eventually
porn officials changed their story stating that he got it from an oral sex scene
with another male actor.



*This post has been viewed 559 times*

Posted in HIV/AIDS



## Click Here To
## Report STD Carr



REMOV
YOUR
NAME
Get Started
Removal Services by: RemoveName

Trevis Smith, Montgomery, Alabama | STD REGISTRY                                           8/7/16, 11:23 AM



EXHIBIT __34__
PAGE __1__ OF __1__

Search STD Carrier Here

HOME        STD CARRIERS        CONTACT US        FAQ        REPORT STD CARRIER        TERMS OF USE

Connect With:         Login



November 3, 2012 - STD Report
## Trevis Smith, Montgomery, Alabama



Trevis Smith is a former football player for the Canadian Football League and the University of Alabama. On February 26, 2007 a Canadian court sentenced him to 5 1/2 years in prison for aggravated sexual assault for not telling his girlfriend about his HIV status. Trevis has failed to notify his partner of his conditions prior to sexual activity

http://www.cbc.ca/canada/saskatchewan/story/2007/01/30/smith-trevis.html

   

*This post has been viewed 1,889 times*

*Posted in*



Click Here To
Report STD Carr



YOUR
NAME

Removal Services by: RemoveName

http://www.stdregistry.com/trevis-smith-montgomery-alabama.html



Dr Thomas Quinlan, Florida | STD REGISTRY                                                      8/7/16, 3:49 PM



EXHIBIT ___35___
PAGE ___1___ OF ___1___

Search STD Carrier Here

HOME        STD CARRIERS        CONTACT US        FAQ        REPORT STD CARRIER        TERMS OF USE

Connect With:         Login



July 29, 2014 · STD Report
Dr Thomas Quinlan, Florida



Repeat offender!!!This man is a psychologist has herpes, since he was 28 exposes people to it without their knowledge. He does not disclose STD status. If you are one of his victims please forward, 3 women have come forward and there is information for you. If you too were a victim you are not alone join us in stopping this predator. Places of origin Ohio, Atlanta, New York, Florida, Arizona, California, colorado. He is currently being sued. His motto nobody will care if you tell them or not. A person like this needs to not practice psychology. – Dr Thomas Quinlan



*This post has been viewed 5,410 times*

*Posted in Genital Herpes*



Click Here To Report STD Carr



REMOV YOUR NAME
Get Started
Removal Services by: RemoveName

Jason Alexander Young, Aiken, South Carolina – HIV and AIDS | STD REGISTRY                    8/7/16, 4:01 PM

 **STDRegistry**
Report the truth before it's too late !

EXHIBIT _36_
PAGE _1_ OF _1_

Search STD Carrier Here

HOME        STD CARRIERS        CONTACT US        FAQ        REPORT STD CARRIER        TERMS OF USE

Connect With:         Login



July 25, 2015 - STD Report

## Jason Alexander Young, Aiken, South Carolina – HIV and AIDS



Jason Alexander Young of Aiken, South Carolina was arrested on January 21, 2011 for exposing others to HIV. The arrest was made after his medication was discovered by a woman carrying his baby. Police believe that he may have had more victims. Anyone who has had sexual contact with him should call the Aiken Department of Public Safety at 803-642-7620.

http://www.wrdw.com/news/crimeteam12/headlines/Man_pleads_guilty_in_HIV_exposure_case_132323723.html



*This post has been viewed 701 times*

*Posted in* HIV/AIDS



**Click Here To Report STD Carr**



**REMOV YOUR NAME**

Get Started

Removal Services by: RemoveName

http://www.stdregistry.com/jason-alexander-young-aiken-south-carolina-hiv-and-aids.html

8/7/16, 4:02 PM



EXHIBIT 32
PAGE 1 OF 1

Search STD Carrier Here

HOME        STD CARRIERS        CONTACT US        FAQ        REPORT STD CARRIER        TERMS OF USE

Connect With:         Login



July 26, 2015 - STD Report
## Robert Musmacker, Oceanside, New York



Robert Musmacker from the Long Island town of Oceanside, New York was
convicted of numerous crimes involving child endangerment and reckless
conduct before being sentenced to 14 years in prison on July 21, 2010 after
admitting to having unprotected sex with nine people. His victims were men and
boys aged 16 to 20 that he would seduce with alcohol and marijuana.
Musmacker has been a level three convicted sex offender since 1992 when he
was convicted of raping a 6 year old relative. He went to prison and was released
in 2001.



*This post has been viewed 495 times*

Posted in HIV/AIDS



Click Here To
Report STD Carr



YOUR

Removal Services by: RemoveName

Robert Musmacker, Oceanside, New York | ScamBoard.com                                    8/9/16, 8:35 PM



EXHIBIT 3B
PAGE 1 OF 1

Company or Product Name

HOME          SCAMS          CONTACT US          SUBMIT COMPLAINT

Connect With:     Login

**Ripped Off?**      Help other consumers      **No Power?**   *Angry?*
                    Share your BAD Experience!              *Poor Product?*
**Been mistreated?**      **Been Scammed?**   Expose Bad Behavior
**TELL YOUR STORY!**      Real consumer advice!
*Disgusted?*    **BOSS?**              **Voice your opinion!**

## Robert Musmacker, Oceanside, New York

Posted: May 4, 2013 by 👤 Scam Report

37 year old gay white male with brown hair and brown eyes. Standing 5 feet, 9 inches tall and weighing in at 175 pounds. Infected with HIV and AIDS since Wednesday, January 28, 2009 Robert Musmacker from the Long Island town of Oceanside, New York was convicted of numerous crimes involving child endangerment and reckless conduct before being sentenced to 14 years in prison on July 21, 2010 after admitting to having unprotected sex with nine people. His victims were men and boys aged 16 to 20 that he would seduce with alcohol and marijuana. Musmacker has been a level three convicted sex offender since 1992 when he was convicted of raping a 6 year old relative. He went to prison and was released in 2001.

   

This post has been viewed 85,868 times

Posted in STD Carriers                    🌐 United States

**Warning:** This report was posted on ScamBoard on 05/4/2013 09:10 PM Report No 0000868 ScamBoard has an exclusive license to this report. It may not be copied without the written permission of ScamBoard. ScamBoard, any use or copying is unauthorized. DMCA complaints will be filed with your web host, domain name provider, and all major search engines Google.com, Yahoo.com, Bing.com, if you choose to disregard this warning.

Copyright © 2005-2015, ScamBoard.com. All rights reserved.

Pamela Jane Stuckey, Youngstown, Ohio | STD REGISTRY                                          8/7/16, 4:03 PM

 **STDRegistry**
Report the truth before it's too late !

EXHIBIT __39__
PAGE __1__ OF __1__

Search STD Carrier Here

HOME          STD CARRIERS          CONTACT US          FAQ          REPORT STD CARRIER          TERMS OF USE

Connect With:      Login



July 26, 2015 · STD Report
## Pamela Jane Stuckey, Youngstown, Ohio



Pamela Jane Stuckey of Hilltop near Youngstown, Ohio was arrested on felony prostitution charges after soliciting a cop for sex at W. Broad Street and Ogden Avenue without disclosing her HIV status. She later admitted that she tested positive back on September 24, 2004. Police say she has been arrested more than a half dozen times since 2002 working the corner of W. Broad Street and Sullivant Avenue in Hilltop. Police listed her address as 28 Warren Ave.



*This post has been viewed 534 times*

*Posted in HIV/AIDS*


Click Here To
Report STD Carr.


REMOV
YOUR
NAME
Get Started
Removal Services by: RemoveName

http://www.stdregistry.com/pamela-jane-stuckey-youngstown-ohio.html



Heather Manuel Roberts, Lafayette, Louisiana | STD REGISTRY                           8/7/16, 4:03 PM

 **STDRegistry**
Report the truth before it's too late !

EXHIBIT 40
PAGE I OF I

Search STD Carrier Here

HOME      STD CARRIERS      CONTACT US      FAQ      REPORT STD CARRIER      TERMS OF USE

Connect With:           Login



July 26, 2015 - STD Report
Heather Manuel Roberts, Lafayette, Louisiana



Strung out prostitute Heather Manuel a.k.a. Heather Manuel Roberts was
arrested on drug paraphernalia and HIV exposure charges when narcotics
officers raided a Royal Inn hotel room at the 1800 block of Northwest Evangeline
Thruway. Police discovered Roberts and an unidentified male in room 230
surrounded by drug related items. After her arrest police say she admitted to
being HIV positive before a blood test backed up her confession.



*This post has been viewed 703 times*

*Posted in HIV/AIDS*


**Click Here To
Report STD Carr...**


**REMOV
YOUR
NAME**
Get Started
Removal Services by: RemoveName





EXHIBIT 4)
PAGE 1 OF 1

Search STD Carrier Here

HOME    STD CARRIERS    CONTACT US    FAQ    REPORT STD CARRIER    TERMS OF USE

Connect With:    Login



July 26, 2015 - STD Report
## Patricia Ann Curry, Virginia Beach, Virginia



Patricia Ann Curry of Virginia Beach, Virginia gave two police officers a bargain when she agreed to have sex with both of them for just $20 a piece without disclosing her HIV status around the 800 block of Virginia Beach Blvd. Her lawyer proved in court that she knew of her HIV status, failed to inform what she believed to be legitimate Johns, but did not intend to give them AIDS. As of now she is scheduled to be sentenced on September 21, 2010.



*This post has been viewed 559 times*

*Posted in HIV/AIDs*



**Click Here To Report STD Carr**



**REMOV YOUR NAME**
Get Started
Removal Services by: RemoveName

Latisha Patwardhan, Salt Lake City, Utah | STD REGISTRY                              8/7/16, 4:04 PM

 **STDRegistry**
Report the truth before it's too late !

EXHIBIT 47
PAGE 1 OF 1

Search STD Carrier Here 

HOME          STD CARRIERS          CONTACT US          FAQ          REPORT STD CARRIER          TERMS OF USE

Connect With: 🔲 🔲 🔲 🔲 🔲          📧 Login



July 26, 2015 - STD Report
## Latisha Patwardhan, Salt Lake City, Utah





Click Here To
Report STD Carr

Salt Lake City prostitute Latisha Patwardhan was arrested after agreeing to
perform oral sex on an undercover cop for $60 without telling him that she is HIV
positive. She now faces felony prostitution charges for her activity at 800 West
and North Temple. This is the 4th time she has been arrested since her 2007
court ordered HIV test came back positive. An inmate search listed Latisha
Marquez as a known alias. Patwardhan has been prostituting herself since the
age of 18 when she was first arrested for solicitation in 2002. Her latest arrest
also resulted in a drug paraphernalia charge.



REMOV
YOUR
NAME

Removal Services by: RemoveName

🔘 🔘 🔘 🔘 🔘

*This post has been viewed 644 times*

Posted in HIV/AIDS

Vinroy Audley Spencer, Hamilton, Ontario, Canada | STD REGISTRY                    8/7/16, 4:04 PM



EXHIBIT 43
PAGE 1 OF 1

Search STD Carrier Here

HOME        STD CARRIERS        CONTACT US        FAQ        REPORT STD CARRIER        TERMS OF USE

Connect With:    Login




July 26, 2015 - STD Report
## Vinroy Audley Spencer, Hamilton, Ontario, Canada



Hamilton police have issued an arrest warrant for Vinroy Audley Spencer on the charge of Aggravated Sexual Assault for not disclosing his HIV status to a victim who came forward on May 12, 2010 just two weeks before immigration officials expelled Spencer from Canada. Hamilton Police were not informed of the immigration proceedings against Spencer and now will most likely have to get him extradited to pursue charges. Police say that anyone who may have had sexual contact with him especially after 2004 should be tested for HIV and other STDs. Detective Scott Moore wants anyone with information to call him at 905-546-4614.

    

*This post has been viewed 457 times*

Posted in HIV/AIDS



Click Here To
Report STD Carr



REMOV
YOUR
NAME
Get Started
Removal Services by: RemoveName

http://www.stdregistry.com/vinroy-audley-spencer-hamilton-ontario-canada.html



Ernest Tyrone Ricks, Jacksonville, Florida | STD REGISTRY

8/7/16, 4:05 PM



**STDRegistry**
Report the truth before it's too late !

EXHIBIT __44__
PAGE __I__ OF __I__

HOME        STD CARRIERS        CONTACT US        FAQ        REPORT STD CARRIER        TERMS OF USE

Connect With:  Login



July 26, 2015 - STD Report
## Ernest Tyrone Ricks, Jacksonville, Florida



Ernest Tyrone Ricks of Jacksonville, Florida may look a little like Rick James, but he's got AIDS bitch! Don't enjoy yourself was a hard lesson learned by his ex-girlfriend who found out the hard way about her and then his HIV status when she went to the doctors office for a routine checkup to come home HIV positive. When she came home he acted like it was no big deal. He was later arrested while outside of the same nightclub where he met his victim and held on $150,000 bail.



*This post has been viewed 636 times*

Posted in HIV/AIDS



Click Here To
Report STD Carr



YOUR

Removal Services by: RemoveName

Nigaila Gibbs, Richmond Heights, Missouri | STD REGISTRY                                    8/7/16, 4:07 PM

# STDRegistry
Report the truth before it's too late !

EXHIBIT __45__
PAGE __1__ OF __1__

Search STD Carrier Here

HOME        STD CARRIERS        CONTACT US        FAQ        REPORT STD CARRIER        TERMS OF USE

Connect With:   Login



July 26, 2015 - STD Report

## Nigaila Gibbs, Richmond Heights, Missouri



At two men a day four days a week police fear that Nigaila Gibbs of Richmond Height, Missouri may have infected hundreds of unsuspecting customers in her career as a prostitute with the HIV virus. She was arrested after agreeing to perform a sex act on an officer for $70 at her apartment and now faces felony charges of offering prostitution services while HIV positive. Anyone who believes that they may have been exposed to Nigaila Gibbs is urged to contact the St. Louis County Police.

This post has been viewed 506 times

Posted in HWADE



Click Here To Report STD Carr



REMOVE YOUR NAME

Removal Services by: RemoveName


## STDRegistry
Report the truth before it's too late !

EXHIBIT 46
PAGE 1 OF 1

Search STD Carrier Here

HOME        STD CARRIERS        CONTACT US        FAQ        REPORT STD CARRIER        TERMS OF USE

Connect With:   Login




Click Here To
Report STD Carr

.. July 26, 2015 · STD Report
## Eneydi Elsie Torres, Kissimmee, Florida



Eneydi Elsie Torres was arrested multiple times in 2009 by Osceola County
authorities for having sex with multiple men without disclosing her HIV status.
The first victim had been in a three month long relationship before finding out
that she has been HIV positive for more than 15 years. Other victims started
coming forward after her case was first reported in the media. She was re-
arrested in May of 2009 and charged with seven counts of "Unlawful Acts".

   


YOUR
Removal Services by: RemoveName

*This post has been viewed 469 times*

Posted in *HIV/AIDS*





EXHIBIT 47
PAGE 1 OF 1

Search STD Carrier Here

HOME      STD CARRIERS      CONTACT US      FAQ      REPORT STD CARRIER      TERMS OF USE

Connect With:       Login



July 26, 2015 - STD Report
## Michael Sartin, Marshfield, Missouri



Michael Sartin of Marshfield Missouri was arrest on an outstanding warrant
before he began spitting blood at officers while claiming to be HIV positive as well
as making multiple death threats. The prosecutor says he might as well have
been aiming a loaded gun at the officers. He now faces up to 15 years in prison.



*This post has been viewed 520 times*

Posted in HIV/AIDS



Click Here To
Report STD Carr



REMOV
YOUR

Removal Services by iRemoveName

Adam Thomas Rollo, Vancouver, British Columbia | STD REGISTRY                    8/7/16, 4:08 PM

 **STDRegistry**
Report the truth before it's too late !

EXHIBIT _48_
PAGE _1_ OF _1_

Search STD Carrier Here

HOME      STD CARRIERS      CONTACT US      FAQ      REPORT STD CARRIER      TERMS OF USE

Connect With:        Login



July 26, 2015 · STD Report
Adam Thomas Rollo, Vancouver, British Columbia




Click Here To
Report STD Carr

Adam Thomas Rollo was arrested and charged with aggravated assault for having
sex with a woman in Vancouver B.C. without telling her that he is HIV positive. He
was arrested back on May, 19 and now police are are asking any woman who
may have had sexual contact with him to come forward and call 604-990-7491.

    


REMOV
YOUR
NAME
Get Started
Removal Services by RemoveName

*This post has been viewed 506 times*

Posted in *HIV/AIDS*

http://www.stdregistry.com/adam-thomas-rollo-vancouver-british-columbia.html





EXHIBIT 49
PAGE 1 OF 1

Search STD Carrier Here

HOME       STD CARRIERS       CONTACT US       FAQ       REPORT STD CARRIER       TERMS OF USE

Connect With:    Login



July 26, 2015 - STD Report
Godfrey Zaburoni, Sydney, New South Wales



Australian authorities believe that circus acrobat Godfrey Zaburoni may have
exposed hundreds of women to HIV in the Gold Coast, Sunshine Coast,
Queensland, and New South Wales areas. He is facing charges of grievous bodily
harm for infecting one woman and has given the names of 12 other to police.
Queensland Police have set up a task force to track down his victims. Authorities
have issued a national health alert urging anyone who may have been exposed
to come forward and get tested for HIV. People who think they may have been
exposed can contact the NSW HIV Information Line on 1800 451 600 or the NSW
Sexual Health InfoLine on 1800 451 624 for more information



This post has been viewed 555 times

Posted in HIV/AIDS



Click Here To
Report STD Carr



Removal Services by: RemoveName


EXHIBIT 50
PAGE 1 OF 1

Search STD Carrier Here

HOME      STD CARRIERS      CONTACT US      FAQ      REPORT STD CARRIER      TERMS OF USE

Connect With:       Login



July 26, 2015 - STD Report
## Darren Chiacchia, Oscala, Flordia



Olympic Bronze Medalist Darren Chiacchia was arrested for failing to disclose his
HIV status to his former lover and is facing up to 30 years in prison. According to
CBS News Chiacchia's ex-boyfriend became suspicious about his medical history
from a 2009 email in which he disclosed that he had failed to disclose his secret
because he did not trust him. Chiacchia was 3rd from being on top of the world
in 2004 when he won the Bronze Medal as part of the United States Equestrian
team. His fall from grace began in 2008 when he suffered a riding accident while
preparing for the Beijing Olympics. Chiacchia suffered several broken bones, a
temporary coma, and brain damage. It was at that time that he discovered that
he is HIV positive.

   

*This post has been viewed 594 times*

Posted in HIV/AIDS


Click Here To
Report STD Carr


REMOV
YOUR
NAME
Get Started
Removal Services by: RemoveName



 **STDRegistry** Report the truth before it's too late !

EXHIBIT _S/_
PAGE _/_ OF _/_

 Search STD Carrier Here

HOME    STD CARRIERS    CONTACT US    FAQ    REPORT STD CARRIER    TERMS OF USE

Connect With:     Login



July 26, 2015 · STD Report

## Carl Jackson, Little Rock, Arkansas ...



Carl Jackson Jr of Little Rock, Arkansas was arrested after spitting HIV infected blood at police officers while screaming about being HIV positive and attacking them with a broken metal pipe while naked. Officer Jennifer K. Zarlingo reported that Jackson made a spittoon of her face while shouting obscenities in all directions before being hit with pepper spray and finally subdued. He was later treated and given an HIV test that came back positive.




*This post has been viewed 633 times*

Posted in


**Click Here To Report STD Carr...**


**REMOV YOUR NAME** Get Started
Removal Services by: RemoveName



Noel Simon Bowland, Kitchener, Ontario, Canada | STD REGISTRY                    8/7/16, 4:10 PM



EXHIBIT ___S7___
PAGE ___l___ OF ___l___

Search STD Carrier Here

HOME        STD CARRIERS        CONTACT US        FAQ        REPORT STD CARRIER        TERMS OF USE

Connect With:        Login



July 26, 2015 - STD Report
## Noel Simon Bowland, Kitchener, Ontario, Canada





Click Here To
Report STD Carr

Noel Simon Bowland is facing charges of aggravated sexual assault for exposing
multiple partners to HIV without telling them about it. The incident occurred in
Waterloo, Ontario where fellow HIV exposure criminal Steven Paul Boone
participated in a foursome with two other men who are not believed to be HIV
positive. Waterloo Police want anyone who has had sexual contact with Boone or
Bowland to call them at 519-650-8500 Ext 8672

    



Removal Services by: RemoveName

*This post has been viewed 646 times*

Posted in *HIV/AIDS*





EXHIBIT 53
PAGE 1 OF 1

Search STD Carrier Here

HOME     STD CARRIERS     CONTACT US     FAQ     REPORT STD CARRIER     TERMS OF USE

Connect With:     Login



July 26, 2015 - STD Report
Steven Paul Boone, Ottawa, Ontario, Canada





Click Here To
Report STD Carr

Steven Paul Boone of Ottawa, Ontario is facing an ever growing list of charges as men continue to come forward claiming to have had sex with him. His latest victim in an anonymous 22 year old man who was recently diagnosed as HIV positive and believes to have contracted the virus during a "moment of lust" back in May of 2009. This after Boone was charged on May 6, 2010 with nine counts of sexual assault for failing to disclose his status to a victim who was just 17 at the time of his exposure. All of this coming after participating in a four way tea party in Waterloo with another infected man and two other victims for which he is facing three additional sexual assault charges. Ottowa Police want anyone who think they may have had sexual contact with Steven Patrick Boone to call them immediately at 613-236-1222, ext. 5944



REMOV
YOUR
NAME
Removal Services by: RemoveName



*This post has been viewed 758 times*

Posted in HIV/AIDS



 **STDRegistry**
Report the truth before it's too late !

EXHIBIT *54*
PAGE *1* OF *1*

Search STD Carrier Here 

HOME        STD CARRIERS        CONTACT US        FAQ        REPORT STD CARRIER        TERMS OF USE

Connect With: [icons]    Login



July 26, 2015 - STD Report
Tony Perkins, Greenwood, Indiana



Tony Perkins of Greenwood, Indiana was convicted of failing to inform two of the
twenty six women he is know to have exposed to the HIV virus. Perkins claimed
that when he first began disclosing his HIV status to women after his 2004
diagnosis they would never call him again and treated him like he "had the
plague". After that Perkins started trolling online dating sites for women as well
as hooking up with prostitutes. He said that he would explain the AIDS related
legions on his face as shaving nicks. His last girlfriend Vicki Branch told police that
he had gotten HIV from a prostitute and that in his eyes any woman dumb
enough to sleep with him was giving it back to the whore.

[social media icons]

*This post has been viewed 727 times*

*Posted in* H\WAIDS



**Click Here To Report STD Carr**



**REMOV YOUR NAME**

Removal Services by: RemoveName



EXHIBIT SS
PAGE / OF /


Search STD Carrier Here

HOME        STD CARRIERS        CONTACT US        FAO        REPORT STD CARRIER        TERMS OF USE

Connect With:  Login

July 26, 2015 - STD Report
## Robert Gardner, Tupelo, Mississippi



Robert Gardner of Tupelo, Mississippi was charged in early February of 2010 with exposing two women to the HIV virus. At his arraignment in Lee County Justice Court Judge Ricky Thompson set his bail at one million dollars. Exposing someone to HIV without their knowledge is a felony in Mississippi with a minimum sentence of three and a maximum sentence of ten years in prison.

   

*This post has been viewed 946 times*

Posted in HIV/AIDS



Click Here To
Report STD Carr



Removal Services by: RemoveName



Pham Cao Le Brampton, Ontario, Canada | STD REGISTRY                                          8/7/16, 4:13 PM

# STDRegistry
### Report the truth before it's too late !

EXHIBIT _56_
PAGE _1_ OF _1_

HOME     STD CARRIERS     CONTACT US     FAQ     REPORT STD CARRIER     TERMS OF USE

Connect With:  | Login



July 26, 2015 - STD Report
## Pham Cao Le-Brampton, Ontario, Canada





**Click Here To
Report STD Carr**

Pham Cao Le of Brampton, Ontario was arrested for having sex with two men
and failing to disclose his HIV status. Although no true date is known as to how
long Le has been HIV positive it is believed that he has been infected for at least
seven (7) years. Brampton met his victims while trolling the internet for men to
have sex with. Investigators urge anyone who think that they may have had
intimate contact with Pham Cao Le to contact the Special Victims Unit at 905-
253-2121 or Peel Crime Stoppers at 1-800-222-TIPS.





**YOUR**

Removal Services by: RemoveName

*This post has been viewed 821 times*

*Posted in* HIV/AIDS

Mark Devereaux, Dundee, Tayside, United Kingdom | STD REGISTRY                    8/7/16, 4:14 PM



EXHIBIT _57_
PAGE _1_ OF _1_

Search STD Carrier Here

HOME        STD CARRIERS        CONTACT US        FAQ        REPORT STD CARRIER        TERMS OF USE

Connect With:         Login



July 26, 2015 · STD Report
## Mark Devereaux, Dundee, Tayside, United Kingdom





Click Here To
Report STD Carr



Chef Mark Devereaux most recently a resident of Dundee, Scotland plead guilty to four charges of culpable and reckless conduct after knowingly exposing at least four women to HIV through unprotected sex despite knowing of his condition since 1994. When questioned by police on July 24, 2009 he claimed that he was not sure that he was HIV positive due to being "in denial" and that after years of showing no symptoms he was able to "completely forget" that he was HIV positive. One of these women who he had cheated on multiple times during their six year relationship found out that she was infected while three months pregnant with twins. After finding out that she was HIV positive she aborted what most likely would have been Devereaux's children. The abortion effectively eliminated Deveraux from eligibility for the upcoming 2010 first annual STDRegistry father of the year award. The three other women he endangered tested negative.



*This post has been viewed 791 times*

http://www.stdregistry.com/mark-devereaux-dundee-tayside-united-kingdom.html



Pham Cao Le Brampton, Ontario, Canada | STD REGISTRY                                    8/7/16, 4:15 PM



EXHIBIT ___58___

PAGE _1_ OF _1_

Search STD Carrier Here

HOME        STD CARRIERS        CONTACT US        FAQ        REPORT STD CARRIER        TERMS OF USE

Connect With:         Login



July 26, 2015 - STD Report
## Pham Cao Le Brampton, Ontario, Canada





**Click Here To Report STD Carr**

Pham Cao Le of Brampton, Ontario was arrested for having sex with two men and failing to disclose his HIV status. Although no true date is known as to how long Le has been HIV positive it is believed that he has been infected for at least seven (7) years. Brampton met his victims while trolling the internet for men to have sex with. Investigators urge anyone who think that they may have had intimate contact with Pham Cao Le to contact the Special Victims Unit at 905-253-2121 or Peel Crime Stoppers at 1-800-222-TIPS.





**REMOV YOUR NAME**

Removal Services by: RemoveName

*This post has been viewed 822 times*

Posted in *HIV/AIDS*

http://www.stdregistry.com/pham-cao-le-brampton-ontario-canada.html



Johnson Aziga, Hamilton, Ontario, Canada | STD REGISTRY                    8/7/16, 4:16 PM



EXHIBIT _59_
PAGE _I_ OF _I_

Search STD Carrier Here



HOME      STD CARRIERS      CONTACT US      FAQ      REPORT STD CARRIER      TERMS OF USE

Connect With:      [Login]



July 26, 2015 - STD Report
Johnson Aziga, Hamilton, Ontario, Canada



Johnson Aziga became the first Canadian convicted of first degree murder on
April 4, 2009, crime that carries a sentence of life in prison without the possibility
of parole. Aziga is known to have infected at least seven women since he was
diagnosed as HIV positive in 1996. Two of those women died from AIDS related
cancers one of whom recorded a death bed confession for police in which she
said that Aziga never told her he was HIV positive and that she would have
refused to have sex with him if she knew about it. Aziga was also convicted of 10
of the 11 charges of aggravated sexual assault that he faced for having
unprotected sex with a total of 13 women including the seven that he had
infected and the two that he killed. As of December 30, 2009 his official
sentencing is on hold pending a psychiatric evaluation. His attorneys have always
claimed that he suffers from some sort of brain disorder that influenced his
crimes. Whatever his disorder we are confident that he will remain were he
needs to be until he can be placed six feet underground where he belongs.



Click Here To
Report STD Carr



REMOV
YOUR
NAME
Removal Services by: RemoveName



# STDRegistry
Report the truth before it's too late !

EXHIBIT _60_
PAGE _1_ OF _1_

Search STD Carrier Here

HOME    STD CARRIERS    CONTACT US    FAQ    REPORT STD CARRIER    TERMS OF USE

Connect With:     Login



July 26, 2015 - STD Report
Wepukhulu Zebtek, Perth, Western Australia




**Click Here To Report STD Carr**



Wepukhulu Zebtek was sentenced to four and a half years in prison after admitting to having sex with a Perth woman in 2007 without telling her that he was HIV positive. According to the Victorian Department of Health he was counseled in 2002 and told to disclose his condition after multiple reports of him cheating on his wife. According to the court Zebtek originally from Uganda has known about his HIV status since 1993. "You gave your own need of sexual gratification over the health of a human being" said Judge Allan Fenbury before announcing his sentence. Zebtek is said to be an intelligent man with a masters degree in education who worked as a teacher in his native Uganda before moving to Australia.

    

*This post has been viewed 1,493 times*

Posted in HIV/AIDS





EXHIBIT 61
PAGE 1 OF 1

Search STD Carrier Here

HOME    STD CARRIERS    CONTACT US    FAQ    REPORT STD CARRIER    TERMS OF USE

Connect With: 🔗 Login



July 26, 2015 - STD Report
Anne Ballowe, Kansas City, Missouri





Click Here To Report STD Carr

Porn star Brooke Ashley was diagnosed with HIV during a routing STD test in 1998. She is believed to have contracted it from Marc Wallice while filming "The World's Biggest Anal Gangbang". A film that according to IMDB was all about her having anal sex with 50 men. She also contracted Hepatitis C while making an adult film before retiring from the business. In 2005 Brooke Ashley returned to the adult film industry when she appeared in "Dirty Debutantes 328". Spreading HIV nothing to worry about since her male co-star and current boyfriend at the time Eddie Wood is also HIV positive.





This post has been viewed 1,592 times

Posted in HIV/AIDS