# SECTION 3

## Original Marks and Articles

*"STD Carriers was founded as and still is the first public early warning alert system for identifying potential sources of incurable sexually transmitted diseases" - STDCarriers.com*



EXHIBIT 62
PAGE 1 OF 1

Home > Screenshot History > Stdcarriers.com

# Stdcarriers.com Screenshot History

stdcarriers.com | 2012-03-25

stdcarriers.com

Example: wordpress.org,

stdcarriers.com
2012-03-25

## STD Carriers Disease Control and Prevention Services

March 25, 2012 - STD Carriers Disease Control and Prevention services provides a collection of information services to online users for the purpose of preventing the spread of incurable illnesses spread primarily by sexual activity. Our services include a user content driven early warning system for contagious disease outbreaks as well as educational information and multimedia entertainment.

### International STD Registry People Finder Search Engine

STD Carriers was founded as and still is the first public early warning alert system for identifying potential sources of incurable sexually transmitted diseases (STDs). International STD Registry People Finder Search Engine is a database driven list of people with HIV/AIDS, Genital Herpes, HPV, Genital Warts, and Hepatitis C. Our automated content management system (CMS) utilizes the power of modern information technology to provide a real time information storage and distribution service that is fully operational 24 hours a day 7 days a week.

STDs don't have borders and we don't have many. No matter where you are you can get a sexually transmitted infection (STI) and pass it on to others before you know it. With our international people search database you can do a background check of your former, current, desired, or potentially acceptable sexual partners for information that could be vital to protecting yourself from lifelong illnesses in 21 countries.

If you feel the need to warn people about dangers to their health we have already given you the best kind of start and expect you to use it well. It is our hope that increase screening and detection as well as honest disclosure by people with STDs will prevent you from feeling the need to warn others about them. Unfortunately current trends indicate that this service will be needed for quite some time and we are here to help protect your body from contamination.

*"God willing we will prevail in peace and freedom from fear and in true health through the purity and essence of our natural fluids. God bless you all." -Dr. Strangelove*

### Celebrities with STDs

We have compiled the largest documented List of Living Celebrities with STDs. Unlike celebrity gossip sites our list of celebrities with STDs comes from real news sources. For entertainment value we have added streaming videos, original images, and sample MP3 playlists catered to each report to best represent each famous carrier.

We are always looking for new addition to our list of celebrity STD carriers. The most recent additions can be found to your right as well as our 5 most populated categories. Most Celebrities with STDs have strong histories of honest disclosure and are listed for educational and entertainment value. When browing the list you are sure to see many familiar faces. You may recognize stars whose STD status you've known about for years, others whose diseases are news

**New Additions**

**Leigh Hill**
*Leigh is a carrier of HPV. He has unprotected sex with woman and they are ...*

**Monica Green**
*I met her at a club in Philly and we hung out a few times. We clicked beca...*

**Zuriel Urinal**
*Urinal has failed to mention his diseases to all sexual partners. He is an ...*

**Bob Vila**
*I found it was not in my best interest to list this person in this data bas...*

**Julie Burns**
*We meet in a bar and she went home with me. We started dating and having ...*

**Latest Discussions**

**STDcarrieradmin**
*We have investigated*

Image Supplied By DomainTools.com

0 / 6

‹ Newer    Older ›



False Online Record Removal 12 Step Program

EXHIBIT 63
PAGE 1 OF 2





## False Online Record Removal 12 Step Program

**\*IMPORTANT! Due to the implementation of features to better protect author anonymity this policy is now out of date and will be updated shortly. Specifically Step 5 will be changed to reflect the fact that author email addresses will no longer be visible to other members and a new form must be used to contact authors.**

**New Policy on Images**

Do not upload images containing what appears to small children even if such third parties are in the background and not mentioned in the report. Any picture that appears to contain a minor child will be deleted and the owner might get banned depending on the circumstances. When reporting a midget please state that the person is a midget and not a kid. Posting kids will be considered a TOU violation as of March 11, 2012.

### An Easy 12 Step Program for Removing STD Carrier Reports

**\*NEW Option: STD Carriers is Part of the No Limit List Corporate Advocacy Program (NLLCAP)**

If you see a STD Carrier Report on this website that you would like removed follow these twelve (12) steps in the order that they appear:

1. Take the time to learn what STD Carriers is and how it operates. STD Carriers is an event based real time business intelligence system that services a network of online users. Users who sign up for a free membership can use the service in accordance with the terms they agree to at sign up. They can then publish a report(s) just as easily as you can post an ad on a classified ad site and post comments about reports just as easily as you can post comments on friend's Facebook wall. The site itself is a automated program that stores and distributes information 24 hours a day and is administered using a decentralized command structure in which each member operates as an independent unit in full control of their activities. A member can only be suspended if found to be in violation of the website Terms of Use (TOU).

2. Ask yourself, is the information posted in such a way that a reasonable person could believe it to be true? If the answer is no contact us and if we believe that no reasonable person could possible believe the information reported then it will be removed as soon as possible. A past example of this would be a Mr. "Snacks Jackson" that included the picture of a vending machine. If the information is presented in a way that a reasonable person could believe to be true continue to step 3.

3. Go to the International STD Carrier Registry and find the profile in question. This can be done easily using the search engine for the database located between the disclaimer and the data grid. The engine allows you to query the list by country, state, city, last name, and first name. After hitting search you will get the results (if any) of your query. You can also sort the data in the grid by clicking on the column headers and see different pages using the paging controls at the top and bottom of the grid. Click on the Details Link to view the profile in details

4. Post a comment about the report. This can be done easily by scrolling down to the bottom of the details view just below the video field. The video field contains either an embedded video or previews for movies about contagious diseases. If logged in you will see text that says "Post Comment" just above comments that have been made or text explaining that comments can be made. If you are not logged in you will see a login control. Click on "Post Comment" text and a form will open up allowing you to post a comment. When the comment is posted it will immediately appear on the top of the comment grid. This comment system is designed to encourage an open dialog about reports and to provide people listed with a place to express their side of the story.

5. Contact the publisher. Any report made after June 4, 2009 requires that the publisher be a registered member of STDCarriers.com. At the top of the report beneath the "Carrier Report Number" you will see "Created By" followed by the user name of the publisher. Click on the user name and you will be linked to the Member Information Page that contains information for contacting the publisher. If your attempt to contact the poster is unsuccessful because the email address provided does not exists contact us. If we determine that the user signed up with a fake email address that user would have already violated the Terms of Use(TOU) when they signed up by providing false information. Accounts found to be in violation of the TOU will be suspended. All comments and posting of a suspended account will be blocked from view with all information about the user of the suspended account including I.P. addresses used by that user will be provided to anyone listed by that user upon request. This same rule applies to unauthorized use of someone elses email address if we receive a reply that they did not create that account. If the users email address is valid then proceed to step 6.

6. Are you the subject of the report? If not your role in the record removal process is over. Please do not email us with personal stories regarding the subject of the report (ex: "I've known subject X for Y amount of years and they don't have Z"). We do not know them personally and cannot pass judgment of their character. It the report is about you proceed to step 7.

7. Go to a doctor's office and get tested for the Sexually Transmitted Disease (or Diseases) in some cases that you were reported for having. For Genital Herpes (Herpes Simplex Virus 2 - HSV2), Hepatitis C, Human

*[handwritten note in right margin]* \*Note- Was going to be updated with Truth in Posting option. TIP is a mediation in which the author must submit a signed affidavit to get posts up.

False Online Record Removal 12 Step Program

EXHIBIT _63_
PAGE _2_ OF _2_









Immunodeficiency Virus (HIV), and Acquired Immune Deficiency Syndrome (AIDS) this can be done with a simple blood test that will detect antibodies if you are infected, if your results are clean then the profile will be removed. For HPV and Genital Warts there is no blood test, but they can be frequently detected by other means, clean screening results for either will be satisfactory for the removal of a profile.

8. Have your doctor send your clean test results in an official sealed envelope to:

STDCarriers.com

P.O. Box 86448

Portland, OR 97286

*Special option for attorneys. Licensed bar members are now allowed to submit results electronically on behalf of their client they provide proof of their identity and that they are licensed to practice law.

DO NOT USE CERTIFIED MAIL: STD Carriers does not answer certified mail notices. Everything sent via certified mail is automatically returned to sender.

DO NOT REMOVE FROM ORIGINAL ENVELOPE: All documents must be sent in an original sealed envelope. This means do not open results you receive and do not put them in a new envelope before sending them to us. If you must have the results sent to you first have an original copy sent to us second.

9. Contact us to let us know that test results are on their way. This will cause the post office box to be checked more frequently.

10. When we receive and review the test results the report will be removed as soon as possible and you will receive the I.P. Address information necessary to help you track down the person responsible. Delays may occur for reasons including, but not necessarily limited to the following:

- Any technical difficulties that prevent us from being able to access the internet.

- Bad weather that prevents us from being able to reach the post office box or a lag between when results arrive and the box is checked.

- Holidays both traditional and organization specific in which no member is available to perform site maintenance.

- Emergencies involving members of the organization or the community such as serious accidents, illnesses, terrorist attacks, natural disasters, global thermonuclear war, etc.

11. Wait a few days and don't panic if you still see links to the report show up on Google, Yahoo, Bing, and other search engines. The search engine bots will attempt to recrawl the report and will be redirected to Celebrities with STDs at which point they will automatically delete the old record. We do not control the rate at which the site is crawled.

12. (Optional) Find whoever listed you and do to them as you would like. You can file a lawsuit for defamation, have them arrested for criminal harassment, and turn the tables on them by listing their deeds online using the Cyber Bullies Exposed! Anti-Cyberbullying Harassment Reporting System.

## No Limit List Corporate Advocacy Program (NLLCAP)

STD Carriers is now part of the No Limit List Corporate Advocacy Program (NLLCAP). NLLCAP offers a variety of options for blocking and removing your information from the web. It is the ideal solution for those that cannot for whatever reasons complete the 12 step program. NLLCAP can help you improve your online reputation by optimizing and removing STD Carrier reports from search engines. Learn more by visiting the No Limit List Corporate Advocacy Program.

---

Austin Attorney     Heart Disease     Cholesterol blood test     California criminal lawyer

**Copyright 2012 STD Carriers Disease Control and Prevention Services**

EXHIBIT 64

PAGE 1 OF 10

termsofuse.aspx

```
<%@ Page Title="" Language="VB" MasterPageFile="~/FinalMaster.master"
AutoEventWireup="false" CodeFile="termsofuse.aspx.vb" Inherits="legal_termsofuse" %>

<asp:Content ID="Content1" ContentPlaceHolderID="HeadContent" Runat="Server">
</asp:Content>
<asp:Content ID="Content2" ContentPlaceHolderID="ContentPlaceHolder1"
Runat="Server">
                <center>
                    <h1>
                        Terms of Use</h1>
                    <h3>
                        - PLEASE READ CAREFULLY AND COMPLETELY -
                    </h3>
                    <h4>
                        - YOU ARE RESPONSIBLE FOR UNDERSTANDING AND ADHERING TO THE
TERMS OF THE CONTRACT -
                    </h4>
                </center>
                <!--INFOLINKS_ON-->
        <div id="adzonefinalrec" style="float: right;"></div>
            <asp:Label ID="TextBox1" runat="server">

 STDCarriers.com TERMS OF USE
<br />
<br />
<br />
1. ACCEPTANCE OF TERMS
<br />
<br />
STDCarriers.com provides a collection of online resources, including classified ads,
banner ads, and various third party services, (referred to hereafter as "the
Service") subject to the following Terms of Use ("TOU"). By using the Service in any
way, you are agreeing to comply with the TOU. In addition, when using particular
STDCarriers.com services, you agree to abide by any applicable posted guidelines for
all STDCarriers.com services, which may change from time to time.
Should you object to any term or condition of the TOU, any guidelines,
or any subsequent modifications thereto or become dissatisfied with STDCarriers.com
in any way, your only recourse is to immediately discontinue use of STDCarriers.com.
STDCarriers.com has the right, but is not obligated, to strictly enforce the TOU
through self-help, active investigation, litigation and prosecution.
<br />
<br />
<br />
2. MODIFICATIONS TO THIS AGREEMENT
<br />
<br />
We reserve the right, at our sole discretion, to change, modify or otherwise alter
these terms and conditions at any time.  Such modifications shall become effective
immediately upon the posting thereof. You must review this agreement on a regular
basis to keep yourself apprised of any changes. You can find the most recent version
of the TOU at:
<br />
<br />
http://stdarriers.com/legal/termsofuse.aspx
<br />
<br />
<br />
3. CONTENT
<br />
<br />
You understand that all postings, messages, text, files, images, photos, or other
materials ("Content") posted on, transmitted through, or linked from the Service,
are the sole responsibility of the person from whom such Content originated. More
```

EXHIBIT 64

PAGE 2 OF 10

termsofuse.aspx

specifically, you are entirely responsible for each individual item ("Item") of Content that you post, email or otherwise make available via the Service. You understand that STDCarriers.com does not control, and is not responsible for Content made available through the Service, and that by using the Service, you may be exposed to Content that is offensive, indecent, inaccurate, misleading, or otherwise objectionable. Furthermore, the STDCarriers.com site and Content available through the Service may contain links to other websites, which are completely independent of STDCarriers.com. STDCarriers.com makes no representation or warranty as to the accuracy, completeness or authenticity of the information contained in any such site. Your linking to any other websites is at your own risk. You agree that you must evaluate, and bear all risks associated with, the use of any Content, that you may not rely on said Content, and that under no circumstances will STDCarriers.com be liable in any way for any Content or for any loss or damage of any kind incurred as a result of the use of any Content posted, emailed or otherwise made available via the Service. You acknowledge that STDCarriers.com does not pre-screen or approve Content, but that STDCarriers.com shall have the right (but not the obligation) in its sole discretion to refuse, delete or move any Content that is available via the Service, for violating the letter or spirit of the TOU or for any other reason.
&lt;br /&gt;
&lt;br /&gt;
&lt;br /&gt;
4. THIRD PARTY CONTENT, SITES, AND SERVICES
&lt;br /&gt;
&lt;br /&gt;
The STDCarriers.com site and Content available through the Service may contain features and functionalities that may link you or provide you with access to third party content which is completely independent of STDCarriers.com, including web sites, directories, servers, networks, systems, information and databases, applications, software, programs, products or services, and the Internet as a whole.

Your interactions with organizations and/or individuals found on or through the Service, including payment and delivery of goods or services, and any other terms, conditions, warranties or representations associated with such dealings, are solely between you and such organizations and/or individuals. You should make whatever investigation you feel necessary or appropriate before proceeding with any online or offline transaction with any of these third parties.
&lt;br /&gt;
&lt;br /&gt;
You agree that STDCarriers.com shall not be responsible or liable for any loss or damage of any sort incurred as the result of any such dealings. If there is a dispute between participants on this site, or between users and any third party, you understand and agree that STDCarriers.com is under no obligation to become involved. In the event that you have a dispute with one or more other users, you hereby release STDCarriers.com, its officers, employees, agents and successors in rights from claims, demands and damages (actual and consequential) of every kind or nature, known or unknown, suspected and unsuspected, disclosed and undisclosed, arising out of or in any way related to such disputes and / or our service.
&lt;br /&gt;
&lt;br /&gt;
&lt;br /&gt;
5. NOTIFICATION OF CLAIMS OF INFRINGEMENT
&lt;br /&gt;
&lt;br /&gt;
If you believe that your work has been copied in a way that constitutes copyright infringement, or your intellectual property rights have been otherwise violated, please notify STDCarriers.com for notice of claims of copyright or other intellectual property infringement ("Agent"), at
&lt;br /&gt;
&lt;br /&gt;
webmaster@STDCarriers.com
&lt;br /&gt;
&lt;br /&gt;
or:

EXHIBIT ___64___

PAGE __3__ OF _10_

termsofuse.aspx

&lt;br /&gt;
&lt;br /&gt;
STDCarriers.com
P.O. Box 86448
Portland, OR 97286
&lt;br /&gt;
&lt;br /&gt;
Please provide us with the following Notice:
&lt;br /&gt;
&lt;br /&gt;
a) Identify the material on the STDCarriers.com site that you claim is infringing, with enough detail so that we may locate it on the website;
&lt;br /&gt;
&lt;br /&gt;
b) A statement by you that you have a good faith belief that the disputed use is not authorized by the copyright owner, its agent, or the law;
&lt;br /&gt;
&lt;br /&gt;
c) A statement by you declaring under penalty of perjury that (1) the above information in your Notice is accurate, and (2) that you are the owner of the copyright interest involved or that you are authorized to act on behalf of that owner;
&lt;br /&gt;
&lt;br /&gt;
d) Your address, telephone number, and email address; and
&lt;br /&gt;
&lt;br /&gt;
e) Your physical or electronic signature.
&lt;br /&gt;
&lt;br /&gt;
STDCarriers.com will remove the infringing posting(s), subject to the procedures outlined in the Dutch Copyright Act (Auteurswet).
&lt;br /&gt;
&lt;br /&gt;
&lt;br /&gt;
6. Privacy and Information Disclosure
&lt;br /&gt;
&lt;br /&gt;
STDCarriers.com has established a Free Speech Privacy Policy to explain to users how their information is collected and used, which is located at the following web address:
&lt;br /&gt;
&lt;br /&gt;
http://stdcarriers.com/legal/freespeech.aspx
&lt;br /&gt;
&lt;br /&gt;
Your use of the STDCarriers.com website or the Service signifies acknowledgement of and agreement to our Free Speech Privacy Policy. You further acknowledge and agree that STDCarriers.com may, in its sole discretion, preserve or disclose your Content, as well as your information, such as email addresses, IP addresses, timestamps, and other user information, if required to do so by law or in the good faith belief that such preservation or disclosure is reasonably necessary to: comply with legal process; enforce the TOU; respond to claims that any Content violates the laws of the State of Oregon and/or the United States of America and/or the rights, property, or personal safety of STDCarriers.com, its users or the general public.
&lt;br /&gt;
&lt;br /&gt;
&lt;br /&gt;
7. CONDUCT
&lt;br /&gt;
&lt;br /&gt;
You agree not to post, email, or otherwise make available Content:
&lt;br /&gt;

Page 3

EXHIBIT __64__

PAGE __4__ OF __10__

termsofuse.aspx

\<br /\>
a) That is unlawful or is harmful to minors in any way;
\<br /\>
\<br /\>
b) That is pornographic or depicts a human being engaged in actual sexual conduct including but not limited to (i) sexual intercourse, including genital-genital, oral-genital, anal-genital, or oral-anal, whether between persons of the same or opposite sex, or (ii) bestiality, or (iii) masturbation, or (iv) sadistic or masochistic abuse, or (v) lascivious exhibition of the genitals or pubic area of any person;
\<br /\>
\<br /\>
c) That impersonates any person or entity, including, but not limited to, a STDCarriers.com employee, or falsely states or otherwise misrepresents your affiliation with a person or entity.
\<br /\>
\<br /\>
d) That is false, deceptive, misleading, deceitful, or misinformative.
\<br /\>
\<br /\>
e) That infringes any patent, trademark, trade secret, copyright or other proprietary rights of any party, or Content that you do not have a right to make available under any law or under contractual or fiduciary relationships;
\<br /\>
\<br /\>
f) That constitutes or contains any form of advertising or solicitation if: posted in areas of the STDCarriers.com site which are not designated for such purposes; or emailed to STDCarriers.com users who have not indicated in writing that it is ok to contact them about other services, products or commercial interests.
\<br /\>
\<br /\>
g) That advertises any illegal service or the sale of any items the sale of which is prohibited or restricted by any applicable law, including without limitation items the sale of which is prohibited or regulated by Dutch law.
\<br /\>
\<br /\>
h) That contains software viruses or any other computer code, files or programs designed to interrupt, destroy or limit the functionality of any computer software or hardware or telecommunications equipment;
\<br /\>
\<br /\>
i) That disrupts the normal flow of dialogue with an excessive amount of Content (flooding attack) to the Service, or that otherwise negatively affects other users' ability to use the Service; or
\<br /\>
\<br /\>
j) That employs misleading email addresses, or forged headers or otherwise manipulated identifiers in order to disguise the origin of Content transmitted through the Service.
\<br /\>
\<br /\>
Additionally, you agree not to:
\<br /\>
\<br /\>
k) "Stalk" or harass anyone;
\<br /\>
\<br /\>
l) Collect personal data about other users for unlawful purposes;
\<br /\>
\<br /\>
m) Use automated means, including spiders, robots, crawlers, data mining tools, or the like to download data from the Service – unless expressly permitted by STDCarriers.com;



EXHIBIT

PAGE 5 OF 10

termsofuse.aspx

<br />
<br />
n) Post irrelevant Content, repeatedly post the same or similar Content or otherwise impose an unreasonable or disproportionately large load on our infrastructure;
<br />
<br />
o) Post the same item or service in more than one classified category.
<br />
<br />
p) Attempt to gain unauthorized access to STDCarriers.com 's computer systems or engage in any activity that disrupts, diminishes the quality of, interferes with the performance of, or impairs the functionality of, the Service or the STDCarriers.com website; or
<br />
<br />
q) Use any form of automated device or computer program that enables the submission of postings on STDCarriers.com without each posting being manually entered by the author thereof (an "automated posting device"), including without limitation, the use of any such automated posting device to submit postings in bulk, or for automatic submission of postings at regular intervals.
<br />
<br />
8. NO SPAM POLICY
<br />
<br />
You understand and agree that sending unsolicited email advertisements to STDCarriers.com email addresses or through STDCarriers.com computer systems, which is expressly prohibited by these Terms, will use or cause to be used servers located in the Kingdom of the Netherlands. Any unauthorized use of STDCarriers.com computer systems is a violation of these Terms and certain federal and state laws. Such violations may subject the sender and his or her agents to civil and criminal penalties.
<br />
<br />
<br />
9. NATIONAL SECURITY POLICY
<br />
<br />
You agree not to use the Service or any third party service accessible from STDCarriers.com in any way that compromises the national security of the United States of America or any of it's allies official or non-official including, but not limited to members of the North Atlantic Treaty Organization (NATO), State of Israel, Japan, Republic of China (Taiwan), Australia, New Zealand, Georgia, State of Kuwait, Republic of Iraq, Republic of Korea, Kingdom of Saudi Arabia, and Islamic Republic of Afghanistan. Activity in violation of this section includes and is not limited to classified and non-classified information related to military installations and the position of any ground, naval, or air units. You also agree not to use this service to support, promote, or otherwise encourage activities that benefit any terrorist activity.
<br />
<br />
<br />
10. PAID POSTINGS
<br />
<br />
We may charge a fee to post Content in some areas of the Service. The fee is an access fee permitting Content to be posted in a designated area. Each party posting Content to the Service is responsible for said Content and compliance with the TOU. All fees paid will be non-refundable in the event that Content is removed from the Service for violating the TOU.
<br />
<br />
<br />

Page 5

EXHIBIT ___64___
PAGE __6__ OF __10__

termsofuse.aspx

**11. LIMITATIONS ON SERVICE**
<br />
<br />
You acknowledge that STDCarriers.com may establish limits concerning use of the
Service, including the maximum number of days that Content will be retained by the
Service, the maximum number and size of postings, email messages, or other Content
that may be transmitted or stored by the Service, and the frequency with which you
may access the Service. You agree that STDCarriers.com has no responsibility or
liability for the deletion or failure to store any
Content maintained or transmitted by the Service. You acknowledge that
STDCarriers.com reserves the right at any time to modify or discontinue the Service
(or any part thereof) with or without notice, and that STDCarriers.com shall not be
liable to you or to any third party for any modification, suspension or
discontinuance of the Service.
<br />
<br />
<br />
**12. ACCESS TO THE SERVICE**
STDCarriers.com grants you a limited, revocable, nonexclusive license to access the
Service for your own personal use.  This license does not include:
(a) Any copying, duplication, display or derivative use of the Service nor any use
of data mining, robots, spiders, or similar data gathering and extraction tools for
any purpose unless expressly permitted by STDCarriers.com. A limited exception to
this provided to general purpose internet search engines and non-commercial public
archives that use such tools to gather information for the sole purpose of
displaying hyperlinks to the Service. "General purpose internet search engine" does
not include a website or search engine or other service that specializes in
classified listings or in any subset of classifieds listings such as jobs, housing,
for sale, services, or personals, or which is in the business of providing
classified ad listing services.
<br />
<br />
STDCarriers.com permits you to create a hyperlink on your website to individual
postings on the Service. STDCarriers.com permits you to display on your website any
portion of STDCarriers.com so long as such use is for noncommercial and/or news
reporting purposes only (e.g., for use in personal web blogs or personal online
media). You may also create a hyperlink to the home page of STDCarriers.com so long
as the link does not portray STDCarriers.com, its employees, or its affiliates in a
false, misleading, derogatory, or otherwise offensive matter. Use of the Service
beyond the scope of authorized access granted to you by STDCarriers.com immediately
terminates said permission or license.  In order to collect, aggregate, copy,
duplicate, display or make derivative use of the  Service or any Content made
available via the Service for other purposes (including commercial purposes) not
stated herein, you must first obtain a license from STDCarriers.com.
<br />
<br />
<br />
**13. TERMINATION OF SERVICE**
<br />
<br />
You agree that STDCarriers.com, in its sole discretion, has the right (but not the
obligation) to delete or deactivate your account, block your email or IP address, or
otherwise terminate your access to or use of the Service (or any part thereof),
immediately and without notice, and remove and discard any Content within the
Service, for any reason, including, without limitation, if STDCarriers.com believes
that you have acted inconsistently with the letter or spirit of the TOU. Further,
you agree that STDCarriers.com shall not be liable to you or any third-party for any
termination of your access to the Service.  Further, you agree not to attempt to use
the Service after said termination.  Sections 2, 4, 6, and 11-15 shall survive
termination of the TOU.
<br />
<br />
<br />

EXHIBIT _64_

PAGE _7_ OF _10_

termsofuse.aspx

14. PROPRIETARY RIGHTS
<br />
<br />
The Service is protected to the maximum extent permitted by copyright laws and
international treaties. Content displayed on or through the Service is protected by
copyright as a collective work and/or compilation, pursuant to copyrights laws, and
international conventions. Any reproduction, modification, creation of derivative
works from or redistribution of the site or the collective work, and/or copying or
reproducing the sites or any portion thereof to any other server or location for
further reproduction or redistribution is prohibited without the express written
consent of STDCarriers.com. You further agree not to reproduce, duplicate or copy
Content from the Service without the express written consent of STDCarriers.com, and
agree to abide by any and all copyright notices displayed on the Service. You may
not decompile or disassemble, reverse engineer or otherwise attempt to discover any
source code contained in the Service. Without limiting the foregoing, you agree not
to reproduce, duplicate, copy, sell, resell or exploit for any commercial purposes,
any aspect of the Service.
<br />
<br />
Although STDCarriers.com does not claim ownership of content that its users post, by
posting Content to any public area of the Service, you automatically grant, and you
represent and warrant that you have the right to grant, to STDCarriers.com an
irrevocable, perpetual, non-exclusive, fully paid, worldwide license to use, copy,
perform, display, and distribute said Content and to prepare derivative works of, or
incorporate into other works, said Content, and to grant and authorize sublicenses
(through multiple tiers) of the foregoing. Furthermore, by posting Content to any
public area of the Service, you automatically grant STDCarriers.com all rights
necessary to prohibit any subsequent aggregation, display, copying, duplication,
reproduction, or exploitation of the Content on the Service by any party for any
purpose.
<br />
<br />
<br />
15. DISCLAIMER OF WARRANTIES
<br />
<br />
YOU AGREE THAT USE OF THE STDCARRIERS.COM SITE AND THE SERVICE IS ENTIRELY AT YOUR
OWN RISK. THE STDCARRIERS.COM SITE AND THE SERVICE ARE PROVIDED ON AN "AS IS" OR "AS
AVAILABLE" BASIS, WITHOUT ANY WARRANTIES OF ANY KIND. ALL EXPRESS AND IMPLIED
WARRANTIES, INCLUDING, WITHOUT LIMITATION, THE WARRANTIES OF MERCHANTABILITY,
FITNESS FOR A PARTICULAR PURPOSE, AND NON-INFRINGEMENT OF PROPRIETARY RIGHTS ARE
EXPRESSLY DISCLAIMED TO THE FULLEST EXTENT PERMITTED BY LAW. TO THE FULLEST EXTENT
PERMITTED BY LAW, STDCARRIERS.COM DISCLAIMS ANY WARRANTIES FOR THE SECURITY,
RELIABILITY, TIMELINESS, ACCURACY, AND PERFORMANCE OF THE STDCARRIERS.COM SITE AND
THE SERVICE. TO THE FULLEST EXTENT PERMITTED BY LAW, STDCARRIERS.COM DISCLAIMS ANY
WARRANTIES FOR OTHER SERVICES OR GOODS RECEIVED THROUGH OR ADVERTISED ON THE
STDCARRIERS.COM SITE OR THE SITES OR SERVICE, OR ACCESSED THROUGH ANY LINKS ON THE
STDCARRIERS.COM SITE. TO THE FULLEST EXTENT PERMITTED BY LAW, STDCARRIERS.COM
DISCLAIMS ANY WARRANTIES FOR VIRUSES OR OTHER HARMFUL COMPONENTS IN CONNECTION WITH
THE STDCARRIERS.COM SITE OR THE SERVICE.  Some jurisdictions do not allow the
disclaimer of implied warranties. In such jurisdictions, some of the foregoing
disclaimers may not apply to you insofar as they relate to implied warranties.
<br />
<br />
<br />
16. LIMITATIONS OF LIABILITY
<br />
<br />
UNDER NO CIRCUMSTANCES SHALL STDCARRIERS.COM BE LIABLE FOR DIRECT, INDIRECT,
INCIDENTAL, SPECIAL, CONSEQUENTIAL OR EXEMPLARY DAMAGES (EVEN IF STDCARRIERS.COM HAS
BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES), RESULTING FROM ANY ASPECT OF YOUR
USE OF THE STDCARRIERS.COM SITE OR THE SERVICE, WHETHER THE DAMAGES ARISE FROM USE
OR MISUSE OF THE STDCARRIERS.COM SITE OR THE SERVICE, FROM INABILITY TO USE THE



termsofuse.aspx

STDCARRIERS.COM SITE OR THE SERVICE, OR THE INTERRUPTION, SUSPENSION, MODIFICATION, ALTERATION, OR TERMINATION OF THE STDCARRIERS.COM SITE OR THE SERVICE. SUCH LIMITATION SHALL ALSO APPLY WITH RESPECT TO DAMAGES INCURRED BY REASON OF OTHER SERVICES OR PRODUCTS RECEIVED THROUGH OR ADVERTISED IN CONNECTION WITH THE STDCARRIERS.COM SITE OR THE SERVICE OR ANY LINKS ON THE STDCARRIERS.COM SITE, AS WELL AS BY REASON OF ANY INFORMATION OR
ADVICE RECEIVED THROUGH OR ADVERTISED IN CONNECTION WITH THE STDCARRIERS.COM SITE OR THE SERVICE OR ANY LINKS ON THE STDCARRIERS.COM SITE. THESE LIMITATIONS SHALL APPLY TO THE FULLEST EXTENT PERMITTED BY LAW. In some jurisdictions, limitations of liability are not permitted. In such jurisdictions, some of the foregoing limitation may not apply to you.
<br />
<br />
<br />
17. INDEMNITY
<br />
<br />
You agree to indemnify and hold STDCarriers.com, its officers, subsidiaries, affiliates, successors, assigns, directors, officers, agents, service providers, suppliers and employees, harmless from any claim or demand, including reasonable attorney fees and court costs, made by any third party due to or arising out of Content you submit, post or make available through the Service, your use of the Service, your violation of the TOU, your breach of any of the representations and warranties herein, or your violation of any rights of another.
<br />
<br />
<br />
18. GENERAL INFORMATION
<br />
<br />
The TOU constitute the entire agreement between you and STDCarriers.com and govern your use of the Service, superceding any prior agreements between you and STDCarriers.com. The TOU and the relationship between you and STDCarriers.com shall be governed by the laws of the Kingdom of the Netherlands without regard to its conflict of law provisions. You and STDCarriers.com agree to submit to the personal and exclusive jurisdiction of the courts located within the Kingdom of the Netherlands. The failure of STDCarriers.com to exercise or enforce any right or provision of the TOU shall not constitute a waiver of such right or provision. If any provision of the TOU is found by a court of competent jurisdiction to be invalid, the parties nevertheless agree that the court should endeavor to give effect to the parties' intentions as reflected in the provision, and the other provisions of the TOU remain in full force and effect. You agree that regardless of any statute or law to the contrary, not to file any claim or cause of action against STDCarriers.com arising out of or related to use of the Service or the TOU.
<br />
<br />
<br />
19. VIOLATION OF TERMS AND LIQUIDATED DAMAGES
<br />
<br />
Please report any violations of the TOU, by contacting STDCarriers.com at http://stdcarriers.com/contact/contactus.aspx
<br />
<br />
Our failure to act with respect to a breach by you or others does not waive our right to act with respect to subsequent or similar breaches. You understand and agree that, because damages are often difficult to quantify, if it becomes necessary for STDCarriers.com to pursue legal action to enforce these Terms, you will be liable to pay STDCarriers.com the following amounts as liquidated damages, which you accept as reasonable estimates of STDCarriers.coms' damages for the specified breaches of these Terms:
<br />
<br />



EXHIBIT 64

PAGE 9 OF 10

termsofuse.aspx

a. If you post a message that (1) impersonates any person or entity; (2) falsely states or otherwise misrepresents your affiliation with a person or entity, you agree to pay STDCarriers.com one thousand dollars ($1,000) for each such message.
<br />
<br />
b. If STDCarriers.com establishes limits on the frequency with which you may access the Service, or terminates your access to or use of the Service, you agree to pay STDCarriers.com one hundred dollars ($100) for each message posted in excess of such limits or for each day on which you access STDCarriers.com in excess of such limits, whichever is higher.
<br />
<br />
d. If you post Content in violation of the TOU, other than as described above, you agree to pay STDCarriers.com seven thousand five hundred dollars ($7,500) for each Item of Content posted. In its sole discretion, STDCarriers.com may elect to issue a warning before assessing damages.
<br />
<br />
f. If you display, copy, duplicate, reproduce, or otherwise exploit for any purpose any Content (except for your own Content) in violation of these Terms without STDCarriers.com 's express written permission, you agree to pay STDCarriers.com three thousand dollars ($3,000) for each day on which you engage in such conduct.
<br />
<br />
Otherwise, you agree to pay STDCarriers.com's actual damages, to the extent such actual damages can be reasonably calculated. Notwithstanding any other provision of these Terms, STDCarriers.com retains the right to seek the remedy of specific performance of any term contained in these Terms, or a preliminary or permanent injunction against the breach of any such term or in aid of the exercise of any power granted in these Terms, or any combination thereof.
<br />
<br />
<br />
20. Victim Compensation
<br />
<br />
If information published by you is found to be incorrect in any way not limited to and including:
<br />
<br />
a) The intentional publishing of false information that implies that a person suffers from an incurable Sexually Transmitted Disease.
<br />
<br />
b) The intentional publishing of false information that implies that a person has engaged in behavior that a reasonable person would believe to have occurred based on the published information and that information damages the reputation of the individual named in the publication. This section does not apply to information based on a third party publication including, but not limited to newspapers, magazines, websites, or television broadcasts where the source of the information is cited in the published information.
<br />
<br />
c) The unintentional publishing of false information that implies that a person suffers from an incurable Sexually Transmitted Disease.
<br />
<br />
d) The unintentional publishing of false information that implies that a person has engaged in behavior that a reasonable person would believe to have occurred based on the published information and that information damages the reputation of the individual named in the publication. This section does not apply to information based on a third party publication including, but not limited to newspapers, magazines, websites, or television broadcasts where the source of the information is

Page 9



EXHIBIT ___69___

PAGE _10_ OF _10_

```
                        termsofuse.aspx
cited in the published information.
<br />
<br />
If you are found to have violated this section you agree to compensate the victim a
monetary amount not less than $5,000 United States Dollars plus all legal expenses
including, but not necessarily limited to attorney fees, court fees, medical
expenses for any lab work performed to disprove statements made about the victim,
and investigation expenses up to the maximum monetary amount allowed by law.
            </asp:Label>
            <!--INFOLINKS_OFF-->
        <script type="text/javascript" src="../js/finalrectangle.js"></script>
</asp:Content>
```

STD Carriers (@STDDatabase) | Twitter                                                    8/10/16, 8:58 PM

EXHIBIT **65**
PAGE ___ OF ___

Twitter  Home    Moments                    Search Twitter                Have an account? Log in ▾



Have an account?

Phone, email or username

Password

☑ Remember me · Forgot password?

Log in

New to Twitter?

Sign up

TWEETS    FOLLOWING    FOLLOWERS
7,445        56           112

# STD Carriers
@STDDatabase

Disease Control and Prevention Services
dedicated to stopping the spread of
STDs

📍 World Wide
🔗 stdcarriers.com
📅 Joined December 2009

**Tweets**    Tweets & replies    Media

 **STD Carriers** @STDDatabase · 1 Oct 2015
News: The flaws of HIV: Though research carried out over the past 30
years has helped to understand most of HI... bit.ly/1KXuIOm

New to Twitter?

Sign up now to get your own
personalized timeline!

Sign up

 **STD Carriers** @STDDatabase · 1 Oct 2015
News: UMMS researchers find genes that shut down HIV-1: A pair of
studies by researchers at the University of ...

> **UMMS researchers find genes that shut down HIV-1**
> A pair of studies by researchers at the University of
> Massachusetts Medical School, the University of Trento
> in Italy, and the University of Geneva in Switzerland, ...
> medicalnewstoday.com

You may also like · Refresh

 **Yhan Miranda**
@yhanzeus

 **Trail Blazers** ✔
@trailblazers

 **Damian Lillard** ✔
@Dame_Lillard

 **The Oregonian** ✔
@Oregonian

 **FOX 12 Oregon KPTV** ✔
@fox12oregon

 **STD Carriers** @STDDatabase · 1 Oct 2015
News: The flaws of HIV: Discovery of a new antiretroviral protein,
SERINC5HIV is a complex virus. Though resea...

> **The flaws of HIV**
> Discovery of a new antiretroviral protein, SERINC5HIV is
> a complex virus. Though research carried out over the
> past 30 years has helped to understand most of its...
> medicalnewstoday.com

Trends

**#Catfish**
22.6K Tweets

**#Greenleaf**
24.9K Tweets

 **STD Carriers** @STDDatabase · 1 Oct 2015
News: HIV sufferer who sank teeth into police officer battered to death
after drinking session: #xa; It is bel...

PayPal URLs

https://www.paypal.com/cgi-bin/webscr?cmd=_s-xclick&hosted_button_id=RKG49JWATAJ9N

https://www.paypal.com/cgi-bin/webscr?cmd=_s-xclick&hosted_button_id=Y5JWAW9LYGAKU

EXHIBIT 66
PAGE 1 OF 5

Pay with a PayPal account - PayPal

8/10/16, 9:38 PM

EXHIBIT _66_
PAGE _2_ OF _5_

# SBT

# Choose a way to pay

## Error Message

Log in to make changes.

**Your order summary**

| Descriptions | Amount |
|---|---|
| Joe the Sailor PosterJoe the Sailor Poster | $15.00 |

Item number: 1
Item price: $15.00
Quantity: [ 1 ]
[ Update ]

| Item total | $15.00 |
|---|---|

Total $15.00 USD

**PayPal** Purchase Protection

on eligible purchases | See details

Shop around the world with confidence

Pay with a PayPal account - PayPal                                                                8/10/16, 9:38 PM

EXHIBIT  66

PAGE  3  OF  5

Site Feedback [+]
PayPal. The safer, easier way to pay. For more
information, read our User Agreement and Privacy
Policy.

Choose a way to pay

**Pay with my PayPal account** Log in to your account to
complete the purchase

Email [                    ]

PayPal password [                    ]

Loading ...

☐ This is a private computer. What's this? This option lets us provide a more
personalized experience on this computer.

Updating country

Authenticating your
information

Logging you in

[ Log In ]

Authenticating your
information.

Forgot email or password?

Step 1. Enter or recover your email
address.

Step 2. Reset your password.

Step 3. Return and complete your
payment.

Securing your information.

Updating your information ...

**Start now**

Updating your information ...

Updating order total ...

[ Pay with a debit or credit card, or PayPal Credit ]

(Optional) Join PayPal for faster future checkout

Pay with a PayPal account - PayPal

8/10/16, 9:34 PM

EXHIBIT *66*
PAGE *4* OF *5*

# SBT

# Choose a way to pay

## Error Message

Log in to make changes.

### Your order summary

| Descriptions | Amount |
|---|---|
| "Click It Before You Stick It" Extr..."Click It Before You Stick It" Extra Large Mens T-Shirt | $15.00 |

Item number: 5
Item price: $15.00
Quantity: [ 1 ]
[ Update ]

| Item total | $15.00 |
|---|---|

Total $15.00 USD

**PayPal** *Purchase Protection*

on eligible purchases | See details

Shop around the world with confidence

Pay with a PayPal account - PayPal

8/10/16, 9:34 PM

EXHIBIT _66_
PAGE _5_ OF _5_

Site Feedback ⊢

PayPal. The safer, easier way to pay. For more information, read our User Agreement and Privacy Policy.

Choose a way to pay

**Pay with my PayPal account** Log in to your account to complete the purchase

Email [                    ]

PayPal password [                    ]

Loading ...

☐ This is a private computer. What's this? This option lets us provide a more personalized experience on this computer.

Updating country

Authenticating your information

Logging you in

Authenticating your information.

[ Log In ]

Forgot email or password?

Step 1. Enter or recover your email address.

Securing your information.

Updating your information ...

Step 2. Reset your password.

**Start now**

Updating your information ...

Step 3. Return and complete your payment.

Updating order total ...

[ Pay with a debit or credit card, or PayPal Credit ]

(Optional) Join PayPal for faster future checkout

Online STD Databases: Prevention Sites Are Catching On

EXHIBIT 67
PAGE 1 OF 1

8/10/16, 9:14 PM

**TRENDHUNTER** NAUGHTY    Ideas    Insights    Services    Reports    Dashboard    Books    Keynotes    Conference

# Online STD Databases

Score
1.9








Inclusive Dating Site    Check Tonight    Social Network For STD Plagued    STD eCards    Drinking Game Tequila Packaging

#1 INNOVATION KEYNOTE VIDEOS


"An intellectual can of Red Bull".
JEREMY GUTSCHE

Join 5,000,0000 people getting Better & Faster
w/ Jeremy Gutsche's Innovation Keynotes ➤



ALL    Fashion    Tech    Life    Culture    Design    Ads    Business    Eco    Good    Luxury    Bizarre        About Us    Community        Login

         Photos

## evention Sites Are atching On

By: Jennifer Astle - Nov 4, 2008
References: stdcarriers & nowpublic



s Sullivan is the creator of online STD carrier database
the ominous tagline, "If we know, you will." Sullivan, of
on, founded the site after a roll in the hay with an
ted mate. He claims that his partner did not inform him
she was infected with herpes, and had been for over a
until after their steamy, contagious encounter.

an's site hasn't amounted to much beyond a few unsuspecting citizens and a handful of porn stars,
e hopes that the idea will "catch." It's only a matter of time before jilted lovers are lining up and
ting away and Valtrex is offering sponsorship.

The moral of the story: Use Protection!

http://www.trendhunter.com/trends/online-std-carrier-database



EXHIBIT 68
PAGE 1 OF 2

8/10/16, 5:04 PM

G+1 0    More    Next Blog»    Create Blog    Sign In



In November of 2008 this blog was started to provide a forum for open debate regarding the National Sexually Transmitted Disease (STD) Carrier Registry.

In April of 2009 we discontinued use of this blog due to the addition of comment features to the main STD Carriers Disease Control and Prevention Services website (STDCarriers.com). This blog will remain online so you can read the comments that were posted here

SUNDAY, AUGUST 29, 2010

## STD Carreirs Comments on Issues

STD Carriers cares about the issues that you should care about also. To join discussions of ours follow us on at the STD Carriers Disqus Profile.

POSTED BY STD CARRIERS AT 5:05 PM
LABELS: DISQUS, STD CARRIERS

MONDAY, APRIL 20, 2009

## Comment Features Moved

Due to improved features on the main STD Carriers site and other sites this blog has been discontinued.

To comment on any specific profile such as the Michael Vick Genital Herpes Report you can now post comments on the same page as the report beneath the image and video fields. There you will see a login control or a button that says "Post Comment".

You can also comment about anything relevant to the website on the STD Carriers Forum.

POSTED BY STD CARRIERS AT 11:31 PM NO COMMENTS:

WEDNESDAY, DECEMBER 17, 2008

## Moderation Discontinued

Since I have not had to deal with a bunch of spam attempts on the blog like had to on the database I have discontinued moderating comments. Comments that are irrelevant or contain excessive profanity, advertising, or threats will be deleted. Enjoy!

POSTED BY STD CARRIERS AT 11:22 PM 2 COMMENTS:



AdultFriendFinder
Possible Sources of STDs in the Seattle Area!

Join for Free!

Internal
Server
E

was unable to complete

STD CARRIERS MAIN FEATURES

Disease Control and Prevention Services
National STD Carrier Registry
Famous People with STDs
Criminal HIV Transmission
STD Videos
Free Flash Gaming Arcade
VD Propaganda Posters
STD Prevention Shirts
Rants, Raves, and Legal Threats

STD CARRIERS LATEST REPORTS

STD Carriers Blog

EXHIBIT __68__
PAGE __2 OF 2__

8/10/16, 5:04 PM

your request.

Please contact the server administrator, root@localhost and inform them of the time the error occurred, and anything you might have d
h
M
tl
available i
error log.



Map data © OpenStreetMap contributors, CC-BY-SA

**WEDNESDAY, NOVEMBER 19, 2008**

## STDCarriers.com Posters and T-Shirts Available

The new STDCarriers.com Joe the Sailor "Wear a Rubber" posters and "Click It Before You Stick It!" t-shirts are available now at www.stdcarriers.com/merchandise.aspx

POSTED BY STD CARRIERS AT 2:18 AM NO COMMENTS:

---

**WEDNESDAY, NOVEMBER 5, 2008**

## Do you have a STD story?

Have you been effected by a STD or do you have an interesting story that is STD related? Share it with us.

POSTED BY STD CARRIERS AT 8:01 PM 11 COMMENTS:

---

## Questionalble Reports

As most know www.stdcarriers.com consists entirely of statements made by members of the public, so it is possible for people to post stuff based on inaccurate information or flat out lie about someone. Some of these posts have already been removed because they were obviously false. On October 31st an Oregon man using I.P. address 76.115.156.91 listed John McCain as having genital warts claiming he knew from McCain having anal sex with everyone in the country. He even post dated the earliest know infection date to election day. In another case someone in Reston, Virginia using the I.P. address 72.94.138.121 listed Barack Obama. This person selected

Genital Herpes from the drop down list and wrote Oral Herpes(a different disease) in the explanation section. This person claimed that the Oral Herpes explained his current speeches. I almost wish this were true, Herpes as a speech enhancer.

The purpose of this section is for people to comment on reports that they believe to be inaccurate. This could give a wrongfully listed person a chance to get the ball rolling on clearing thier name and finding the person responsible.

POSTED BY STD CARRIERS AT 6:52 PM 24 COMMENTS:

---

Home

Subscribe to: Posts (Atom)

Error loading feed.

**STDIVO NEW ADDITIONS**

Error loading feed.

---

**NEW EVIL DOERS**

Error loading feed.

---

**FREE FLASH GAMES**

Error loading feed.

---

**CARRIER REPORT DISCUSSIONS**

Error loading feed.

---

**EVIL DOER DISCUSSIONS**

Error loading feed.

---

EXHIBIT 64
PAGE 1 OF 1

# STD Carriers Disease Control and Prevention Services
Prevention Is Our Profession

## STD Carriers Disease Control and Prevention Services

March 31, 2010 – 8:48 am

Posted in Uncategorized

Tagged disease control, prevention, std carriers, std videos

Leave a Comment

STD Carriers Disease Control and Prevention Services is spreading sexually transmitted disease awareness to Word Press with our RSS Feed Blog complete with the latest Reported STD Carrier Outbreaks, StDiVo Videos, Free Flash Games, and the worst unfortunate few who have earned a name for themselves on the Evil Doers Cyber Terrorist Watch List.

Check out our main Disease Control and Prevention website for more information about how you can help protect the purity and essence of your precious bodily fluids from incurable sexually transmitted infections (STIs). We utilize the power of modern Microsoft technology to help people helping people. Prevention is our profession and so can you.

### Latest STD Reports
- An error has occurred; the feed is probably down. Try again later.

### New STD Videos
- An error has occurred; the feed is probably down. Try again later.

### New Flash Games
- An error has occurred; the feed is probably down. Try again later.



### New Cyber Terrorists
- An error has occurred; the feed is probably down. Try again later.

### Search
[            ] [ Find » ]

### STD Carriers Services
- Criminal HIV Transmission
- Free Flash Games
- STD Carrier Registry
- STD Carriers Disease Control and Prevention Services
- STD Videos

### RSS Feeds
- All posts
- All comments

### Meta
- Register
- Log in

Create a free website or blog at WordPress.com.

STD Registry Makes Surfing for STDs Feel Like Shopping

EXHIBIT _70_
PAGE _1_ OF _2_

8/5/16, 2:38 PM

 

☎ Contact Us | f 🐦 in 8+ 🅿 ⚛



Member Login | Register New Account   SUBMIT RELEASE

PRODUCTS & SERVICES   NEWS RELEASES   MEDIA DESK   PARTNERS   KNOWLEDGE BASE   COMPANY

All Press Releases for February 13, 2012 »

Email This Story   Printer Friendly   PDF Version   RSS Feed

# STD Registry Makes Surfing for STDs Feel Like Shopping

*The rejuvenated STD Carriers Disease Control and Prevention Services website combines visual flair with social responsibility to protect public health while helping those with incurable STDs outed online by anonymous authors.*

Google +   🖒   🖒   🖒   🖒



### Share This Story



EMAIL STORY

+1

### 👤 Contact Information

**Andy Sullivan**
**No Limit List**
Portland, Oregon
United States
**Voice:** (503) 567-1907
**E-Mail:** Email Us Here
**Website:** Visit Our Website

### Like This Story?

I like it!   0

### ⓘ Disclaimer

If you have any questions regarding information in this press release, please contact the person listed in the contact module of this page. Please do not attempt to contact 24-7 Press Release Newswire. We are unable to assist you with any information regarding this release.

PORTLAND, OR, February 13, 2012 /24-7PressRelease/ -- STD Carriers Disease Control and Prevention Services unveiled the latest version of their online sexually transmitted disease (STD) fighting machine this week by giving STDCarriers.com a dramatic facelift designed to make users surfing for STDs feel like they're shopping. The renovation is part of an effort to improve the overall image of STD Carriers while making its reputation management services more valuable to people with HIV/AIDS, Genital Herpes, Genital Warts, HPV, and Hepatitis C outed online by anonymous authors.

Best known for the International STD Registry People Finder Search Engine, STD Carriers is no stranger to the criticism that comes with innovation. Inventing the first online early warning alert system for STD prevention powered by a public database full of user-generated reports is sure to raise a few eyebrows, but doing so with a dated design can make obvious questions of privacy and legality distant afterthoughts when overall professionalism and technical aptitude is called into question. Despite always being capable of accomplishing its primary mission one nagging annoyance kept coming back to irritate STD Carriers at unexpected and inopportune moments due to critics hurling insults at the site's visual design, calling it poor, disorganized, and at times downright amateur. In response STDCarriers.com underwent a week of CSS3 intensive treatment to prevent future flare-ups using gradients, rounded corners, drop shadows, text shadows, and transparencies in addition to sliders and asynchronous search tools typically used by modern shopping sites to give it a professional look to last.

STD Carriers is confident that its new dynamic search tool will greatly improve the overall user experience by eliminating the need for a full page refresh while searching the registry for keywords in all fields of the database instead of being limited to names and locations, but also hopes that it will increase sales of reputation management services because STD Carriers is part of the No Limit List Corporate Advocacy Program (NLLCAP). NLLCAP is a reputation management service designed primarily for businesses looking to keep undesirable content out of search engine results pages (SERPs) that could otherwise divert customers



STD Registry Makes Surfing for STDs Feel Like Shopping            EXHIBIT 70            8/5/16, 2:38 PM
                                                                  PAGE 2 OF 2

from points of sale, but with individuals in mind. NLLCAP customers have seen once prominent Google results
disappear entirely after purchasing no-index meta tags while some applications have been rejected entirely in
cases where applicants could not compete with linking pages not covered by the program. The leading cause
of STD Carriers rejections have been due to pages listing reported carriers in specific areas generated by
querystrings from the old search control performing so well in SERPs that the removal of more prominent
reports would be of little use to the customer. Now those pages are dropping from SERPs like flies because
the new search tool uses AJAX History Points that search engines can't index. STD Carriers hopes that the
new found ability to completely remove STD reports from SERPs will make NLLCAP more attractive to its
subjects.

24-7 Press Release Newswire
disclaims any content contained in
this press release. Please see our
complete Terms of Service
disclaimer for more information.

Overall the new STD Carriers Disease Control and Prevention Services website combines visual flair with
social responsibility to deliver on all cylinders by looking out for your health as well as your reputation just in
time for Valentine's Day. Search the STD Registry for that special someone to find out first hand why surfing for
STDs feels like shopping.

Learn More

STD Carriers Disease Control and Prevention Services
http://stdcarriers.com

International STD Registry People Finder Search Engine
http://stdcarriers.com/registry/search.aspx

No Limit List Corporate Advocacy Program
http://nolimitlist.com/corporate-advocacy/

No Limit List is a worldwide publishing service provider of classified advertising, product reviews, and other
services.

# # #

## COMMENT ON THIS STORY...

**0 Comments**                                          Sort by  Newest



Add a comment...

Facebook Comments Plugin

Google +  ☐        ☐        ☐        ☐        ☐

Pricing & Distribution          Today's News                Connect with 24-7 Press Release:
Agency PReferred                News by Industry
Program                         FAQs
Syndicate Our News              Testimonials
News Widget                     Business Directory
RSS Feeds                       Privacy Policy
Affiliate Program               Terms of Service
About Us                        Site Map

http://www.24-7pressrelease.com/press-release/std-registry-makes-surfing-for-stds-feel-like-shopping-262420.php



Uh-Oh: You Might Have an STDI The Whole World Might Know, Too | Village Voice                    8/10/16, 9:06 PM

# VOICE

EXHIBIT ___7_1___
PAGE __1__ OF _3_

For ideas to make life in the kitchen easier, click here.

# Uh-Oh: You Might Have an STD! The Whole World Might Know, Too

**BY VICTORIA BEKIEMPIS**                         FRIDAY, FEBRUARY 10, 2012 AT 10:33 A.M.



Love is supposed to be everlasting. Unfortunately for many, the only permanent thing to come out of a relationship is an incurable sexually transmitted disease.

And that's why Cyrus Sullivan, of Portland, Ore., claims that he runs STD Carriers Disease Control and Prevention Services, a website that lists claimed and confirmed carriers by their names, locations, descriptions, and sometimes their photos.

The database is *completely* open to the public -- you don't have to login to browse the listings, and many of the recently added carriers' pics are displayed prominently on the site's front page. Users submit photos freely. There are about 1,500 listings.

From the workmanlike design and sluggish flash slideshow and bizarre comparisons between Pearl Harbor's "hostile Asian men" and STD awareness, you might get the impression that Sullivan, who also runs an online reputation-management business, operates with a tongue-in-cheek M.O.



Uh-Oh: You Might Have an STDI The Whole World Might Know, Too | Village Voice                    8/10/16, 9:06 PM

EXHIBIT ___7 1___
PAGE _2_ OF _3_

And you'd be wrong: Sullivan is for real and his work (for better or for worse) is heartfelt, --
and he has updated his site *just in time* for Valentine's Day.

From the mission statement: "It is our goal that by promoting the sharing of information that
we can ultimately protect you health from dangerous diseases while protecting your civil
liberties and providing quality entertainment."

Oh boy.

"It was based on a personal experience," he told Runnin' Scared. "I was dating some chick
during college who didn't disclose to me that she had herpes. I was kind of upset about that,
and I kind of created the site and put her on there as kind of like, the first person. It kind of
made me look like I was looking for revenge, but I actually wasn't doing it for revenge."

So Sullivan started STD carriers in 2008 and has made his rounds in the media circuit from
time to time since then. He's gone through a couple of re-designs, but he hopes that this latest
red-black motif will propel him to a new professional level.

The press release gives a little more info than the relatively reticent Sullivan:

"Surfing for sexually transmitted diseases (STDs) online has never looked good until now
thanks to the dynamic facelift STD Carriers Disease Control and Prevention Services
received just in time for Valentine's Day. The super fabulous makeover is part of an effort
to increase the fun factor of STD Carriers, improve the overall image of the site's founder,
and increase the value of its reputation management services.

Since its launch STDCarriers.com has always been criticized as a poorly designed invasion
of privacy. Those days are history because what was once described as "a disorganized
mess of red, white, and blue" is now a well organized STD fighting machine with a cross
browser compatible CSS3 layout built to look great in up to date versions of all major
browsers. Further improvements include a dynamic search tool that allows users to surf
the STD Registry for keywords asynchronously without the need of a page refresh and a
gallery of recent images now graces the home page above the latest work of anonymous
users.

The site's founder began the much overdue overhaul about a week ago after a colleague
convinced him that the old site was making him look bad professionally. The founder took
this to heart because until that day he always felt immune to such things believing that he
could always explain the lies of his critics to people that really matter as the rants of
insignificant malcontents, but that colleague shattered his senses of innocence and



security with the knowledge that important people might not look past his first design
before they can see his better work. Having accepted the fact that his innocence is lost
forever the founder finds calm as his sense of security rebounds with the knowledge that it
will be years before STDCarriers.com is technically capable of making him look bad again
now that surfing for STDs feels like shopping online.

Sullivan also runs similarly set-up websites that identify accused online bullies and alleged
illegal aliens.

He doesn't think that there's anything wrong with posting individuals' personal information
online -- and calling them STD carriers -- without their diagnoses being confirmed. Sullivan
thinks its a public service.

As far as the people who get listed who don't have STDs?

"It has happened," he tells Runnin' Scared. "It's removable if you send in a negative test result.
It's not always true that when something is on the web it could be there forever. If somebody's
on it, and I remove it, it's going to disappear eventually -- unless some other people decide to
search engine copy and post links to it."

Sullivan also doesn't think that there's a conflict of interest with running both a reputation-
ruining website -- and an internet business where he charges money to improve people's
online reputations.

"I dont think there's ever an ethical conflict with helping someone improve their reputation,"
he says. "I mean, beyond making changes, beyond that, it's really just recomendations to see
what they have."

*Follow Victoria Bekiempis @vicbekiempis.*

Sponsor Content





EXHIBIT _72_
PAGE _1_ OF _3_

# STD Registry is Thousands Of Open, Oozing Lawsuits Waiting To Happen

Erin Gloria Ryan
1/02/11 1:15pm · Filed to: DICKILEAKS ∨

17.5K    102    1



It doesn't take any fancy book-learning to realize that a user-driven website that purports to list STD carriers could be abused by the public, especially when third-party accounts of the state of the others' genitals are considered reliable.

EXHIBIT __72__

PAGE _2_ OF _3_

Ad
**Expungement Law Firm**
No Office Visit Needed - Do It Now Money Back & Low Price Guarantee

The website purports itself to be some kind of public service, but rather than serving the needs of a public that wants to avoid getting STD's from all of those nefarious, trenchcoat-wearing, mustache-twirling deliberate herpes-spreaders, it seems instead to serve as a great resource with which to immaturely and anonymously fuck people over. I've never had an STD, but hotdamn am I not okay with this at all.

Speculation about someone's medical history should not be subject to public scrutiny and especially shouldn't be put in a searchable database full of gems like this-

> She sleeps around and has passed it on to at least 12 since at least August 2010 and December 2010. Over ten people i know have gotten it and she blamed everyone else instead of admitting she had it. And even though she knows she has it she still has not gone to the doctors to get it checked out.

Many of the super medically accurate disclosures are in ALL CAPS and thus MUCH MORE LEGITIMATE because everyone knows that DOCTORS USUALLY WRITE IN ALL CAPS.

There are multiple fun corners to explore on STDcarriers.com, but the most fucked up area is that which allows site visitors to search for names and cities of the listed. You can also conveniently browse for

EXHIBIT _72_
PAGE _3_ OF _3_

people who may or may not have been convicted of spreading HIV to sexual partners.

So what happens if you're listed on the site for being a big ho' who broke up with someone nerd who got mad and started writing shit about you on the internet? The site's servers are located in The Bahamas and the name of whoever owns the domain isn't listed, and the site's "listing removal policy" suggests you either contact whoever anonymously posted the listing and ask that they take it down (using, I'd assume, your psychic powers that allow you to discern who anonymous internet commenters are), or go to the doctor, get tested, and send some of your test results to a post office box in Oregon. Thankfully, it doesn't look like the site is quite the Craigslist of the Crotch that it claims to be, but no matter how big or small a site like this is, the fact that it exists is grosser than sending STD herpes results to a Ducks fan.

[STDcarriers.com]

EXHIBIT
PAGE  1  OF  7

Adweek Blog Network :   TVNewser (/tvnewser) | TVSpy (/tvspy) | LostRemote (/lostremote) |

AgencySpy (/agencyspy) | PRNewser (/prnewser) | SocialTimes (/socialtimes) | FishbowlNY (/fishbowlny) |

FishbowlDC (/fishbowldc) | GalleyCat (/galleycat)



(http://www.adweek.com/fishbowldc/stars-to-dine-with-journos-pre-whcd/71894)

(http://www.adweek.com/fishbowldc/wapo-to-host-pre-whcd-reception/71942)

## MEDIA BIZ (/FISHBOWLDC/CATEGORY/MEDIA-BIZ) | PEOPLE (/FISHBOWLDC/CATEGORY/PEOPLE) | TV (/FISHBOWLDC/CATEGORY/TV)

# STD Site Owner Thanks Cooper and

Get FishbowlDC delivered straight to your inbox

Email address                    | Submit |

Send an anonymous tip

Describe your tip

| Send |

Advertisement

# Banfield, Says Herpes Puts a Real Damper on His Sex Life

EXHIBIT 73
PAGE 2 OF 9





By Betsy Rothstein (http://www.adweek.com/fishbowldc/author/betsyr) on Apr. 18, 2012 - 3:30 PM

3 Comments (http://www.adweek.com/fishbowldc/std-site-owner-says-herpes-put-damper-on-his-sex-life-anderson-co...

## Featured Jobs

**Senior Editor (https://www.mediabistro.com/jobs/descr editor/? TrackID=56&utm_source=fishbowldc&utm ma)**
Manifest
Washington D.C.

**Senior Director of Communications (https://www.mediabistro.com/jobs/descr director-of-communications/? TrackID=56&utm_source=fishbowldc&utm ma)**
Treatment Advocacy Center
22203, Arlington

**Public Relations Manager (https://www.mediabistro.com/jobs/descr relations-manager/? TrackID=56&utm_source=fishbowldc&utm ma)**



EXHIBIT __73__
PAGE __35 of 70__



 U.S. News & World Report
Washington D.C.

**Publication Production Director
(https://www.mediabistro.com/jobs/descr
production-director/?
TrackID=56&utm_source=fishbowldc&utn
ma)**
Washingtonian Magazine
20036, Washington D.C.

**Account Strategist
(https://www.mediabistro.com/jobs/descr
strategist/?
TrackID=56&utm_source=fishbowldc&utn
ma)**
Illustria
Washington D.C.

**See more Jobs »**
(http://www.mediabistro.com/jobs)



The owner of a STD
reporting site that allegedly
dedicates itself to revealing
those with sexually
transmitted diseases, is
publicly thanking CNN's
Anderson Cooper and
Ashleigh Banfield for helping
him forge ahead with his
entrepreneurial endeavors.

## Featured Courses

**Search Marketing**
Optimize your website through SEO,
social media, and digital outreach
Learn more >
(https://www.mediabistro.com/shop/search-
marketing/?
utm_source=ABN&utm_medium=featuredcourses&

**Digital Content Strategy**
Apply your editorial skills to create an
effective content strategy
Learn more >



EXHIBIT ___ 123

PAGE 4 OF 6

Of course, sarcastically so.

"Anderson was a big jerk," said **Cyrus Sullivan**, owner of STDReporting.com, who went on Cooper's daytime talk show about a month ago. Both Cooper and Banfield, who came on as a guest commentator, ripped into him on air for running a site that publishes information he can't verify. Sullivan spoke to FishbowlDC by phone this afternoon from Portland, Ore. where he resides. "I've never been treated by anyone so rudely in the media in my whole life and I've been on TV several times," Sullivan said. "It just really sucked. He basically sat me down and accused me of being a sleazeball."

Cooper said after the show, "I just think what he's doing is really pathetic and inappropriate."

(https://www.mediabistro.com/shop/digital-content-strategy/?utm_source=ABN&utm_medium=featuredcourses&

### Copywriting for Social Media
Maximize your clicks, shares, retweets, and pin
Learn more >
(https://www.mediabistro.com/shop/copywriting-for-social-media/?utm_source=ABN&utm_medium=featuredcourses&

### Skills in 60: How to Name Your Brand or Product
Develop a unique name for any brand, product, or business
Learn more >
(https://www.mediabistro.com/shop/skills-in-60-brand-and-product-naming/?utm_source=ABN&utm_medium=featuredcourses&

**See more Courses > (http://www.mediabistro.com/courses/?c=ABN)**

Advertisement



GET FAST INTERNET
CenturyLink High-Speed Internet
UP TO 40 MBPS $34.95/mo
With a 1-year contract. AutoPay required. Speed may not be available in your area.
LEARN MORE
CenturyLink
Details



Speaking of sleaze, Sullivan contracted Herpes more than three years ago, at which point he decided to create the site to, at least in part, expose the woman who gave it to him. He says he has been soul-searching his reasons for creating it. He says he takes Valtrex. His symptoms sprout up only rarely. "It's not a big deal, a lot of people have it," he said. "I wouldn't even know that I had it if I hadn't gotten tested. I don't have symptoms, [or] very rarely." Asked if having Herpes affects his sex life, he replied, "It can be a cock block. That's what's so frustrating."

On Cooper's program, Banfield said online laws should be changed and publishers shouldn't be able to blame authors, as Sullivan does in his defense. "By that logic she shouldn't be able to quote anyone on air,"

EXHIBIT __73__
PAGE __5__ OF __6__

## Subscribe To Adweek



(http://adweek.com/subscribe-03)

**Magazine + iPad App**

Subscribe
(http://adweek.com/subscribe-

Buy Issue
(http://shop.adweek.com)



(/blognetwork/advertising?
utm_source=fishbowldc&utm_campaign=sidebar_adverti

Sullivan said, offering his two cents on journalism ethics.

EXHIBIT ___73___
PAGE _6_ OF _9_



Sullivan insists he's not doing anything different than what is already happening online. "I don't see why people freak out over a site dedicated to this niche topic, especially when people are doing this on Twitter and Facebook all the time," he said. "I felt I was unfairly being singled out." He reasons that people need to be educated about how to read the Internet, as opposed to say, his site being axed. "There's no way to tell if someone is telling the truth or not," he added. "The only real way to deal with issues of internet liable or slander

is to educate people who use
the internet to scrutinize
what you read."

EXHIBIT 73
PAGE 7 OF 4

See what Sullivan looks like
after the jump...In addition,
in a release today that
Sullivan issued from
Portland, Ore., where he
lives, he wrote:

STD Site Owner Thanks Cooper and Banfield, Says Herpes Puts a Real Damper on His Sex Life | FishbowlDC          8/10/16, 9:11 PM



EXHIBIT _____ 73
PAGE _9_ OF _9_

"STD Reporting is officially dedicated to Anderson Cooper and Ashleigh Banfield in recognition of inspirational words uttered by them that motivated STD Reporting to seek levels of excellence far superior to the original purpose of the website."

Sullivan said the original purpose of STD Reporting was to test information aggregation techniques including a dead link removal button in a

STD Site Owner Thanks Cooper and Banfield, Says Herpes Puts a Real Damper on His Sex Life | FishbowlDC          8/10/16, 9:11 PM

controlled environment
using data likely to motivate
users into clicking the button
and reporting bugs if the
button failed. Now he's
thinking his site could be a
"very effective prototype for
a niche search engine I could
use in the future."

With that, Cooper's
"Ridiculist" may soon have
its next item.

EXHIBIT 73
PAGE 9 OF 9

—————————————————————

| < Previous Article | Next Article > |
|---|---|

< Previous Article
(http://www.adweek.com/fishbowldc/stars-
to-host-pre-whcd-
reception/71942)

Next Article >
(http://www.adweek.com/fishbowldc/stars-
to-dine-with-
journos-pre-
whcd/71894)

ticle Thumbnails 2nd:)
ticle Thumbnails 2nd:)
ticle Thumbnails 2nd:)

## More From the Web

(https://www.hellofresh.com/storytelling-cd/?
c=TABOOLA40&utm_source=taboola&utm_medium=c
adweek&utm_term=This+Service+in+%24%7Bcity%3A

### This Service in Portland is Changing the Way People Cook at Home
HelloFresh

(https://www.hellofresh.com/storytelling-cd/?

http://www.adweek.com/fishbowldc/std-site-owner-says-herpes-put-damper-on-his-sex-life-anderson-cooper-ashleigh-banfield/71897



Websites Claim to Produce STD Carrier Registry | WREG.com

8/10/16, 9:17 PM

EXHIBIT _74_
PAGE _1_ OF _3_

# Websites Claim to Produce STD Carrier Registry

POSTED 9:55 PM, APRIL 18, 2012, BY NATASHA CHEN, *UPDATED AT 10:31PM, APRIL 18, 2012*



*This is an archived article and the information in the article may be outdated. Please look at the time stamp on the story to see when it was last updated.*

(Memphis) A couple of websites created by a man out of Portland, OR, allow people to post information about others with sexually transmitted diseases.

For ideas to make life in the kitchen easier, click here.

man who writes in his own profile that he was given genital herpes by a former partner, who only told him she had the disease after it was too late.

STDcarriers.com has an international registry of people who allegedly have an STD. Anyone can sign up to be a member of the website for free. Members can then report an STD carrier.

STDreporting.com gathers Facebook and Twitter posts that mention STDs, such as people admitting to having a disease, or people claiming someone else does.

The first site clarifies that the site creator is not legally liable for posts damaging to a person's character, because it is the individual member who posts the potentially libelous information.

http://wreg.com/2012/04/18/websites-claim-to-produce-std-carrier-registry/



Websites Claim to Produce STD Carrier Registry | WREG.com

EXHIBIT ___74___
PAGE _2_ OF _3_

8/10/16, 9:17 PM

It also states the site is not legally bound to take down false information immediately.

But there is a recommended 12-step process for someone to request their name to be removed.

Rebecca Terrell, the executive director of Choices, a Memphis reproductive health center, said, "It's just something that seems sensational, and hurtful, and I don't see the point really."

Terrell said that all health care providers have to follow HIPPA laws that keep such information confidential.

Referring to Sullivan, Terrell said, "He has no way of knowing whether this information he's putting up is accurate or not. And so it could be slanderous, it could be true; it could be not true. There's no way to know that."

People in Memphis reacted with shock.

Katie Sloan said that while she would like to know if a potential partner has an STD, this would be the wrong way to find out.

"Oh God, that's terrible. That's so wrong," Sloan said.

Her friend, Sabrina Dooley, agreed that having an STD is private information.

Unlike a sex offender registry, Dooley said, "It's not a crime to have a disease."

Rebecca Terrell at Choices also worried about the extra stigma these sites create, for people with sexually transmitted diseases.

"It's trying to portray it as something shameful or horrible, you know. It's bacteria," Terrell said. "Get tested, so we can treat it. It's easy to treat, you know. And the idea that somebody is very shamed by this, or there's this stigma about it, that's standing in the way of medical care."

Pam Gustafson, who is also in the medical profession, said typically after someone is tested positive for an STD, specialized health care staff reach out to the patient's partners. They then ask the partners to come in and be tested for the disease.

Gustafson disapproves of the sites also, saying that sharing information about STDs should be left to the patient and health care professionals.

In Tennessee, one can be charged with criminal exposure to HIV, if one knowingly engages in sexual contact, or transfers blood or bodily fluids to a partner without informing him/her.



Websites Claim to Produce STD Carrier Registry | WREG.com

EXHIBIT ___74___
PAGE __3_ OF _3_

8/10/16, 9:17 PM

Terrell said that anyone with moral integrity will tell his/her partner, and that the best way to prevent the spread of disease is to always use a condom.

Power Outage Strands Delta Airlines Operations Worldwide
NEW YORK, NY - AUGUST 8: A Delta employee helps a traveler near the Delta check-in counter at LaGuardia Airport ,...






### Thousands sign up for Mississippi No Call Registry for cellphones



### A big problem with flossing



### HIV youth rates rising



### Police: Gunman who killed 3 was 'seeking out' officers



### Deaf teacher's quest for armed service inspires students









**EXHIBIT 25**
**PAGE 1 OF 2**

**WiredPRNews.com** (http://www.wiredprnews.com/)                    Search (http://www.wiredprnews.com)

About Wired PR News (http://www.wiredprnews.com/about-wired-prnews)   Guidelines / FAQ's (http://www.wiredprnews.com/news-pr-guidelines-faq)

News Desk (http://www.wiredprnews.com/news-desk)   Contributors (http://www.wiredprnews.com/contributers)

Online News Distribution (http://www.wiredprnews.com/search-engine-optimized-pr)   News Tags (http://www.wiredprnews.com/news-press-release-tags)

Press Release & News
Distribution Topics

Press Release Distribution (http://www.wiredprnews.com/pr)   Submit (http://www.wiredprnews.com/submit-press-release)

Pricing (http://www.wiredprnews.com/news-packages)

Arabic Business (http://www.wiredprnews.com/category/arabic-business)

Entertainment (http://www.wiredprnews.com/category/entertainment)

Law (http://www.wiredprnews.com/category/law)   Mesothelioma-Asbestos (http://www.wiredprnews.com/category/mesothelioma-asbestos)

Press Releases (http://www.wiredprnews.com/category/press-releases)

Technology (http://www.wiredprnews.com/category/sci-tech)   US Presidential News (http://www.wiredprnews.com/category/us-presidential-news)

whistleblower (http://www.wiredprnews.com/category/whistleblower-news)

aviation news
(http://www.wiredprnews.com/category/aviation-
news)

Bollywood News
(http://www.wiredprnews.com/category/bollywood-
news)

BP OIL Spill News
(http://www.wiredprnews.com/category/bp-
oil-spill-news)

Business
(http://www.wiredprnews.com/category/business)

California
(http://www.wiredprnews.com/category/california-
business)

Call Center News
(http://www.wiredprnews.com/category/call-
center-news)

Copyright Law
(http://www.wiredprnews.com/category/copyright-
law)

Dallas
(http://www.wiredprnews.com/category/dallas-
tx)

e-commerce
(http://www.wiredprnews.com/category/e-
commerce)

Education
(http://www.wiredprnews.com/category/education)

Electronics
(http://www.wiredprnews.com/category/electronics)

Employment Law
(http://www.wiredprnews.com/category/law/employment-
law)

Entertainment
(http://www.wiredprnews.com/category/entertainment)

Family law
(http://www.wiredprnews.com/category/family-
law)

Fashion

# 100 Celebrities with STDs Identified in Online Study



04/02/2012 // NoLimitList (http://NoLimitList.submitmypressrelease.com) // STD Carriers Disease Control and Prevention Services

STD Carriers Disease Control and Prevention Services kicked off Sexually Transmitted Disease (STD) Awareness Month by identifying 100 **Celebrities with STDs** (http://stdcarriers.com/famouspeople/celebrities.aspx) as part of an online study. The Centers for Disease Control and Prevention (CDC) recognizes April as STD Awareness Month for calling attention to the impact of STDs while promoting STD testing across America. The Study on Celebrities with STDs aims to support that effort by showing everyday people that fame and fortune are not prophylactics.

This Study on Celebrities with STDs focused primarily on incurable STDs with particular attention given to the human immunodeficiency virus (HIV), acquired immunodeficiency syndrome (AIDS), hepatitis C, herpes simplex virus 2 (HSV2), human papillomavirus (HPV), and genital warts in men. Out of the 100 celebrities profiled in the study 44 HIV/AIDS patients were identified with hepatitis C coming in a close second at 42 and HSV2 wrapping up the top three at a distant third with just 10 victims. HPV only accounted for 3cases covered in the study all of which were cervical cancer survivors and the genital warts category only has 1 lonesome reality star so far.

The celebrity list was broken down and categorized by occupation as well as disease into 10 categories. The categories are activists, actors, actresses, athletes, authors, journalists, musicians, politicians, porn stars, and reality stars. Out of the 100 famous people identified in the study the overwhelming majority were musicians with 29 profiles followed by 14 porn stars, 13 athletes, 10 authors, 9 actresses, 8 actors, 6 journalists, 6 politicians, 3 activists, and 2 reality stars.

Although technically a STD hepatitis c was largely to blame for the majority of the 100 cases most of which were attributed to intravenous drug use and sexual of those involved baby boomers infected in the 1960s or 1970. The baby boomer hepatitis trend inspired STD Carriers to launch **Faces of Hepatitis** (http://stdcarriers.com/news/story/faces-of-hepatitis-std-education-program.aspx), a STD education program based on the Multnomah County Sheriff's Faces of Meth drug education program. Faces of Hepatitis compares before and after photos of Keith Richards, Anita Pallenberg, Marianne Faithful, and others side by side to document damage inflicted on the human body by hepatitis c over time.

Learn More

STD Carriers Disease Control and Prevention Services

http://stdcarriers.com

## Share Buttons



(http://twitter.com/share?url=http://www.wiredprnews.com/2012/04/04/100-celebrities-with-stds-identified-in-online-study_2012040426610.html&)

(http://www.linkedin.com/shareArticle?mini=true&url=http://www.wiredprnews.com/2012/04/04/100-celebrities-with-stds-identified-in-online-study_2012040426610.html)



(https://plus.google.com/share?url=http://www.wiredprnews.com/2012/04/04/100-celebrities-with-stds-identified-in-online-study_2012040426610.html)



(http://www.facebook.com/sharer.php?u=http://www.wiredprnews.com/2012/04/04/100-celebrities-with-stds-identified-in-online-study_2012040426610.html)



(mailto:?subject=100 Celebrities with STDs Identified in Online Study&body=%20http://www.wiredprnews.com/2012/04/04/100-celebrities-with-stds-identified-in-online-study_2012040426610.html)

## Tags

accident
(http://www.wiredprnews.com/tag/accident)

asbestos
(http://www.wiredprnews.com/tag/asbestos)

Business
(http://www.wiredprnews.com/tag/business)

California
(http://www.wiredprnews.com/tag/california)

camfil farr
(http://www.wiredprnews.com/tag/camfil-farr)

100 Celebrities with STDs Identified in Online Study - WiredPRNews.com | Press Release Distribution

EXHIBIT ___75___

PAGE _2_ OF _2_

8/7/16, 3:25 PM

(http://www.wiredprnews.com/category/fashion) Study on Celebrities with STDs

Featured Stories
(http://www.wiredprnews.com/category/featured)

Food & Beverage
(http://www.wiredprnews.com/category/food-
beverage)

golf news
(http://www.wiredprnews.com/category/golf-
news)

Green
(http://www.wiredprnews.com/category/green

Health & Fitness
(http://www.wiredprnews.com/category/healt
fitness)

Hollywood News
(http://www.wiredprnews.com/category/holly
news)

home decor
(http://www.wiredprnews.com/category/home
decor)

insurance
(http://www.wiredprnews.com/category/insur

iPhoneNews
(http://www.wiredprnews.com/category/iphor

Law
(http://www.wiredprnews.com/category/law)

Media News
(http://www.wiredprnews.com/category/media
news)

Medical News
(http://www.wiredprnews.com/category/medical-
news)

Mesothelioma Asbestos
(http://www.wiredprnews.com/category/mesothelioma
asbestos)

military-news
(http://www.wiredprnews.com/category/military-
news)

Money & Finance
(http://www.wiredprnews.com/category/money-
finance)

music news
(http://www.wiredprnews.com/category/music-
news)

new york
(http://www.wiredprnews.com/category/new-
york)

New York City
(http://www.wiredprnews.com/category/new-
york-city)

News
(http://www.wiredprnews.com/category/news)

Noticias en español
(http://www.wiredprnews.com/category/noticias-
en-espanol)

Opinions

http://stdcarriers.com/famouspeople/celebrities.aspx

Faces of Hepatitis STD Education Program

http://stdcarriers.com/news/story/faces-of-hepatitis-std-education-program.aspx

**Social Media Tags:** Celebrities, STDs, Hollywood, Gossip, Musicians, Actors,
Actresses, Herpes, HIV, Hepatitis

Newsroom powered by Online Press Release Distribution –
SubmitMyPressRelease.com (http://www.submitmypressrelease.com/)



Google
(https://maps.google.com/maps?ll=37.09024,-95.712891&z=14&t=m&hl=en-
US&gl=US&mapclient=apiv3)Map data ©2016 Google

It's only fair to share... 🅟 🖂 🖂

(http://twitter.com/share?
url=http://www.wiredprnews.com/2012/04/04/100-
celebrities-with-stds-identified-in-online-
study_2012040426610.html&text=100+Celebrities+with+STDs+Identified+in+Online+Study+)
(http://www.linkedin.com/shareArticle?
mini=true&url=http://www.wiredprnews.com/2012/04/04/100-
celebrities-with-stds-identified-in-online-
study_2012040426610.html)
(https://plus.google.com/share?
url=http://www.wiredprnews.com/2012/04/04/100-
celebrities-with-stds-identified-in-online-
study_2012040426610.html)
(http://www.facebook.com/sharer.php?
u=http://www.wiredprnews.com/2012/04/04/100-
celebrities-with-stds-identified-in-online-
study_2012040426610.html) (mailto:?subject=100
Celebrities with STDs Identified in Online
Study&body=%20http://www.wiredprnews.com/2012/04/04/100-
celebrities-with-stds-identified-in-online-
study_2012040426610.html)

Tags: actors (http://www.wiredprnews.com/tag/actors), Actresses
(http://www.wiredprnews.com/tag/actresses), Celebrities

cancer
(http://www.wiredpr

clean air solutions
(http://www.wiredprnews.com/tag/clean-air-
solutions)

clouse dunn khoshbin
(http://www.wiredprnews.com/tag/clouse-
dunn-khoshbin)

Dallas
(http://www.wire

dallas employment
(http://www.wiredprnews.com/tag/
employment)

death
(http://www.wiredprnews.com/tag/death

economy
(http://www.wiredprnews.com/ta

Education
(http://www.wiredprnews.com/tag/

employment law attorney
(http://www.wiredprnews.com/t
law-attorney)

Employment Lawyer
(http://www.wiredprnews.com/t
lawyer)

employment lawyers
(http://www.wiredprnews.com
lawyers)

facebook
(http://www.wiredp

Florida
(http://www.wiredprnews.com/t
(http://www.wiredprnews

government
(http://www.wiredprnews.com/tag/gover

Health
(http://www.wiredprnews.com

insurance
(http://www.wiredprnews.com/tag/insurance

jonathan c reiter
(http://www.wiredprnews.com
c-reiter)

Lawsuit
(http://www.wiredprnews.com/tag/law

lawyer marketing
(http://www.wiredprnews.com/tag
marketing)

Los Angeles
(http://www.wiredprnews.com/t
angeles)

(1) HIV Positive Porn Stars in the Adult Film Industry

8/9/16, 8:07 PM

EXHIBIT 76
PAGE 1 OF 3



| HIV Positive Porn Stars in the Adult Film Industry |

Home 20+    Find Friends

**Like**    **Message**    **More**

Positive Porn Stars in the Adult Film Industry shared a

20, 2011 ·

## Mason Wyler Porn Star Pictures of Adult Film HIV and AIDS

Self described gay sex addict and popular porn star Mason Wyler announced his HIV status after being "outed" by a gossip website dedicated to gay porn....

STDCARRIERS.COM

# HIV Positive Porn Stars in the Adult Film Industry

Like    Comment    Share

2                                          Chronological

 **Arunima Bhatnagar** God bless u respected sister and Brother, don,t be worried and nothing is impossible in the mighty Hand of our Lord Jesus. You wont be needing money or medicines to be healed just come forward to repent before the Lord bcz He is waiting to hear from ur... See More

Like · Reply · July 21 at 11:53pm

 Write a comment...

Home
About
Photos
Likes
Videos
Posts

Create a Page

Status    Photo / Video

 Write something on this Page...

 **HIV Positive Porn Stars in the Adult Film Industry** shared a link.
April 20, 2011 ·

## Adult Film - Porn Stars with HIV and AIDS

List of Adult Film - Porn Stars with HIV and AIDS infections. Documented using news reports, videos, and pictures.

STDCARRIERS.COM

Like    Comment    Share

3

 Sex Movies Very Sexy Videos >> https://www.facebook.com/Sex-Movies.../timeline/

### Sex Movies

Sex Movies

Like Page

September 19, 2015 at 9:15am · Like · 1

---

Search for posts on this Page

227 people like this

Invite friends to like this Page

**ABOUT**

Porn stars infected with HIV from filming adult movies
http://stdcarriers.com/famouspeople/pornstars-hivandaids-3-5.aspx

http://stdcarriers.com/famouspeople/pornstars-...

**PHOTOS**



**VISITOR POSTS**

 **Nopoli Nopoli**
August 6 at 8:24pm

Like · Comment

 **Arunima Bhatnagar**
July 21 at 11:52pm

God bless u respected sister and Brother, don,t be worried and nothi... See More

Like · Comment

 **Masroor Khan**
July 8 at 6:49am

dear friend i am very excited to work in porn movies i love and like... See More

Like · Comment

English (US) · Español · Português (Brasil) · Français (France) · Deutsch

(1) HIV Positive Porn Stars in the Adult Film Industry

8/9/16, 8:07 PM

EXHIBIT _76_
PAGE _2_ OF _3_

Privacy · Terms · Advertising · Ad Choices · Cookies ·
More
Facebook © 2016

Write a comment...

**HIV Positive Porn Stars in the Adult Film Industry**
shared a link.
April 20, 2011 ·

### Jessica Dee Porn Star Pictures of Adult Film HIV and AIDS

Using the stage name Jessica Dee this pornographic actress contracted HIV during a shoot in 2004 along with Lara Roxx, Darren Edwards (Darren James),...

STDCARRIERS.COM

Like        Comment        Share

1

Write a comment...

**HIV Positive Porn Stars in the Adult Film Industry**
shared a link.
April 20, 2011 ·

### Miss Arroyo Porn Star Pictures of Adult Film HIV and AIDS

Using the stage name Miss Arroyo this pornographic actress contracted HIV during a shoot in 2004 along with Lara Roxx, Darren Edwards (Darren James),...

STDCARRIERS.COM

Like        Comment        Share

1

e a comment...

**HIV Positive Porn Stars in the Adult Film Industry**
shared a link.
April 20, 2011 ·

### Lara Roxx Porn Star Pictures of Adult Film HIV and AIDS

Lara Roxx was a porn star was infected as part of the March/April 2004 HIV scare from doing a double anal scene with Darren James A.K.A. STD Carrier #12...

STDCARRIERS.COM

Like        Comment        Share

2

e a comment...

EXHIBIT ___76___

PAGE ___3___ OF ___3___

**HIV Positive Porn Stars in the Adult Film Industry**
shared a link.
April 20, 2011 ·

### Brooke Ashley Porn Star Pictures of Adult Film HIV and AIDS

Porn star Brooke Ashley was diagnosed with HIV during a routing STD test in 1998. She is believed to have contracted it from Marc Wallice while filming...

STDCARRIERS.COM

Like        Comment        Share

1

Write a comment...

---

**HIV Positive Porn Stars in the Adult Film Industry**
shared a link.
April 20, 2011 ·

### Tricia Devereaux Porn Star Pictures of Adult Film HIV and AIDS

Tricia Devereaux, Did hardcore porn under the name Tricia Devereaux. She tested positive in 1998 and is married to "Buttman" who is also HIV positive.

STDCARRIERS.COM

Like        Comment        Share

1

Write a comment...

See More

Celebrities with Hepatitis                                                                    8/10/16, 12:49 PM

EXHIBIT 22
PAGE 1 OF 3

Celebrities with Hepatitis

Home 20+    Find Friends

| Like | Message | More |



Celebrities with Hepatitis
February 13, 2011 ·

http://stdcarriers.com/.../1173-anita-pallenberg-hepatitisc.a...

### Anita Pallenberg Picture Biography of an Actress with Hepatitis C

Italian born actress and former model Anita Pallenberg is best known for dating Keith Richards of the Rolling Stones from 1967 into the mid to late 1970s during...

STDCARRIERS.COM

Like        Comment        Share

Write a comment...

---

Celebrities with Hepatitis

Home
About
Photos
Likes
Videos
Posts

Create a Page

Status    Photo / Video

Write something on this Page...



Celebrities with Hepatitis
February 13, 2011 ·

http://stdcarriers.com/.../1184-keith-richards-hepatitisc.aspx

### Keith Richards Music by a Recording Artist with Hepatitis C

Doctors all over the world want the body that did all the work for Rolling Stones guitarist Keith Richards when he "had Hepatitis C and cured it" just by being ...

STDCARRIERS.COM

Like        Comment        Share

1

Write a comment...



Celebrities with Hepatitis
February 13, 2011 ·

http://stdcarriers.com/.../1183-marianne-faithfull-hepatitisc...

---

Search for posts on this Page

18 people like this

Invite friends to like this Page

**ABOUT**

From the Largest List of Living Celebs with Hepatitis

http://stdcarriers.com/famouspeople/celebrities...

**PHOTOS**

**VISITOR POSTS**

Celebrities with Hepatitis                                                                                8/10/16, 12:49 PM

EXHIBIT __77__
PAGE __2__ OF __3__

## Marianne Faithfull Music by a Recording Artist with Hepatitis C

Famous singer, former smack fiend, and occasional actress Marianne Faithfull was diagnosed with Hepatitis C in 1995 according to news reports that...

STDCARRIERS.COM

Like          Comment          Share

---

**Celebrities with Hepatitis** shared a link.
February 13, 2011 ·

### Anthony Kiedis Music by a Recording Artist with Hepatitis C

Red Hot Chili Peppers lead singer Anthony Kiedis claims to have cured the incurable STD Hepatitis C with herbal medicine according to media reports....

STDCARRIERS.COM

Like          Comment          Share

**O'Neill D. Louchard** Hepatitis C is NOT an STD.
September 28, 2014 at 7:03pm · Like

Write a comment...

---

**Celebrities with Hepatitis** shared a link.
February 12, 2011 ·

### Natasha Lyonne Picture Biography of an Actress with Hepatitis C

Several media outlets reported in 2005 that the once missing actress had been found in the hospital receiving methadone treatment with a collapsed...

STDCARRIERS.COM

Like          Comment          Share

---

**Celebrities with Hepatitis** shared a link.
February 12, 2011 ·

---

 **Aleen J. Engel Engel**
October 7, 2014 at 6:18am

5 NYC Pizza Shops to Check Out Immediately

Like · Comment

---

 **Pires Pirex**
April 8, 2012 at 1:07pm

Hello everyone! BECAUSE I'M WITH CIRRHOSIS OF HEPATITIS C VIRUS (H...
See More

Like · Comment

---

**Kevin T McCoy**
May 20, 2011 at 9:14am

Check out this very interesting article about Hepatitis B.... Anyone could get it!

Like · Comment

---

English (US) · Español · Português (Brasil) · Français (France) · Deutsch

Privacy · Terms · Advertising · Ad Choices · Cookies
More
Facebook © 2016

EXHIBIT 77
PAGE 3 OF 3

### Christopher Kennedy Lawford Biography of an Actor with Hepatitis C

The son of President John F. Kennedy's sister Patricia. Christopher Kennedy Lawford is a well known actor...

STDCARRIERS.COM

| Like | Comment | Share |

See More

EXHIBIT _78_
PAGE _1_ OF _1_

## Geoffrey E. Parmer
### Attorney At Law

2525 Park City Way • Tampa, FL 33609
Phone (813) 877-5555 • Fax (813) 877-3222

September 7, 2012

Legal Department
STDReporting.com
P.O. Box 86448
Portland, Oregon 97286

    *Re:   http://stdreporting.com/8004/genital-herpes-outbreak-reported-in-tom-quinlan/*

Dear Representative:

    I represent Dr. Thomas Quinlan who is the subject of a malicious and defamatory posting on your website. This posting was not made by a third party, but was made by your company when they posted a collection of data on this new site. Your culpability is evidenced by the poster identification on the site. Accordingly, you will be unable to assert the safe harbor provisions of the Communications Decency Act, Section 230 of the 1996 Telecommunications Act. If the referenced posting is not removed immediately, we will proceed with legal action in Federal Court in Tampa, Florida. If you have any questions, contact me immediately.

    Very truly yours,

    Geoffrey E. Parmer

cc:  Dr. Thomas Quinlan

GEP/eg

Hot Sexy Hollywood Actresses with STDs



8/10/16, 12:49 PM

EXHIBIT 79
PAGE 1 OF 2



Hot Sexy Hollywood Actresses with STDs | Home 20+  Find Friends

Like    Message    More

Status    Photo / Video



Post as yourself or as one of the Pages you manage.

Post Attribution Settings          OK

Search for posts on this Page

VISITOR POSTS

 **Raj Babu**
February 6, 2014 at 3:11am

http://www.youtube.com/watch?v=5GFCAbeOQdo

Like · Comment

**Hot Sexy Hollywood Actresses with STDs** shared a link.
March 19, 2011 ·

## Hollywood Actresses and Famous Broadway Stars with STDs

List of Famous leading ladies, award winners, and sex symbols from Hollywood films, Broadway plays, and television infected with Herpes, HIV/AIDS, Hepatitis C, HPV, and Genital Warts.

STDCARRIERS.COM

Like        Comment        Share

 **Raviteja Pandu**
January 28, 2014 at 12:35am

http://www.youtube.com/watch?v=Q2CAhRIVcTw

Like · Comment

1

 Write a comment...

 **Raj Babu**
January 8, 2014 at 11:08pm

http://www.youtube.com/watch?v=0DbChC13LUQ

Like · Comment

**Hot Sexy Hollywood Actresses with STDs** shared a link.
March 19, 2011 ·

## Pamela Anderson Picture Biography of an Actress with Hepatitis C

This former Baywatch star and Playboy Playmate announced her Hepatitis C diagnosis in 2002. She said she got it from sharing a tattoo needle with ex-husband Tom...

STDCARRIERS.COM

Like        Comment        Share

**Hot Sexy Hollywood Actresses with STDs** shared a link.
March 19, 2011 ·

## Natasha Lyonne Picture Biography of an Actress with Hepatitis C

Several media outlets reported in 2005 that the once missing actress had been found in the hospital receiving methadone treatment with a collapsed lung, heart i...

STDCARRIERS.COM

Like        Comment        Share

**Hot Sexy Hollywood Actresses with STDs** shared a link.
March 19, 2011 ·

## Anne Heche Picture Biography of an Actress with Herpes

She announced in her book "Call Me Crazy" that until the age of 12 she had been

**Hot Sexy Hollywood Actresses with STDs**

Home
About
Photos
Likes
Videos
Posts

Create a Page





Hot Sexy Hollywood Actresses with STDs                                    8/10/16, 12:49 PM

molested by her father a Baptist Minister named Donald Heche who died of AIDS
in...

STDCARRIERS.COM

EXHIBIT 79
PAGE 2 OF 2

Like       Comment       Share

See More

EXHIBIT ____

PAGE ___ OF ___

Health • Wellness, Lifestyle • Sex and Gender, Technology •



News Clips

# Florida News Site Reports Crappy Ad Site's Phony STD News as Straight News

Recommend    Sign Up to see what your friends recommend.



Clipped from: www.firstcoastnews.com (share this clip)

❝ The Criminal HIV Transmission Media Research Project has compiled detailed profiles of over 100 people arrested for HIV related crimes. ❞

From www.firstcoastnews.com (share this quote)

The Florida site FirstCoastNews.com appears to be a hyperlocal, owned by Gannett. Just a podunk news site for a podunk region of Florida. But the horrifying thing is that they've reported on the activities of the money-grubbing hate activist loonie who runs stdcarriers.com as if it's legitimate news, and sent his ad site traffic.

Raving douchebag Cyrus Sullivan, who runs the site, is crazy like a fox, given the way the site is SEO'd and loaded with advertising, sales links, link bait and affiliate profits. You can see him whining on the Google forums about how his Adsense account was deleted, justifying his behaviour, and scrabbling for help on ways to get his site even more traffic. He's cleverly elided legal responsibility, as described on our report on the site last year:

❝ The information presented on the site is submitted by site users. The site does not verify the accuracy of the submitted data, and the following disclaimer appears on the site: "[The site] does not assert that any person listed does in fact have a sexually transmitted disease or that statements made about them are true." ❞

From Carnal Nation (share this quote)

What can you do?

Don't buy anything from any link on his site, including things like useful STD books from Amazon, or click on anything on his site. If you're searching for information on STDs, make sure you don't get accidentally taken to his site- watch out for stdmerchandise.com in URLs too.

You can push him down in the search engines by looking for the *other* Cyrus Sullivan, apparently a perfectly awful amateur musician once gleefully reviled on mp3.com. Add "21 and Legal" to your string.

Tell Rachael Leitao, the "editor" who posted this piece of "news" ( i.e. was duped by Sullivan's official-sounding press release), that she's driving traffic to a commercial site designed to profit from suffering people seeking information and the basest prurience.

Rachel Leitao, Manager of Digital Operations

Phone: (904)633-8850

E-mail: rleitao@firstcoastnews.com

Contact FirstCoastNews at:

First Coast News

1070 East Adams Street Jacksonville, Florida 32202

(904)354-1212



Criminal HIV Transmission: Repeat Creep Robert Musmacker                                          8/10/16, 1:08 PM

EXHIBIT 81
PAGE 1 OF 1

More    Next Blog»                                                    Create Blog    Sign In

# Criminal HIV Transmission
## The Latest AIDS Crimes and Arrest Reports

Home    Creep of the Week    Certified Psycho    Teeth of Terror    Exposure By The Hour    Bad Role Model    AIDS Law Resources

Tuesday, August 17, 2010

## Repeat Creep Robert Musmacker

4:26 PM | Posted by Beverly AIDS Cop

Robert Musmacker from the Long Island town of Oceanside, New York was convicted of numerous crimes involving child endangerment and reckless conduct before being sentenced to 14 years in prison on July 21, 2010.

He was sentenced after admitting to having unprotected sex with nine people. His victims were men and boys aged 16 to 20 that he would seduce with alcohol and...

**Read More: Robert Musmacker HIV and AIDS Report**

Labels: Gay, Robert Musmacker, Sex Offender

**0 comments:**

## Post a Comment



Enter your comment...

Comment as:  Google Accour

Publish    Preview

### About Me

**Beverly AIDS Cop**

View my complete profile

**New AIDS Criminals**

Loading...

**Criminal HIV Transmission Resources**

HIV Exposure Arrest Records

**Subjects**

Non-Disclosure (15)
Prostitute (8)
Bio-Terrorism (5)
Criminal HIV Transmission (5)
Gay (4)
Nadja Benaissa (3)
Crack (2)
Adam Thomas Rollo (1)
Australia (1)
Canada (1)
Carl Jackson (1)
Carla Denise Miles (1)
Daniel Paul Hedge (1)
Darren Chiacchia (1)
Eneydi ElsieTorres (1)
Equestrian (1)
Ernest Tyrone Ricks (1)

Esther Mondasir (1)
Fugitive (1)
Godfrey Zaburoni (1)
Gregory Leroy Childs (1)
Heather Manuel Roberts (1)
Jigolo (1)
Latisha Patwardhan (1)
Michael Sartin (1)
Nigaila Gibbs (1)
Noel Simon Bowland (1)
Oliberio Moreno (1)
Pamela Jane Stuckey (1)
Rick James (1)
Robert Musmacker (1)
Sandy Clay (1)
Sex Offender (1)
Steven Paul Boone (1)
Tramp (1)
Valarie Simmons (1)
Vinroy Audley Spencer (1)
Willie Campbell (1)



Criminal HIV Transmission: Hilltop Hooker Pamela Jane Stuckey

EXHIBIT __B2__
PAGE _1_ OF _1_

8/10/16, 1:07 PM

[ ] G+1 [0]   More   Next Blog»   Create Blog   Sign In

# Criminal HIV Transmission
## The Latest AIDS Crimes and Arrest Reports

Home    Creep of the Week    Certified Psycho    Teeth of Terror    Exposure By The Hour    Bad Role Model    AIDS Law Resources

Tuesday, August 17, 2010
## Hilltop Hooker Pamela Jane Stuckey

3:55 PM | Posted by Beverly AIDS Cop
Pamela Jane Stuckey of Hilltop near Youngstown, Ohio was arrested on felony prostitution charges after soliciting a cop for sex at W. Broad Street and Ogden Avenue without disclosing her HIV status.

She later admitted that she tested positive back on September 24, 2004. Police say she has been arrested more than a half dozen times since 2002 working the corner of...
Read More: **Pamela Jane Stuckey HIV and AIDS Report**
Labels: Pamela Jane Stuckey, Prostitute



**Make Millions Of Dollars With Just A Few Clicks**

domanyo.com                          ?

**0 comments:**

**Post a Comment**

### About Me

Beverly AIDS Cop
View my complete profile

### New AIDS Criminals

Loading...

### Criminal HIV Transmission Resources

HIV Exposure Arrest Records

### Subjects

Non-Disclosure (15)

Prostitute (8)
Bio-Terrorism (5)
Criminal HIV Transmission (5)
Gay (4)
Nadja Benaissa (3)
Crack (2)
Adam Thomas Rollo (1)
Australia (1)
Canada (1)
Carl Jackson (1)
Carla Denise Miles (1)
Daniel Paul Hedge (1)
Darren Chiacchia (1)
Eneydi ElsieTorres (1)
Equestrian (1)
Ernest Tyrone Ricks (1)
Esther Mondasir (1)
Fugitive (1)
Godfrey Zaburoni (1)
Gregory Leroy Childs (1)
Heather Manuel Roberts (1)



Comment box:
Enter your comment...

Comment as: [ Google Accour ▼ ]

[ Publish ]   Preview

Criminal HIV Transmission: Drugs AIDS Heather Manuel Roberts

EXHIBIT 83
PAGE ___ OF ___

8/10/16, 1:12 PM

[ ] G+1 0    More    Next Blog»

Create Blog   Sign In

# Criminal HIV Transmission
## The Latest AIDS Crimes and Arrest Reports

Home    Creep of the Week    Certified Psycho    Teeth of Terror    Exposure By The Hour    Bad Role Model    AIDS Law Resources

Monday, August 9, 2010

## Drugs AIDS Heather Manuel Roberts

9:19 PM | Posted by Beverly AIDS Cop

Strung out prostitute Heather Manuel a.k.a. Heather Manuel Roberts was arrested on drug paraphernalia and HIV exposure charges when narcotics officers raided a Royal Inn hotel room at the 1800 block of Northwest Evangeline Thruway.

Police discovered Roberts and an unidentified male in room 230 surrounded by drug related items.

Read More: **Heather Manuel Roberts HIV and AIDS Report**

Labels: Heather Manuel Roberts, Prostitute

**0 comments:**

**Post a Comment**

Enter your comment...

Comment as: [ Google Accoun ▾ ]

[ Publish ]  **Preview**

Register to watch the newest content



Last Update: Mar 27, 2016
OS: Windows 7/8/Vista/XP/2000NT
Requirements: No Special requirements

▶ VIDEO STREAMMER

### About Me



**Beverly AIDS Cop**

View my complete profile

### New AIDS Criminals

Loading...

### Criminal HIV Transmission Resources

HIV Exposure Arrest Records

### Subjects

Non-Disclosure (15)

Prostitute (8)
Bio-Terrorism (5)
Criminal HIV Transmission (5)
Gay (4)
Nadia Benaissa (3)
Crack (2)
Adam Thomas Rollo (1)
Australia (1)
Canada (1)
Carl Jackson (1)
Carla Denise Miles (1)
Daniel Paul Hedge (1)
Darren Chiacchia (1)
Eneydi ElsieTorres (1)
Equestrian (1)
Ernest Tyrone Ricks (1)
Esther Mondasir (1)
Fugitive (1)
Godfrey Zaburoni (1)
Gregory Leroy Childs (1)
Heather Manuel Roberts (1)

Criminal HIV Transmission: Latisha Patwardhan Salt Lake Prostitute

EXHIBIT _84_
PAGE _1_ OF _1_

8/10/16, 1:11 PM

| [search box] | G+1 0 | More | Next Blog» | | Create Blog | Sign In |

# Criminal HIV Transmission
## The Latest AIDS Crimes and Arrest Reports

Home    Creep of the Week    Certified Psycho    Teeth of Terror    Exposure By The Hour    Bad Role Model    AIDS Law Resources

Monday, August 9, 2010

## Latisha Patwardhan Salt Lake Prostitute

1:59 PM | Posted by Beverly AIDS Cop

Salt Lake City prostitute Latisha Patwardhan was arrested after agreeing to perform oral sex on an undercover cop for $60 without telling him that she is HIV positive. She now faces felony prostitution charges for her activity at 800 West and North Temple.

This is the 4th time she has been arrested since her 2007 court ordered HIV test came back positive. An inmate search listed Latisha...

**Read More: Latisha Patwardhan HIV and AIDS Report**
Labels: Latisha Patwardhan, Non-Disclosure, Prostitute

### 0 comments:

### Post a Comment



**Get $224,000 In 90 Days!**

domanyo.com

**About Me**

**Beverly AIDS Cop**

View my complete profile

**New AIDS Criminals**

Loading...

**Criminal HIV Transmission Resources**

HIV Exposure Arrest Records

**Subjects**

Non-Disclosure (15)

Prostitute (8)
Bio-Terrorism (5)
Criminal HIV Transmission (5)
Gay (4)
Nadja Benaissa (3)
Crack (2)
Adam Thomas Rollo (1)
Australia (1)
Canada (1)
Carl Jackson (1)
Carla Denise Miles (1)
Daniel Paul Hedge (1)
Darren Chiacchia (1)
Eneydi ElsieTorres (1)
Equestrian (1)
Ernest Tyrone Ricks (1)
Esther Mondasir (1)
Fugitive (1)
Godfrey Zaburoni (1)
Gregory Leroy Childs (1)
Heather Manuel Roberts (1)



Enter your comment...

Comment as: [Google Accou ▼]

[Publish]    Preview

Criminal HIV Transmission: Illegal Alien Vinroy Audley Spencer Deported From Justice

EXHIBIT  85

PAGE  1  OF  1

8/10/16, 1:11 PM

| | G+1 | 0 | | More | Next Blog» | | | Create Blog | Sign In |

# Criminal HIV Transmission
## The Latest AIDS Crimes and Arrest Reports

Home     Creep of the Week     Certified Psycho     Teeth of Terror     Exposure By The Hour     Bad Role Model     AIDS Law Resources

Monday, August 9, 2010

## Illegal Alien Vinroy Audley Spencer Deported From Justice

1:52 AM | Posted by Beverly AIDS Cop

Hamilton police have issued an arrest warrant for Vinroy Audley Spencer on the charge of Aggravated Sexual Assault for not disclosing his HIV status to a victim who came forward on May 12, 2010 just two weeks before immigration officials expelled Spencer from Canada.

Hamilton Police were not informed of the immigration proceedings against Spencer and now will most likely have to get him extradited to pursue charges.

Read More: Vinroy Audley Spencer HIV and AIDS Report

Labels: Fugitive, Non-Disclosure, Vinroy Audley Spencer

### 0 comments:

### Post a Comment

Register to watch the newest content



 MEDIA STREAMER

?

### About Me

 **Beverly AIDS Cop**

View my complete profile

### New AIDS Criminals

Loading...

### Criminal HIV Transmission Resources

HIV Exposure Arrest Records

### Subjects

Non-Disclosure (15)

Prostitute (8)
Bio-Terrorism (5)
Criminal HIV Transmission (5)
Gay (4)
Nadja Benaissa (3)
Crack (2)
Adam Thomas Rollo (1)
Australia (1)
Canada (1)
Carl Jackson (1)
Carla Denise Miles (1)
Daniel Paul Hedge (1)
Darren Chiacchia (1)
Eneydi ElsieTorres (1)
Equestrian (1)
Ernest Tyrone Ricks (1)
Esther Mondasir (1)
Fugitive (1)
Godfrey Zaburoni (1)
Gregory Leroy Childs (1)
Heather Manuel Roberts (1)

Criminal HIV Transmission: Rick James Lives with AIDS as Ernest Tyrone Ricks          EXHIBIT _86_          8/10/16, 1:06 PM

PAGE _L_ OF _L_

| G+1 | 0 |          More     Next Blog»          Create Blog   Sign In

# Criminal HIV Transmission
## The Latest AIDS Crimes and Arrest Reports

Home     Creep of the Week     Certified Psycho     Teeth of Terror     Exposure By The Hour     Bad Role Model     AIDS Law Resources

Monday, August 9, 2010

## Rick James Lives with AIDS as Ernest Tyrone Ricks

1:32 AM | Posted by Beverly AIDS Cop

Ernest Tyrone Ricks of Jacksonville, Florida may look a little like Rick James, but he's got AIDS bitch! Don't enjoy yourself was a hard lesson learned by his ex-girlfriend who found out the hard way about her and then his HIV status when she went to the doctors office for a routine checkup to come home HIV positive

When she came home he acted like it was no big deal...

Read More: **Ernest Tyrone Ricks HIV and AIDS Report**

Labels: Ernest Tyrone Ricks, Non-Disclosure, Rick James

**0 comments:**

**Post a Comment**

### LIVE SPORTS & TV SERIES





Free Video Streamer

**About Me**



**Beverly AIDS Cop**

View my complete profile

**New AIDS Criminals**

Loading...

**Criminal HIV Transmission Resources**

HIV Exposure Arrest Records

**Subjects**

Non-Disclosure (15)

Prostitute (8)
Bio-Terrorism (5)
Criminal HIV Transmission (5)
Gay (4)
Nadja Benaissa (3)
Crack (2)
Adam Thomas Rollo (1)
Australia (1)
Canada (1)
Carl Jackson (1)
Carla Denise Miles (1)
Daniel Paul Hedge (1)
Darren Chiacchia (1)
Eneydi ElsieTorres (1)
Equestrian (1)
Ernest Tyrone Ricks (1)
Esther Mondasir (1)
Fugitive (1)
Godfrey Zabuzoni (1)
Gregory Leroy Childs (1)
Heather Manuel Roberts (1)



Enter your comment...

Comment as:  | Google Accour ⬍ |

| Publish |   **Preview**

Criminal HIV Transmission: AIDS Whore Nigaila Gibbs May Have Infected Hundreds

EXHIBIT 87
PAGE 1 OF 1

8/10/16, 1:13 PM

[____] G+1 0    More    Next Blog»

Create Blog    Sign In

# Criminal HIV Transmission
## The Latest AIDS Crimes and Arrest Reports

Home    Creep of the Week    Certified Psycho    Teeth of Terror    Exposure By The Hour    Bad Role Model    AIDS Law Resources

Monday, August 9, 2010

## AIDS Whore Nigaila Gibbs May Have Infected Hundreds

12:46 AM | Posted by Beverly AIDS Cop

At two men a day four days a week police fear that Nigaila Gibbs of Richmond Height, Missouri may have infected hundreds of unsuspecting customers in her career as a prostitute with the HIV virus.

She was arrested after agreeing to perform a sex act on an officer for $70 at her apartment and now faces felony charges of offering prostitution services while HIV positive.

**More Info: Nigaila Gibbs HIV and AIDS Report"**
Labels: Nigaila Gibbs, Non-Disclosure, Prostitute

### 1 comments:

Unknown said...
"Kamille LaRue 202 536 9717 HIV aids whore in DC also infected hundreds in DC md and va"
January 22, 2016 at 1:24 AM

### Post a Comment

[ Enter your comment... ]

Comment as: [ Google Accoun ▼ ]

[ Publish ]    Preview

---

Register to watch the newest content


► Stream Now

Last Update: Mar 27, 2016
OS: Windows 7/8/Vista/XP/2000NT
Requirements: No Special requirements

►◄ VIDEO STREAMER

### About Me



**Beverly AIDS Cop**

View my complete profile

### New AIDS Criminals

Loading...

### Criminal HIV Transmission Resources

HIV Exposure Arrest Records

### Subjects

Non-Disclosure (15)

Prostitute (8)
Bio-Terrorism (5)
Criminal HIV Transmission (5)
Gay (4)
Nadja Benaissa (3)
Crack (2)
Adam Thomas Rollo (1)
Australia (1)
Canada (1)
Carl Jackson (1)
Carla Denise Miles (1)
Daniel Paul Hedge (1)
Darren Chiacchia (1)
Eneydi ElsieTorres (1)
Equestrian (1)
Ernest Tyrone Ricks (1)
Esther Mondasir (1)
Fugitive (1)
Godfrey Zaburoni (1)
Gregory Leroy Childs (1)
Heather Manuel Roberts (1)

Criminal HIV Transmission: Tramp Eneydi Elsie Torres

EXHIBIT 88
PAGE 1 OF 1

8/10/16, 1:14 PM

[ ] | G+1 | 0 |  More  Next Blog»

Create Blog  Sign In

# Criminal HIV Transmission
## The Latest AIDS Crimes and Arrest Reports

Home    Creep of the Week    Certified Psycho    Teeth of Terror    Exposure By The Hour    Bad Role Model    AIDS Law Resources

Thursday, June 17, 2010
## Tramp Eneydi Elsie Torres

1:15 AM | Posted by Beverly AIDS Cop
Eneydi Elsie Torres was arrested multiple times in 2009 by Osceola County authorities for having sex with multiple men without disclosing her HIV status. The first victim had been in a three month long relationship before finding out that she has been HIV positive for more than 15 years.

Other victims started coming forward after her case was first reported in the media. She was re-arrested in May of 2009 and charged with seven counts of "Unlawful Acts".

Eneydi Elsie Torres's HIV and AIDS Report
Labels: Eneydi ElsieTorres, Non-Disclosure, Tramp

**0 comments:**

**Post a Comment**

Enter your comment...

Comment as: | Google Accour ▼ |

| Publish |  **Preview**



**93% of Lotto Winners Do This Before Buying a Ticket**

?

### About Me

**Beverly AIDS Cop**

View my complete profile

### New AIDS Criminals

Loading...

### Criminal HIV Transmission Resources

HIV Exposure Arrest Records

### Subjects

Non-Disclosure (15)

Prostitute (8)
Bio-Terrorism (5)
Criminal HIV Transmission (5)
Gay (4)
Nadja Benaissa (3)
Crack (2)
Adam Thomas Rollo (1)
Australia (1)
Canada (1)
Carl Jackson (1)
Carla Denise Miles (1)
Daniel Paul Hedge (1)
Darren Chiacchia (1)
Eneydi ElsieTorres (1)
Equestrian (1)
Ernest Tyrone Ricks (1)
Esther Mondasir (1)
Fugitive (1)
Godfrey Zaburoni (1)
Gregory Leroy Childs (1)
Heather Manuel Roberts (1)



Criminal HIV Transmission: Blood Spitter Michael Sartin

EXHIBIT 89
PAGE 1 OF 1

8/10/16, 1:14 PM

G+1  0    More    Next Blog»

Create Blog    Sign In

# Criminal HIV Transmission
## The Latest AIDS Crimes and Arrest Reports

Home    Creep of the Week    Certified Psycho    Teeth of Terror    Exposure By The Hour    Bad Role Model    AIDS Law Resources

Monday, June 7, 2010
## Blood Spitter Michael Sartin
1:10 AM | Posted by Beverly AIDS Cop
Michael Sartin of Marshfield Missouri was arrest on an outstanding warrant before he began spitting blood at officers while claiming to be HIV positive as well as making multiple death threats.

The prosecutor says he might as well have been aiming a loaded gun at the officers. He now faces up to 15 years in prison.

Michael Sartin's HIV and AIDS Report
Labels: Bio-Terrorism, Michael Sartin

**0 comments:**

**Post a Comment**


LIVE SPORTS & TV SERIES



VIDEO STREAMER

### About Me

**Beverly AIDS Cop**

View my complete profile

### New AIDS Criminals

Loading...

### Criminal HIV Transmission Resources

HIV Exposure Arrest Records

### Subjects

Non-Disclosure (15)

Prostitute (8)
Bio-Terrorism (5)
Criminal HIV Transmission (5)
Gay (4)
Nadja Benaissa (3)
Crack (2)
Adam Thomas Rollo (1)
Australia (1)
Canada (1)
Carl Jackson (1)
Carla Denise Miles (1)
Daniel Paul Hedge (1)
Darren Chiacchia (1)
Eneydi ElsieTorres (1)
Equestrian (1)
Ernest Tyrone Ricks (1)
Esther Mondasir (1)
Fugitive (1)
Godfrey Zaburoni (1)
Gregory Leroy Childs (1)
Heather Manuel Roberts (1)



Criminal HIV Transmission: Acrobat Godfrey Zaburoni                    8/10/16, 1:17 PM

EXHIBIT 90

PAGE 1 OF 1

| | G+1 | 0 |    More    Next Blog»                    Create Blog    Sign In

# Criminal HIV Transmission
## The Latest AIDS Crimes and Arrest Reports

Home    Creep of the Week    Certified Psycho    Teeth of Terror    Exposure By The Hour    Bad Role Model    AIDS Law Resources

Sunday, June 6, 2010
## Acrobat Godfrey Zaburoni

11:06 PM | Posted by Beverly AIDS Cop
Australian authorities believe that circus acrobat Godfrey Zaburoni may have exposed hundreds of women to HIV in the Gold Coast, Sunshine Coast, Queensland, and New South Wales areas. He is facing charges of grievous bodily harm for infecting one woman and has given the names of 12 other to police. Queensland Police have set up a task force to track down his victims.

Authorities have issued a national health alert urging anyone who may have been exposed to come forward and get tested for HIV.

People who think they may have been exposed can contact the NSW HIV Information Line located at…

Godfrey Zaburoni's HIV and AIDS Report
Labels: Australia, Criminal HIV Transmission, Godfrey Zaburoni, Non-Disclosure

**0 comments:**

### Post a Comment



Register to watch the newest content


STREAM NOW


MEDIA STREAMMER

**About Me**

**Beverly AIDS Cop**

View my complete profile

**New AIDS Criminals**

Loading…

**Criminal HIV Transmission Resources**

HIV Exposure Arrest Records

**Subjects**

Non-Disclosure (15)

Prostitute (8)
Bio-Terrorism (5)
Criminal HIV Transmission (5)
Gay (4)
Nadja Benaissa (3)
Crack (2)
Adam Thomas Rollo (1)
Australia (1)
Canada (1)
Carl Jackson (1)
Carla Denise Miles (1)
Daniel Paul Hedge (1)
Darren Chiacchia (1)
Eneydi ElsieTorres (1)
Equestrian (1)
Ernest Tyrone Ricks (1)
Esther Mondasir (1)
Fugitive (1)
Godfrey Zaburoni (1)
Gregory Leroy Childs (1)
Heather Manuel Roberts (1)



Criminal HIV Transmission: Olympian Darren Chiacchia    EXHIBIT _9_    8/10/16, 1:17 PM

PAGE _1_ OF _1_

[       ] [G+1] [0]    More    Next Blog»      Create Blog    Sign In

# Criminal HIV Transmission
## The Latest AIDS Crimes and Arrest Reports

Home    Creep of the Week    Certified Psycho    Teeth of Terror    Exposure By The Hour    Bad Role Model    AIDS Law Resources

Saturday, May 15, 2010

## Olympian Darren Chiacchia

4:11 PM | Posted by Beverly AIDS Cop

Olympic Bronze Medalist Darren Chiacchia was arrested for failing to disclose his HIV status to his former lover and is facing up to 30 years in prison. According to CBS News Chiacchia's ex-boyfriend became suspicious about his medical history from a 2009 email in which he disclosed that he had failed to disclose his secret because he did not trust him.

Chiacchia was 3rd from being on top of the world in 2004 when he won the Bronze Medal as part of the United States Equestrian team. His fall from grace began... Darren Chiacchia's HIV and AIDS Report

Labels: Darren Chiacchia, Equestrian, Non-Disclosure



**Get $224,000 In 90 Days!**

domanyo.com      ?

**0 comments:**

## Post a Comment

**About Me**



**Beverly AIDS Cop**

View my complete profile

**New AIDS Criminals**

loading...

**Criminal HIV Transmission Resources**

HIV Exposure Arrest Records

**Subjects**

Non-Disclosure (15)

Prostitute (8)
Bio-Terrorism (5)
Criminal HIV Transmission (5)
Gay (4)
Nadja Benaissa (3)
Crack (2)
Adam Thomas Rollo (1)
Australia (1)
Canada (1)
Carl Jackson (1)
Carla Denise Miles (1)
Daniel Paul Hedge (1)
Darren Chiacchia (1)
Eneydi ElsieTorres (1)
Equestrian (1)
Ernest Tyrone Ricks (1)
Esther Mondasir (1)
Fugitive (1)
Godfrey Zaburoni (1)
Gregory Leroy Childs (1)
Heather Manuel Roberts (1)





Criminal HIV Transmission: Naked Jackson Attacks Cops with Blood and a Pole

EXHIBIT _92_
PAGE _1_ OF _1_

8/10/16, 1:18 PM

[ ] [G+1] [0]    More    Next Blog»    Create Blog   Sign In

# Criminal HIV Transmission
## The Latest AIDS Crimes and Arrest Reports

Home   Creep of the Week   Certified Psycho   Teeth of Terror   Exposure By The Hour   Bad Role Model   AIDS Law Resources

Saturday, May 15, 2010
## Naked Jackson Attacks Cops with Blood and a Pole

4:20 AM | Posted by Beverly AIDS Cop

Carl Jackson Jr of Little Rock, Arkansas was arrested after spitting HIV infected blood at police officers while screaming about being HIV positive and attacking them with a broken metal pipe while naked.

Officer Jennifer K. Zarlingo reported that Jackson made a spittoon of her face while shouting obscenities in all directions before being hit with... Read the Carl Jackson Report

Labels: Bio-Terrorism, Carl Jackson

## 0 comments:

## Post a Comment

Enter your comment...

Comment as: [Google Accoun ▼]

[Publish]   Preview



**Warning! This Game is The Most Addictive in 2016**

### About Me



**Beverly AIDS Cop**
View my complete profile

### New AIDS Criminals

loading...

### Criminal HIV Transmission Resources

HIV Exposure Arrest Records

### Subjects

Non-Disclosure (15)

Prostitute (8)
Bio-Terrorism (5)
Criminal HIV Transmission (5)
Gay (4)
Nadja Benaissa (3)
Crack (2)
Adam Thomas Rollo (1)
Australia (1)
Canada (1)
Carl Jackson (1)
Carla Denise Miles (1)
Daniel Paul Hedge (1)
Darren Chiacchia (1)
Eneydi ElsieTorres (1)
Equestrian (1)
Ernest Tyrone Ricks (1)
Esther Mondasir (1)
Fugitive (1)
Godfrey Zaburoni (1)
Gregory Leroy Childs (1)
Heather Manuel Roberts (1)



Criminal HIV Transmission: Noel Simon Bowland

EXHIBIT ___93___
PAGE __1__ OF __1__

8/10/16, 1:18 PM

[          ] G+1 0      More    Next Blog»                                    Create Blog  Sign In

# Criminal HIV Transmission
## The Latest AIDS Crimes and Arrest Reports

Home     Creep of the Week     Certified Psycho     Teeth of Terror     Exposure By The Hour     Bad Role Model     AIDS Law Resources

Saturday, May 15, 2010
## Noel Simon Bowland
4:17 AM | Posted by Beverly AIDS Cop

Noel Simon Bowland is facing charges of aggravated sexual assault for exposing multiple partners to HIV without telling them about it.

The incident occurred in Waterloo, Ontario where fellow HIV exposure criminal Steven Paul Boone participated in a foursome with...

Learn More: Noel Simon Bowland Arrest Report
Labels: Gay, Noel Simon Bowland, Non-Disclosure



**Get $224,000 In 90 Days!**

domanyo.com                    ?

o comments:

## Post a Comment

### About Me



**Beverly AIDS Cop**

View my complete profile

**New AIDS Criminals**

Loading...

**Criminal HIV Transmission Resources**

HIV Exposure Arrest Records

**Subjects**

Non-Disclosure (15)

Prostitute (8)
Bio-Terrorism (5)
Criminal HIV Transmission (5)
Gay (4)
Nadja Benaissa (3)
Crack (2)
Adam Thomas Rollo (1)
Australia (1)
Canada (1)
Carl Jackson (1)
Carla Denise Miles (1)
Daniel Paul Hedge (1)
Darren Chiacchia (1)
Eneydi ElsieTorres (1)
Equestrian (1)
Ernest Tyrone Ricks (1)
Esther Mondasir (1)
Fugitive (1)
Godfrey Zaburoni (1)
Gregory Leroy Childs (1)
Heather Manuel Roberts (1)

[ Enter your comment... ]

Comment as: [ Google Accour ▼ ]

[ Publish ]    Preview



Criminal HIV Transmission: Steven Paul Boone of Ottowa

EXHIBIT __94__
PAGE __1__ OF __1__

8/10/16, 1:18 PM

| | G+1 | 0 | More | Next Blog» | | | Create Blog | Sign In |

# Criminal HIV Transmission
## The Latest AIDS Crimes and Arrest Reports

Home    Creep of the Week    Certified Psycho    Teeth of Terror    Exposure By The Hour    Bad Role Model    AIDS Law Resources

Saturday, May 15, 2010
## Steven Paul Boone of Ottowa

4:13 AM | Posted by Beverly AIDS Cop

Steven Paul Boone of Ottawa, Ontario is facing an ever growing list of charges as men continue to come forward claiming to have had sex with him. His latest victim in an anonymous 22 year old man who was recently diagnosed as HIV positive and believes to have contracted the virus during a "moment of lust" back in May of 2009.

Boone was also charged on May 6, 2010 with nine counts of sexual assault for failing to disclose his status to a victim who was just 17 at the time of his exposure. All of this coming after participating in a four way tea...

Steven Paul Boone Arrest Report

Labels: Gay, Non-Disclosure, Steven Paul Boone

**0 comments:**

## Post a Comment

Enter your comment...

Comment as:  Google Accou ▢

Publish     Preview



**This Game Is Too Naughty To Be Free**

?

**About Me**

**Beverly AIDS Cop**

View my complete profile

**New AIDS Criminals**

Loading...

**Criminal HIV Transmission Resources**

HIV Exposure Arrest Records

**Subjects**

Non-Disclosure (15)

Prostitute (8)
Bio-Terrorism (5)
Criminal HIV Transmission (5)
Gay (4)
Nadja Benaissa (3)
Crack (2)
Adam Thomas Rollo (1)
Australia (1)
Canada (1)
Carl Jackson (1)
Carla Denise Miles (1)
Daniel Paul Hedge (1)
Darren Chiacchia (1)
Eneydi ElsieTorres (1)
Equestrian (1)
Ernest Tyrone Ricks (1)
Esther Mondasir (1)
Fugitive (1)
Godfrey Zaburoni (1)
Gregory Leroy Childs (1)
Heather Manuel Roberts (1)

