**U.S. Department of Justice**
**United States Marshals Service**

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| | |
|---|---|
| PLAINTIFF  CYRUS ANDREW SULLIVAN | COURT CASE NUMBER  3:16-CV-01743-AC |
| DEFENDANT  SCOTT ALLEN BREITENSTEIN | TYPE OF PROCESS  Summons and Complaint |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
SCOTT ALLEN BREITENSTEIN
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
22 Mumma Ave., Dayton, OH 45405

FILED 9 FEB '17 15:04 USDC-ORP

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Cyrus Sullivan
P.O. Box 86653
Portland, OR 97286

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service*):

Also known to live at and frequent 29 Bidleman St, Dayton, OH 45410

Signature of Attorney other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: (503)232-3080
DATE: 9/22/2016

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin No. 65
District to Serve No. 65
Signature of Authorized USMS Deputy or Clerk: Delma S Boyd
Date: 1/23/17

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (*See remarks below*)

Name and title of individual served (*if not shown above*)

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (*complete only different than shown above*)

Date / Time  ☐ am ☐ pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* (Amount of Refund*) |
|---|---|---|---|---|---|
| 8 | | | 8 | | 8 |

REMARKS: 1/30/17 Returned - no such number, unable to forward
CM 7014 2120 0003 5969 7912

RECEIVED JAN 23 PM 2:2[?] UNITED STATES MARSHAL PORTLAND, OREGON

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80

US POSTAGE

US OFFICIAL MAIL

ZIP 97204

UNITED STATES MARSHALS SERVICE
401 U.S. COURTHOUSE
1000 S.W. THIRD AVENUE
PORTLAND, OR 97204-2902

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

CERTIFIED MAIL®

7014 2120 0003 5969 7912

NSN

NIXIE 454 DE 1 0001/28/17

RETURN TO SENDER
NO SUCH NUMBER
UNABLE TO FORWARD
RETURN TO SENDER

45405-RFS-1N

01/30/17

Scott Breitenstein
32 Mumma Ave
Dayton, OH 45405

16-1743

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☐ Agent ☐ Addressee<br>B. Received by (Printed Name) C. Date of Delivery |
| 1. Article Addressed to:<br>S 32 Day 16-1<br>United States Postal Service RETURN TO SENDER<br>KEY RETURN ZIP CODE™ | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| | 3. Service Type<br>☒ Certified Mail® ☐ Priority<br>☐ Registered ☐ Return R<br>☐ Insured Mail ☐ Collect on<br>4. Restricted Delivery? (Extra Fee) |
| 2. Article Number (Transfer from service label) | 7014 2120 0003 5969 7912 |

PS Form 3811, July 2013 Domestic Return Receipt

