FILED17 APR '17 10:06USDC-ORP

Cyrus Andrew Sullivan
P.O. Box 86653
Portland, OR  97286

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

Portland Division

Cyrus Andrew Sullivan

    Plaintiff(s)

Case No.: 3:16-cv-01743-AC

vs.

REQUEST POSTPONEMENT OF HEARING

Scott Allen Breitenstein

    Defendant(s)

I, Cyrus A. Sullivan, am currently incarcerated in Multnomah County Detention Center awaiting a Probation Hearing.  The Hearing was scheduled for 4/17/17, but it is now being rescheduled, on a request by my attorney Tiffany Harris, for 5/16/17 at 10 a.m.  I am asking the court to again postpone the Hearing currently set for 4/19/17 regarding the Civil Action in order to afford more time.  I have also submitted additional information regarding Defendant Scott Breitenstein to the court clerk in an Amended Summons In A Civil Action for serving the defendant.   U.S. Marshalls, as of 3/31/17, were in receipt of that for handling.

Please consider my request to postpone.  Thank you.

Date  4/16/17                                Signature  _____