# U.S. Department of Justice
## United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

| | |
|---|---|
| **PLAINTIFF** Cyrus Andrew Sullivan | **COURT CASE NUMBER** 3:16-cv-01743-AC |
| **DEFENDANT** Scott Allen Breitenstein | **TYPE OF PROCESS** Summons and Complaint |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Scott Allen Breitenstein

**AT** ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
22 West Mumma Avenue, Dayton, OH 45405

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Cyrus Sullivan
P.O. Box 86653
Portland, OR 97286

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

FILED 12 JUN '17 14:51 USDC-ORP

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):*

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: (503) 232-3080
DATE: 3/24/17

---

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. *(Sign only first USM 285 if more than one USM 285 is submitted)*

| Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|
| 1 | No. 65 | No. 65 | Delma S Boyd | 3/31/17 |

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below)*

Name and title of individual served *(if not shown above)*

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address *(complete only if different than shown above)*

Date of Service: 4/7/17    Time: ___ am/pm

Signature of U.S. Marshal or Deputy: Delma S Boyd

| Service Fee | Total Mileage Charges *(including endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|

**REMARKS:** CM 7016 3010 0000 3686 9068

17 MAR 31 PM 1:51 RECEIVED UNITED STATES MARSHAL PORTLAND, OREGON

| PRIOR EDITIONS MAY BE USED | 1. CLERK OF THE COURT | FORM USM-285 (Rev. 12/15/80) (Instructions Rev. 12/08) |
|---|---|---|

# USPS Tracking® Results

16-CV-01743

FAQs   (http://faq.usps.com/?articleId=220900)

Track Another Package +

*22 West Mumma Ave*
*Dayton*

Remove

**Tracking Number:** 70163010000036869068

▶ ▶ ▶ Delivered

**Updated Delivery Day:** Friday, April 7, 2017

## Product & Tracking Information

See Available Actions

**Postal Product:**             **Features:**
                                 Certified Mail™

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| **April 7, 2017, 5:42 pm** | **Delivered, Left with Individual** | **DAYTON, OH 45405** |

Your item was delivered to an individual at the address at 5:42 pm on April 7, 2017 in DAYTON, OH 45405.

| | | |
|---|---|---|
| April 7, 2017, 8:13 am | Arrived at Unit | DAYTON, OH 45406 |
| April 7, 2017, 5:41 am | Departed USPS Facility | DAYTON, OH 45401 |
| April 7, 2017, 4:57 am | Arrived at USPS Facility | DAYTON, OH 45401 |